FILED

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

NEW HAVEN, CONN.

| | |
|---|---|
| RADOLF | CASE NO 3:03CV242(MRK) |
| | LEAD |
| v. | |
| CONNECTICUT; ET AL | DECEMBER 3, 2003 |

## MOTION TO AMEND SCHEDULING ORDER

The defendants, University of Connecticut; University of Connecticut Health Center, Peter J. Deckers, Executive Vice President for Health Affairs, and Dean of the School of Medicine, Richard Berlin, Associate Dean; and Stephen Wikel, respectfully request move to amend the current Scheduling Order and represent the following:

1.  The current scheduling order calls for all discovery to be commenced by June 1, 2003 and completed by December 31, 2003.

2.  A Settlement Conference in this matter was originally scheduled for July 29, 2003 and was continued to August 6, 2003 with a second conference on September 4, 2003, during which time settlement discussions were pursued by the parties before Honorable Holly Fitzsimmons.

3.  At this time, the course of those discussions is uncertain but may continue.

4.  No discovery has been initiated by either party as of this date.

5.  Defense counsel was scheduled for trial in another matter: <u>Bramwell v. UConn Health Center</u>, et al 3:00CV1934(SRU)(D. Conn). The <u>Bramwell</u> trial began November 17, 2003 and ran until November 25, 2003. A second trial in <u>Farahani v. State of Connecticut</u>, et al, X07-CV01-00-79601S (Superior Court, CT) was scheduled to begin December 12, 2003. Defense counsel was preparing for these two cases.

WHEREFORE, there is good cause to amend the scheduling order. Defendants respectfully request an extension of six (6) months time on all dates set forth paragraphs E, F. and G and Section VI (Trial Readiness) of the Case Management Plan set forth in the current order such that discovery would commence January 1, 2004 and be completed by June 30, 2004.

This is defendants' first request for an extension of time. Plaintiff's counsel has been contacted and concurs with this motion.

RESPECTFULLY SUBMITTED

DEFENDANTS
UNIVERSITY OF CONNECTICUT, ET AL

RICHARD BLUMENTHAL
ATTORNEY GENERAL

JANE D. COMERFORD (Ct 06328)
ASSISTANT ATTORNEY GENERAL
UNIVERSITY OF CONNECTICUT
  HEALTH CENTER
263 Farmington Avenue
Farmington, CT 06030-3803
Tel. (860) 679-1114
Fax (860) 679-1997
E-Mail-Comerford@ADP.UCHC.EDU

**CERTIFICATION**

This is to certify that on this 3rd day of December 2003, the foregoing was mailed to counsel of record as follows:

> Thomas W. Bucci, Esq.
> Willinger, Willinger & Bucci, PC
> 855 Main Street
> Bridgeport, CT 06604

Jane D. Comerford
Assistant Attorney General