UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Justin D. Radolf, | : | |
| | : | |
| Plaintiff, | : | NO. 3:03CV242(MRK) |
| | : | |
| v. | : | NO. 3:03CV672(MRK) |
| | : | |
| University of Connecticut, et al., | : | |
| | : | |
| Defendants. | : | |

**ORDER**

    Having considered Plaintiff's Motion for Preliminary Injunction [doc. #4], Magistrate Judge Fitzsimmons's Recommended Ruling [doc. #30], Plaintiff's Objection to the Magistrate Judge's Recommended Ruling [doc. #36], and Defendant's Opposition, the Court ADOPTS the Magistrate Judge's Recommended Ruling and DENIES Plaintiff's Motion for Preliminary Injunction [doc. #4] for the reasons stated in the Recommended Ruling.

    The Court additionally notes that Plaintiff is asking a federal court to intervene and stop a state agency from conducting an investigation it has every obligation to conduct. There is no question from the undisputed facts of this case that there is, at a minimum, a colorable basis for conducting such an investigation. This Court does not see how the public interest would be served by preventing that investigation from proceeding in its ordinary course. *See Halikas v. University of Minnesota*, 856 F. Supp. 1331, 1335-36 (D.Minn. 1994).

                                                     IT IS SO ORDERED.

                                          /s/      Mark R. Kravitz
                                                            U.S.D.J.

**Dated at New Haven, Connecticut: December 29, 2003**.