UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JUSTIN D. RADOLF<br>    Plaintiff | CASE NO: 3:03CV242(MRK)(HBF) |
| v. | |
| UNIVERSITY OF CONNECTICUT; UNIVERSITY OF CONNECTICUT HEALTH CENTER; PETER J. DECKERS, EXECUTIVE VICE PRESIDENT FOR HEALTH AFFAIRS AND DEAN OF THE SCHOOL OF MEDICINE, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY; RICHARD BERLIN, ASSOCIATE DEAN, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY; AND STEPHEN WIKEL, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY<br>    Defendants | FEBRUARY 20, 2003 |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S FIRST REQUEST
FOR PRODUCTION OF DOCUMENTS DIRECTED TO THE DEFENDANTS**

Plaintiff, by and through his attorney, served his First Request For Production of Documents on defendants on February 10, 2004.

Due to state holidays, defendants' counsel was out of the office for the period February 12 – February 16, 2004 and did not receive said request until February 17, 2004.

The week of February 16 – 20, 2004 is also a common school vacation week, impacting on schedules and the ability to procure documents requested.

Defendants' counsel is scheduled to be out of the country the week of March 1 – March 5, 2004.

Therefore, defendants request an extension of time of two (2) weeks or until March 29, 2004 and submits there is good cause for this request.

Plaintiff's counsel has been contacted and has no objection. This is the first request for an extension of time.

        DEFENDANTS
        UNIVERSITY OF CONNECTICUT, ET AL

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL

        _____
        JANE D. COMERFORD (Ct 06328)
        ASSISTANT ATTORNEY GENERAL
        UNIVERSITY OF CONNECTICUT
          HEALTH CENTER
        263 Farmington Avenue
        Farmington, CT 06030-3803
        Tel. (860) 679-1114
        Fax (860) 679-1997
        E-Mail-Comerford@ADP.UCHC.EDU

## **CERTIFICATION**

This is to certify that on this 20th day of February 2004, the foregoing was mailed to counsel of record as follows pursuant to FRCP 5(b):

        Thomas W. Bucci, Esq.
        Willinger, Willinger & Bucci, PC
        855 Main Street
        Bridgeport, CT 06604

        _____
        Jane D. Comerford
        Assistant Attorney General