FEB 23 2004

FILED 2004 FEB 23 P 12:44

FILED MAR 1 2 50 P

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

JUSTIN D. RADOLF
          Plaintiff

v.

CASE NO: 3:03CV242(MRK)(HBF)

UNIVERSITY OF CONNECTICUT; UNIVERSITY OF
CONNECTICUT HEALTH CENTER; PETER J.
DECKERS, EXECUTIVE VICE PRESIDENT FOR
HEALTH AFFAIRS AND DEAN OF THE SCHOOL
OF MEDICINE, INDIVIDUALLY AND IN HIS OFFICIAL
CAPACITY; RICHARD BERLIN, ASSOCIATE DEAN,
INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY;
AND STEPHEN WIKEL, INDIVIDUALLY AND IN
HIS OFFICIAL CAPACITY
          Defendants

FEBRUARY 20, 2003

## DEFENDANTS' MOTION FOR EXTENSION OF TIME
## TO RESPOND TO PLAINTIFF'S FIRST REQUEST
## FOR PRODUCTION OF DOCUMENTS DIRECTED TO THE DEFENDANTS

Plaintiff, by and through his attorney, served his First Request For Production of

Documents on defendants on February 10, 2004.

Due to state holidays, defendants' counsel was out of the office for the period

February 12 – February 16, 2004 and did not receive said request until February 17,

2004.

The week of February 16 -- 20, 2004 is also a common school vacation week,

impacting on schedules and the ability to procure documents requested.

ORDERED ACCORDINGLY
KEVIN F. ROWE
Clerk, U.S. District Court

By _____
          Deputy Clerk

FILED