UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JUSTIN D. RADOLF,<br>  Plaintiff, | CIVIL NO. 3: 03CV242 (MRK)(HBF) |
| V. | |
| UNIVERSITY OF CONNECTICUT;<br>UNIVERSITY OF CONNECTICUT<br>HEALTH CENTER;<br>PETER J. DECKERS, EXECUTIVE<br>VICE PRESIDENT FOR HEALTH<br>AFFAIRS AND DEAN OF THE SCHOOL<br>MEDICINE, INDIVIDUALLY AND<br>IN HIS OFFICIAL CAPACITY;<br>RICHARD BERLIN, ASSOCIATE DEAN,<br>INDIVIDUALLY AND IN HIS<br>OFFICIAL CAPACITY; AND STEPHEN<br>WIKEL, INDIVIDUALLY AND IN HIS<br>OFFICIAL CAPACITY,<br>  Defendants. | MARCH 19, 2004 |

## MOTION FOR EXTENSION OF TIME

Pursuant to D. Conn. L. Civ. R. 7(b), the undersigned plaintiff hereby moves for an extension of time up to and including May 10, 2004 to respond to the defendants' Requests for Production addressed to the plaintiff, dated March 9, 2004. The defendants' Requests for Production seeks numerous documents. Despite diligent good faith efforts, the plaintiff requires additional time to locate and produce the requested documents.

In support of this Motion, the undersigned represents that he has contacted defendants' counsel, Jane D. Comerford, who has indicated that she has no objection to this motion. This is the first motion for extension of time with respect to this time limitation.

WHEREFORE, the plaintiff respectfully requests that the Court grant the foregoing motion for extension of time.

PLAINTIFF – JUSTIN D. RADOLF

BY: _____
Thomas W. Bucci, Esq.
WILLINGER, WILLINGER & BUCCI, P.C.
855 Main Street
Bridgeport, CT 06604
Tel: (203) 366-3939
Fax: (203) 337-4588
Email: thomasbucci@earthlink.net
Federal Bar # ct07805

## **CERTIFICATION**

I hereby certify that on this day, I caused to be served an original and a true and correct copy of the above and foregoing *Motion for Extension of Time* by sending same, via U.S.P.S. postage prepaid this 19th day of March 2004, to the following:

Jane D. Comerford, Esq.
Office of the Attorney General
University of Connecticut Health Center
Room LM043
Farmington, CT 06030
Tel: 860-679-3137

Thomas W. Bucci, for
WILLINGER, WILLINGER & BUCCI, P.C.
855 Main Street
Bridgeport, CT 06604
Tel: (203) 366-3939
Fax: (203) 337-4588
Fed. Bar #ct07805
Email: thomasbucci@earthlink.net