## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Justin D. Radolf, | : | |
| | : | |
| Plaintiff, | : | NO. 3:03CV242(MRK) |
| | : | |
| v. | : | NO. 3:03CV672(MRK) |
| | : | |
| University of Connecticut, et al., | : | |
| | : | |
| Defendants. | : | |

### ORDER

Plaintiff's Motion For Extension Of Time [doc. #45], dated March 19, 2004, is hereby GRANTED. Plaintiff shall respond to Defendants' Requests for Production on or before **May 10, 2004**. The parties should note that the discovery deadline is June 30, 2004, and remains unchanged.

IT IS SO ORDERED.

/s/     Mark R. Kravitz
U.S.D.J.

**Dated at New Haven, Connecticut: April 1, 2004**.