**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| RADOLF | CASE NO. 3:03CV242(MRK) |
|     Plaintiff | ALL CASES |
| v. | |
| CONNECTICUT, ET ALL | JULY 6, 2004 |
|     Defendants | |

## DEFENDANTS' MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 9(b), defendants respectfully request an extension of time of two (2) weeks to file dispositive motions and represent the following:

1.   Per the Court's scheduling order, dispositive motions are due September 1, 2004;

2.   The parties have to date complied fully with said scheduling order, and have completed discovery as of June 30, 2004 but for the production of documents in response to plaintiff's Fourth Request for Production served June 26, 2004;

3.   Plaintiff's first suit contains eight diverse causes of action consisting of 795 paragraphs, four of which address constitutional law issues;

4.   Plaintiff's second suit contains two causes of action and is 311 paragraphs long, again raising issues of constitutional law;

5.   There have been numerous depositions as a result of which, the parties are still awaiting some deposition transcripts which must be read and reviewed by deponents;

6.   The undersigned has a planned vacation in July.  Further, multiple defendants as well as two other individuals necessary to said motions also have vacations in the

months of July and August, in most cases two to three weeks long and not all overlapping;

7. The undersigned is of the good faith belief that said motions are of merit;

8. Due to unavoidable and unforeseen conflicts in vacation schedules of key parties, the extraordinary length of the complaints, and the pendency of the transcripts, said extension is necessary for undersigned counsel to adequately represent the defendants;

9. Plaintiff's counsel has no objection to this request for extension of time; and

10. This is the first request for extension of time to file dispositive motions.

11. WHEREFORE, defendants respectfully submit that there is good cause for the granting of this motion and respectfully request an extension of time of two (2) weeks or until September 15, 2004 to file dispositive motions.

        DEFENDANT
        PETER J. DECKERS

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL

        _____
        JANE D. COMERFORD (Ct 06328)
        ASSISTANT ATTORNEY GENERAL
        UNIVERSITY OF CONNECTICUT
          HEALTH CENTER
        263 Farmington Avenue
        Farmington, CT 06030-3803
        Tel. (860) 679-1114
        Fax (860) 679-1997
        E-Mail-Comerford@ADP.UCHC.EDU

## ORDER

The foregoing motion having been presented to this Court, it is hereby

ORDERED:  GRANTED/DENIED.

_____
Judge

## CERTIFICATION

This is to certify that on this 6th day of July, the foregoing was mailed to counsel of record as follows pursuant to FRCP 5(b):

Thomas W. Bucci, Esq.
Willinger, Willinger & Bucci, PC
855 Main Street
Bridgeport, CT 06604

_____
Jane D. Comerford
Assistant Attorney General