UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Justin D. Radolf, | : | |
| | : | |
| Plaintiff, | : | NO. 3:03CV242(MRK) |
| | : | |
| v. | : | NO. 3:03CV672(MRK) |
| | : | |
| University of Connecticut, et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

Defendants' Motion For Extension Of Time [doc. # 47], dated July 6, 2004, is GRANTED.

Defendants shall file any dispositive motions on or before **September 1, 2004**.

IT IS SO ORDERED.

/s/      Mark R. Kravitz
United States District Judge

**Dated at New Haven, Connecticut: July 19, 2004**.