UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

FILED
AUG 17 12 25 PM '04

| | |
|---|---|
| RADOLF<br>Plaintiff | CASE NO. 3:03CV242(MRK)<br>LEAD/MASTER DOCKET NO. |
| | CASE NO. 3:03CV242(MRK)<br>MEMBER CASE |
| v. | |
| CONNECTICUT, ET AL<br>Defendants | AUGUST 16, 2004 |

## MOTION FOR SUMMARY JUDGMENT

Pursuant to FRCP 56 and Local Rule 56 defendants, University of Connecticut; University of Connecticut Health Center; Peter J. Deckers, Executive Vice President for Health Affairs and Dean of the School of Medicine, individually and in his official capacity; Richard Berlin, Associate Dean, individually and in his official capacity; and Stephen Wikel, individually and in his official capacity, respectfully move for summary judgment on the ground that there are no material facts in genuine dispute and defendants are entitled to judgment as a matter of law. In support hereof, defendants submit a Local Rule 56(a)(1) Statement of Material Facts, Affidavits of Peter J. Deckers, Richard Berlin, Stephen Wikel, David Gillon, Scott Wetstone, and Roger Thrall, and a Memorandum of Law in Support of Motion for Summary Judgment.

DEFENDANTS

RICHARD BLUMENTHAL
ATTORNEY GENERAL

*Jane D. Comerford*
JANE D. COMERFORD (Ct 06328)
ASSISTANT ATTORNEY GENERAL
UNIVERSITY OF CONNECTICUT
 HEALTH CENTER
263 Farmington Avenue
Farmington, CT 06030-3803
Tel. (860) 679-1114
Fax (860) 679-1997
E-Mail-Comerford@ADP.UCHC.EDU

## ORDER

The foregoing Motion having been presented to this Court, it is hereby ORDERED/DENIED.

_____
Judge

2

## CERTIFICATION

I hereby certify that pursuant to FRCP 5(b) a copy of the foregoing Motion for Summary Judgment was mailed, first class, postage prepaid this 16th day of August, 2004 to:

Thomas W. Bucci, Esq.
Willinger, Willinger & Bucci, PC
855 Main Street
Bridgeport, CT 06604

Jane D. Comerford
Assistant Attorney General