## CERTIFICATION

This is to certify that on this _16th_ day of August, 2004, the foregoing was mailed to counsel of record as follows pursuant to FRCP 5(b):

       Thomas W. Bucci, Esq.
       Willinger, Willinger & Bucci, PC
       855 Main Street
       Bridgeport, CT 06604

                        _/s/ Jane D. Comerford_
                        Jane D. Comerford
                        Assistant Attorney General