UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

RADOLF
    Plaintiff

CASE NO. 3:03CV242(MRK)
LEAD/MASTER DOCKET NO.

CASE NO. 3:03CV672(MRK)
MEMBER CASE

v.

CONNECTICUT, ET AL

AUGUST 16, 2004

## DEFENDANTS MOTION FOR SUMMARY JUDGMENT

Pursuant to FRCP 56 and Local Rule 56 defendant, Peter J. Deckers, Executive Vice President for Health Affairs and Dean of the School of Medicine, individually and in his official capacity, respectfully moves for summary judgment on the ground that there are no material facts in genuine dispute and defendant is entitled to judgment as a matter of law. In support hereof, defendant submits a Local Rule 56(a)(1) Statement of Material Facts, Affidavit of Peter J. Deckers, and a Memorandum of Law in Support of Motion for Summary Judgment.

DEFENDANTS

*/s/ Jane D. Comerford*

RICHARD BLUMENTHAL
ATTORNEY GENERAL


JANE D. COMERFORD (Ct 06328)
ASSISTANT ATTORNEY GENERAL
UNIVERSITY OF CONNECTICUT
  HEALTH CENTER
263 Farmington Avenue
Farmington, CT 06030-3803
Tel. (860) 679-1114
Fax (860) 679-1997
E-Mail-Comerford@ADP.UCHC.EDU


## ORDER

The foregoing Motion having been presented to this Court, it is hereby

ORDERED/DENIED.


_____
                          Judge

2

## CERTIFICATION

I hereby certify that pursuant to FRCP 5(b) a copy of the foregoing Motion for Summary Judgment was mailed, first class, postage prepaid this 16th day of August, 2004 to:

Thomas W. Bucci, Esq.
Willinger, Willinger & Bucci, PC
855 Main Street
Bridgeport, CT 06604

*Jane D. Comerford*
Jane D. Comerford
Assistant Attorney General