UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JUSTIN D. RADOLF, | : | CIVIL NO. 3: 03CV242 (MRK) |
|    Plaintiff, | : | LEAD/MASTER DOCKET NO. |
| | : | |
| V. | : | |
| | : | |
| PETER J. DECKERS, EXECUTIVE | : | CASE NO. 3:03CV672(MRK) |
| VICE PRESIDENT FOR HEALTH | : | MEMBER CASE |
| AFFAIRS AND DEAN OF THE SCHOOL | : | |
| OF MEDICINE, INDIVIDUALLY AND | : | |
| IN HIS OFFICIAL CAPACITY; | : | |
|    Defendants. | : | AUGUST 30, 2004 |

**MOTION FOR EXTENSION OF TIME TO FILE PAPERS IN OPPOSITION TO
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to D. Conn. L. Civ. R. 7(b), the undersigned plaintiff hereby moves for an extension of time up to and including November 1, 2004 to respond to the defendants' Motion for Summary Judgment, dated August 16, 2004. The defendants' Motion for Summary Judgment is voluminous and raises numerous complex issues which require extensive rebuttal. Further, plaintiff's counsel is scheduled for trial in the following matters during the next two months; *Madison Polymeric Engineering, Inc. et al v. Castleberry et al*, United States District Court, District of Connecticut, Case No. 3:00CV2290 (RNC), which is scheduled for trial on

September 14, 2004; *Simons v. Charlesworth*, Connecticut Superior Court, Docket No. CV-02-0458743-S, which is scheduled for trial on September 21, 2004; *Ferrara v. Eastern Computer Exchange*, Connecticut Superior Court, Docket N0. CV-01-0382655 S which is scheduled for trial on September 23, 2004; *Otero v. City of Bridgeport*, Civil No.399CV2378(WIG), United States District Court, District of Connecticut, which is scheduled for trial on October 5, 2004.

In support of this Motion, the undersigned represents that he has contacted defendants' counsel, Jane D. Comerford, who has indicated that she has no objection to this motion. This is the first motion for extension of time with respect to this time limitation.

WHEREFORE, the plaintiff respectfully requests that the Court grant the foregoing motion for extension of time to November 1, 2004.

                              PLAINTIFF – JUSTIN D. RADOLF

BY:_____
Thomas W. Bucci, Esq.
WILLINGER, WILLINGER & BUCCI, P.C.
855 Main Street
Bridgeport, CT  06604
Tel: (203) 366-3939
Fax: (203) 337-4588
Email: thomasbucci@earthlink.net
Federal Bar # ct07805

## CERTIFICATION

I hereby certify that I caused to be served a copy of the above and foregoing *Motion for Extension of Time* by sending same, via U.S.P.S. postage prepaid this 30th day of August 2004, to the following:

Jane D. Comerford, Esq.
Office of the Attorney General
University of Connecticut Health Center
Room LMO43
Farmington, CT 06030
Tel: 860-679-3137

_____
Thomas W. Bucci, for
WILLINGER, WILLINGER & BUCCI, P.C.
855 Main Street
Bridgeport, CT  06604
Tel: (203) 366-3939
Fax: (203) 337-4588
Fed. Bar #ct07805
Email: thomasbucci@earthlink.net