

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JUSTIN D. RADOLF,<br>Plaintiff,<br><br>V.<br><br>UNIVERSITY OF CONNECTICUT;<br>UNIVERSITY OF CONNECTICUT<br>HEALTH CENTER;<br>PETER J. DECKERS, EXECUTIVE<br>VICE PRESIDENT FOR HEALTH<br>AFFAIRS AND DEAN OF THE SCHOOL<br>MEDICINE, INDIVIDUALLY AND<br>IN HIS OFFICIAL CAPACITY;<br>RICHARD BERLIN, ASSOCIATE DEAN,<br>INDIVIDUALLY AND IN HIS<br>OFFICIAL CAPACITY; AND STEPHEN<br>WIKEL, INDIVIDUALLY AND IN HIS<br>OFFICIAL CAPACITY,<br>Defendants. | CIVIL NO. 3: 03CV242 (MRK)<br>LEAD/MASTER DOCKET NO.<br><br><br>CASE NO. 3:03CV242 (MRK)<br>MEMBER CASE<br><br><br><br><br><br><br><br><br><br>AUGUST 30, 2004 |

## MOTION FOR EXTENSION OF TIME TO FILE PAPERS IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to D. Conn. L. Civ. R. 7(b), the undersigned plaintiff hereby moves for an extension of time up to and including November 1, 2004 to respond to the defendants' Motion for Summary Judgment, dated August 16, 2004. The defendants' Motion for Summary