UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JUSTIN D. RADOLF, | : | CIVIL NO. 3: 03CV242 (MRK) |
|     Plaintiff, | : | LEAD/MASTER DOCKET NO. |
| | : | |
| V. | : | |
| | : | |
| UNIVERSITY OF CONNECTICUT; | : | CASE NO. 3:03CV242 (MRK) |
| UNIVERSITY OF CONNECTICUT | : | MEMBER CASE |
| HEALTH CENTER; | : | |
| PETER J. DECKERS, EXECUTIVE | : | |
| VICE PRESIDENT FOR HEALTH | : | |
| AFFAIRS AND DEAN OF THE SCHOOL | : | |
| MEDICINE, INDIVIDUALLY AND | : | |
| IN HIS OFFICIAL CAPACITY; | : | |
| RICHARD BERLIN, ASSOCIATE DEAN, | : | |
| INDIVIDUALLY AND IN HIS | : | |
| OFFICIAL CAPACITY; AND STEPHEN | : | |
| WIKEL, INDIVIDUALLY AND IN HIS | : | |
| OFFICIAL CAPACITY, | : | |
|     Defendants. | : | OCTOBER 26, 2004 |

**MOTION FOR EXTENSION OF TIME TO FILE PAPERS IN OPPOSITION TO
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

      Pursuant to D. Conn. L. Civ. R. 7(b), the undersigned plaintiff hereby moves for an

extension of time up to and including November 15, 2004 to respond to the defendants' Motion

for Summary Judgment, dated August 16, 2004. Although in its order granting the previous

request for an extension of time the Court stated no further extensions of time will be granted,

the plaintiff must respectfully request the Court to allow this two week extension of time. As stated in the previous motion for extension of time, the defendants' Motion for Summary Judgment is voluminous and raises numerous complex issues which require extensive rebuttal. The plaintiff's counsel has been devoting his entire effort, weekdays and weekends to meet the Court's deadline, but he needs more time to adequately address the issues raised in this case. This case has a companion case, which the plaintiff's counsel is likewise preparing papers in opposition to defendants' Motion for Summary Judgment. It appears that the plaintiff may meet the deadline with this particular case but not with the companion case. Nevertheless, the plaintiff seeks the additional two weeks so as to guarantee compliance with the Court's order.

      The plaintiff's counsel represents that he has devoted his full attention to this matter. Other than for Court mandated appearances in the month of October, 2004, he has dedicated his entire time to this matter. The plaintiff's counsel in September, 2004, attended jury selection in another matter, *Ferrara v. Eastern Computer Exchange*, Connecticut Superior Court, Docket N0. CV-01-0382655 S, for one week, prepared for trial for another three days prior to the start of trial, and then had the case continued on the eve of trial because an opposing witness became unavailable and defendant's counsel, with the court's concurrence, would not proceed with trial without the witness.

In support of this Motion, the undersigned represents that he has contacted defendants' counsel, Jane D. Comerford, who has indicated that she has no objection to this motion. This is the second motion for extension of time with respect to this time limitation.

WHEREFORE, the plaintiff respectfully requests that the Court grant the foregoing motion for extension of time to November 15, 2004.

                                                PLAINTIFF – JUSTIN D. RADOLF

                                                BY:_____
                                                Thomas W. Bucci, Esq.
                                                WILLINGER, WILLINGER & BUCCI, P.C.
                                                855 Main Street
                                                Bridgeport, CT  06604
                                                Tel: (203) 366-3939
                                                Fax: (203) 337-4588
                                                Email: thomasbucci@earthlink.net
                                                Federal Bar # ct07805

## CERTIFICATION

I hereby certify that I caused to be served a copy of the above and foregoing *Motion for Extension of Time* by sending same, via U.S.P.S. postage prepaid this 26th day of October 2004, to the following:

Jane D. Comerford, Esq.
Office of the Attorney General
University of Connecticut Health Center
Room LMO43
Farmington, CT 06030
Tel: 860-679-3137

_____
Thomas W. Bucci, for
WILLINGER, WILLINGER & BUCCI, P.C.
855 Main Street
Bridgeport, CT  06604
Tel: (203) 366-3939
Fax: (203) 337-4588
Fed. Bar #ct07805
Email: thomasbucci@earthlink.net