UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JUSTIN D. RADOLF, | : | CIVIL NO. 3: 03CV242 (MRK) |
|     Plaintiff, | : | LEAD/MASTER DOCKET NO. |
| | : | |
| V. | : | |
| | : | |
| UNIVERSITY OF CONNECTICUT; | : | CASE NO. 3:03CV242 (MRK) |
| UNIVERSITY OF CONNECTICUT | : | MEMBER CASE |
| HEALTH CENTER; | : | |
| PETER J. DECKERS, EXECUTIVE | : | |
| VICE PRESIDENT FOR HEALTH | : | |
| AFFAIRS AND DEAN OF THE SCHOOL | : | |
| MEDICINE, INDIVIDUALLY AND | : | |
| IN HIS OFFICIAL CAPACITY; | : | |
| RICHARD BERLIN, ASSOCIATE DEAN, | : | |
| INDIVIDUALLY AND IN HIS | : | |
| OFFICIAL CAPACITY; AND STEPHEN | : | |
| WIKEL, INDIVIDUALLY AND IN HIS | : | |
| OFFICIAL CAPACITY, | : | |
|     Defendants. | : | NOVEMBER 1, 2004 |

**PLAINTIFF'S MOTION TO FILE**
**MEMORANDUM OF LAW IN EXCESS OF FORTY PAGES**

Pursuant to Local Rule 7(a)(2), the plaintiff respectfully requests permission to file a Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment in excess of forty (40) pages and represents the following:

1. This case involves complex issues dealing with First Amendment rights, intellectual property rights, academic freedom, due process protections in non-tangible property

    including the right to partake in scientific research, sovereign immunity and qualified immunity.

2. The defendants have moved for summary judgment on all eight counts of the plaintiff's complaint.

3. The defendants have submitted exhaustive papers in support of their motion including a memorandum in excess of 60 pages.

4. The plaintiff has prepared a memorandum to respond to the defendants' motion, which is in excess of 125 pages.

5. The statement of facts, comprising the bulk of the plaintiff's memorandum, deals with complex concepts of scientific research that involved the plaintiff's research laboratories which was conducting novel Lyme disease research.  A detailed recitation of the facts is required to address the claims of the defendants that the research being conducted by the defendant, Wikel, had divorced itself from the plaintiff's research.

6. The legal discussion involves academic freedom in a public institutions research laboratory; whether such research comes within the traditional protections accorded by the courts to classroom academic freedom.

7. The legal discussion also involves claims of property rights to participation in scientific research so as to be accorded due process protections.

8. The legal discussion further involves claims of unlawful retaliation involving charges of fraud being made against the plaintiff.

The plaintiff's counsel represents that to adequately defend against the defendants' motion for summary judgment, he found it necessary to prepare a memorandum in excess of the court's limitations. As far plaintiff's counsel can remember, in thirty years or more of practice before the federal courts, this is the first time he has requested a waiver of the page limitation rule.

Wherefore, the plaintiff requests that he be permitted to submit a memorandum not in excess of 130 pages.

                        PLAINTIFF – JUSTIN D. RADOLF

BY:_____
Thomas W. Bucci, Esq.
WILLINGER, WILLINGER & BUCCI, P.C.
855 Main Street
Bridgeport, CT  06604
Tel: (203) 366-3939
Fax: (203) 337-4588
Email: thomasbucci@earthlink.net
Federal Bar # ct07805

## **CERTIFICATION**

I hereby certify that I caused to be served a copy of the above and foregoing *Motion for Permission to File Memorandum in Excess of Forty Pages* by sending same, via U.S.P.S. postage prepaid this 1st day of November 2004, to the following:

Jane D. Comerford, Esq.
Office of the Attorney General
University of Connecticut Health Center
Room LMO43
Farmington, CT 06030
Tel: 860-679-1114
Fax: 860-679-1997
Fed. Bar No. ct06328

                                                              _____
Thomas W. Bucci, for
WILLINGER, WILLINGER & BUCCI, P.C.
855 Main Street
Bridgeport, CT  06604
Tel: (203) 366-3939
Fax: (203) 337-4588
Fed. Bar #ct07805
Email: thomasbucci@earthlink.net