## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JUSTIN D. RADOLF, | : | CIVIL NO. 3: 03CV242 (MRK) |
| Plaintiff, | : | LEAD/MASTER DOCKET NO. |
| | : | |
| V. | : | |
| | : | |
| UNIVERSITY OF CONNECTICUT; | : | CASE NO. 3:03CV242 (MRK) |
| UNIVERSITY OF CONNECTICUT | : | MEMBER CASE |
| HEALTH CENTER; | : | |
| PETER J. DECKERS, EXECUTIVE | : | |
| VICE PRESIDENT FOR HEALTH | : | |
| AFFAIRS AND DEAN OF THE SCHOOL | : | |
| MEDICINE, INDIVIDUALLY AND | : | |
| IN HIS OFFICIAL CAPACITY; | : | |
| RICHARD BERLIN, ASSOCIATE DEAN, | : | |
| INDIVIDUALLY AND IN HIS | : | |
| OFFICIAL CAPACITY; AND STEPHEN | : | |
| WIKEL, INDIVIDUALLY AND IN HIS | : | |
| OFFICIAL CAPACITY, | : | |
| Defendants. | : | NOVEMBER 1, 2004 |

## **EXHIBIT 1**



THE SCHOOL OF MEDICINE
OF THE UNIVERSITY OF CONNECTICUT HEALTH CENTER

CONFIDENTIAL

OFFICE OF THE DEAN MC-1920

Tel: (860) 679-2413
Fax: (860) 679-1371

September 9, 1998

Justin D. Radolf, M.D.
Professor of Internal Medicine and Microbiology
Division of Infectious Diseases
The University of Texas
Southwestern Medical Center at Dallas
Dallas, Texas 75235-9113

Dear Dr. Radolf:

This is to formally offer you the position of Director of the Center for Microbial
Pathogenesis and appointment as Professor of Medicine (primary) and Microbiology
(secondary) with tenure effective January 1, 1999 at a salary of one hundred seventy-five
thousand dollars ($175,000) per annum. As you know, the appointment and tenure must
be reviewed through the Senior Appointments and Promotions Committee; however, we
have absolutely no doubt of their approval.

Your principle responsibility will be the formulation and development of the Center's
research program. To this end we are committing four tenure-track positions and a floor
(7th) of the new research building. In addition, as we have discussed, we will provide
suitable support for establishing your own research program here, operating funds for the
Center, and for the recruitment and start-up of the new faculty. As we discussed, the
precise amounts will be specified pending your review. Be assured that it is our purpose
to support the Center in whatever way is within our means. The Center will be "Type II",
signifying that you will report directly to the Dean or his delegate, the Associate Dean for
Research.

The potential directions for development of the Center (tick-borne, sexually transmitted,
and periodontal disease, etc.) you described, and the fundamental level at which you
approach them, leave no doubt that you will not only create an exciting and fertile
research program, but also that your influence will be pervasive both in basic and clinical
areas. In this regard, as we discussed, should you desire to participate in the clinic, your
responsibilities can be defined with the Division and Department Heads. Your
interactions with Microbiology will undoubtedly be extensive and will evolve naturally.

Justin D. Radolf, M.D.
September 9, 1998
Page 2


The terms and conditions of all faculty appointments include and are subject to The University of Connecticut Laws and By-Laws. One of the provisions contained therein is the long-standing university policy that full-time faculty at the Schools of Medicine and Dental Medicine are prohibited from practicing privately. The by-laws do allow, however, a limited amount of consulting activity where prior approval is obtained by the Department Head, Dean, and the Chancellor and Provost for Health Affairs.

It has been a great pleasure for all of us here to interact with you, your family, and members of your laboratory. We have, in fact, rarely seen such uniform enthusiasm amongst the faculty for your appointment, and we look forward to a long and productive relationship.

Best wishes,


Peter J. Deckers, M.D.
Dean


Richard D. Berlin, M.D.
Associate Dean for Research Planning and Coordination


Richard Garibaldi, M.D.
Professor and Interim Chairman
Department of Medicine


Mary Jane Osborn, Ph.D.
Professor and Chair
Department of Microbiology


RDB/sas
cc: Dr. Leslie Cutler

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| JUSTIN D. RADOLF,<br>　　Plaintiff, | : | CIVIL NO. 3: 03CV242 (MRK)<br>LEAD/MASTER DOCKET NO. |
| | : | |
| V. | : | |
| | : | |
| UNIVERSITY OF CONNECTICUT; | : | CASE NO. 3:03CV242 (MRK) |
| UNIVERSITY OF CONNECTICUT | : | MEMBER CASE |
| HEALTH CENTER; | : | |
| PETER J. DECKERS, EXECUTIVE | : | |
| VICE PRESIDENT FOR HEALTH | : | |
| AFFAIRS AND DEAN OF THE SCHOOL | : | |
| MEDICINE, INDIVIDUALLY AND | : | |
| IN HIS OFFICIAL CAPACITY; | : | |
| RICHARD BERLIN, ASSOCIATE DEAN, | : | |
| INDIVIDUALLY AND IN HIS | : | |
| OFFICIAL CAPACITY; AND STEPHEN | : | |
| WIKEL, INDIVIDUALLY AND IN HIS | : | |
| OFFICIAL CAPACITY, | : | |
| 　　Defendants. | : | NOVEMBER 1, 2004 |

## EXHIBIT 2



# University of Connecticut Health Center

Office of the
Executive Vice President
for Health Affairs

Dean, School of Medicine

**Personal and Confidential**

August 22, 2001

Justin Radolf, M.D.
Professor, Department of Medicine
Director, Center for Microbial Pathogenesis
University of Connecticut Health Center
Farmington, CT 06030

Dear Doctor Radolf:

A Special Review Board (SRB) of the University of Connecticut Health Center (UCHC) investigated, in accordance with UCHC policy and as charged by me in my role as Dean, School of Medicine, and Executive Vice President for Health Affairs, an allegation that you committed research misconduct by falsifying data presented in grant applications to the United States Department of Agriculture (USDA) and Connecticut Innovations, Inc. (CII). The SRB also investigated whether the actions of the complainant in this case were conducted in good faith and, further, whether your rights were abridged by the actions of the complainant.

The unanimous conclusions of this SRB investigation are that:

1. You engaged in research misconduct by falsifying figure 2 of the USDA application. You confirmed this conclusion by admitting to the referenced falsification of data.

2. The complainant did not violate the UCHC Data Ownership Policy and, as such, your rights were not abridged.

3. The complainant did not act in bad faith in the course of this investigation.

I have reviewed all of the proceedings of the SRB investigation. I concur with and accept these conclusions.

*An Equal Opportunity Employer*

263 Farmington Avenue
Farmington, Connecticut 06030-1920

Telephone: (860) 679-2594
Facsimile: (860) 679-1255

Justin Radolf, M.D.
August 22, 2001
Page 2

Research misconduct of any kind is a very serious violation of the trust the University of
Connecticut, and specifically its School of Medicine, has placed in you when you were
appointed a Professor of Medicine with tenure and Director of the Center for Microbial
Pathogenesis within the School of Medicine. It is also a serious violation of
professionalism, whereby we are committed to the highest standards of integrity in all of
our activities.

As Executive Vice President for Health Affairs, it is my duty to decide what
administrative sanctions, given the seriousness of this offense, are appropriate. That
research data was falsified is unquestioned. You admitted that this was done
intentionally and knowingly. That previously existing information confirmed the data
presented in the falsified figure is not relevant. On the other hand, there is (1) no
evidence that your action in this circumstance is part of a pattern of dishonest behavior,
or that (2) this falsification had any impact on the research record, research subjects,
other researchers, institutions, or the public welfare and, further, (3) the grant applications
to USDA and CII were withdrawn before review, and "problems with the data" in the
grants was correctly offered as the reason for such withdrawal.

Given numbers 1, 2, and 3 in the last paragraph, administrative sanctions will be limited
to (a) a letter of reprimand that will be placed in your personnel file (consider this letter
to be that letter of reprimand) and (b) a committee of faculty researchers who are tenured
Professors of the School of Medicine will be created who shall thoroughly inspect all new
research grant proposals which you author or co-author for a period of three years
(September 1, 2001 through August 31, 2004) to ensure (1) compliance with all
applicable regulations and (2) the integrity of the research data presented. This three year
period will be considered a period of probation for you as a member of this academic
community.

Finally, since this episode of research misconduct did not involve federally funded
research, and since the grants in question were not submitted to the National Institutes of
Health, I have further decided to accept the SRB interpretation that the UCHC is not
obligated to report this investigation and its results to any outside party, including the
Office of Research Integrity (ORI).

Justin Radolf, M.D.
August 22, 2001
Page 3


In accordance with the University Laws and By-Laws, Section XV, you have the right to appeal this decision to the Health Center Appeals Committee.

Sincerely yours,

Peter J. Deckers, M.D.
Executive Vice President for Health Affairs
Dean, School of Medicine


PJD/led

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

JUSTIN D. RADOLF,                               :    CIVIL NO. 3: 03CV242 (MRK)
    Plaintiff,                                  :    LEAD/MASTER DOCKET NO.
                                                :
V.                                              :
                                                :
UNIVERSITY OF CONNECTICUT;                      :    CASE NO. 3:03CV242 (MRK)
UNIVERSITY OF CONNECTICUT                        :    MEMBER CASE
HEALTH CENTER;                                  :
PETER J. DECKERS, EXECUTIVE                      :
VICE PRESIDENT FOR HEALTH                        :
AFFAIRS AND DEAN OF THE SCHOOL                   :
MEDICINE, INDIVIDUALLY AND                       :
IN HIS OFFICIAL CAPACITY;                        :
RICHARD BERLIN, ASSOCIATE DEAN,                  :
INDIVIDUALLY AND IN HIS                          :
OFFICIAL CAPACITY; AND STEPHEN                   :
WIKEL, INDIVIDUALLY AND IN HIS                   :
OFFICIAL CAPACITY,                              :
    Defendants.                                 :    NOVEMBER 1, 2004

## **EXHIBIT 3**


*for leave, malpractice, consulting, + con. of interest policies*



University of Connecticut Health Center

April 14, 1999

Dr. Justin D. Radolf
Department of Medicine
University Health Center

Dear Dr. Radolf:

Welcome to the University of Connecticut!

I am pleased to confirm your appointment as Assistant Professor, in the Department of Medicine, School of Medicine, effective March 31, 1999, at a full-time annual salary rate of $175,000, for twelve months of service.

You are employed under the tenure policy of the Board of Trustees (By-Laws, Art. XV, Section C), a statement of which is enclosed. In view of your prior academic services, it is understood that there will be no probationary period.

I hope you continue to enjoy your association with the University.

If you have any questions, please call Human Resources at 679-2109.

Sincerely,

Leslie S. Cutler, D.D.S., Ph.D.
Chancellor and Provost
for Health Affairs

LSC/jl

Enclosure

c:    Dr. Deckers
      Dr. Garibaldi
      Medical Staff Office
      File

*An Equal Opportunity Employer*

263 Farmington Avenue
Farmington, Connecticut 06030

# UNIVERSITY OF CONNECTICUT HEALTH CENTER
## ASSIGNMENT AUTHORIZATION

HCH 518 REV 9/95

DT 4-12-09

PRINT DATE

**.12**

| NAME, LAST | FIRST | M.I. | TITLE | EMPLOYEE ID/SSA # | EMPLOYEE # | PR STAT | EFFECTIVE DATE | SERVICE DATE |
|---|---|---|---|---|---|---|---|---|
| Radolf | Justin | D | Dr | 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 | 043108 | A | 3/31/99 | 3-31-99 |

| SCHOOL/ADMIN. UNIT | DEPARTMENT | WORK UNIT |
|---|---|---|
| 001-School of Medicine | 20108-Medicine | 20108-Medicine |

| WORK PHONE | BLDG/FLR/RM # | CHECK | EEO OCC | ESTAB. | GRANT | EMP STAT | PAYROLL TYPE | |
|---|---|---|---|---|---|---|---|---|
| 679-8129 | ARB E7023 | 014 | H20 | 001 | | 1 | REGULAR ___ STUDENT ___ SPECIAL ___ | |

**16**

| JOB CODE | ASSIGNMENT # | ASNMT. BEGIN DATE | ASNMT. END DATE | START EVENT | STOP EVENT | LINK | POS. # | FTE | TYPE EMP | GRADE STEP | PAY RATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Q | | 3/31/99 | 123/99 6/30/99 | A | | | | 1.0 | 1 | N280A | 6,730.77 |

| ANNUAL SALARY | DIF | DIF | CLASSIFICATION CODE/PAYROLL TITLE | UNIT ASSIGNMENT | TIME LOC. | SCHOOL/DIVISION ASSIGNMENT |
|---|---|---|---|---|---|---|
| 175,000 | A | N 0739 | Asst. Professor/Basic Sciences | | 014 | 001-School of Medicine |

| DEPARTMENT ASSIGNMENT | UNIT ASSIGNMENT | BARGAINING UNIT ID |
|---|---|---|
| Medicine - 20108 | Administration - 00801 | Faculty |

**15**

| CURR. JOB STAT | LEAVE RETURN DATE | ANNIVERSARY DATE | NEXT REVIEW DATE | ACC. COMP. DATE | AAC # | STATE PC # |
|---|---|---|---|---|---|---|
| 01 | 2 | 7-1-99 | | 3-31-99 | 98-363 | 042898 | MC 3710 |

| BUDGET INFORMATION * FOR REFILL OF POSITION * PERSON REPLACED | | BUDGET # | FTE | CERT # |
|---|---|---|---|---|

**36**

| LED. | ACCOUNT | SUBCODE | % | FUND | START DATE | END DATE | LED. | ACCOUNT | SUBCODE | % | FUND | START DATE | END DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 2 | 10419 | 1117 | 100 | 0000 | 1/1/99 3-31-99 | 6/30/99 123/99 |

| REASON FOR SEPARATION/LEAVE | CODE | LAST DAY WORKED | FROM | FAMILY WITHOUT PAY | TO |
|---|---|---|---|---|---|
| MEDICAL ___ FROM ___ WITH PAY ___ TO ___ CODE ___ | | FROM MEDICAL WITHOUT PAY TO | PERSONAL WITHOUT PAY TO |
| PERSONAL ___ | | | |

APR 1999
Received
Medical School Affairs

APR 0 9 1999
UNIV. HEALTH CENTER
HUMAN RESOURCES

**26**

| RANK | TEN DATE | SABBAT | SAB DATE | FISCAL | EEO RANK | RANK DATE | BU ENTRY DT | UNION SENIORITY | ERC DATE | PROMOTION DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 01 | | | | N | 30 | 3-31-99 | | | 3-31-99 | |

| MAIL GROUP | COMMENTS | | |
|---|---|---|---|
| | First Faculty appt. - appt Pending approval by the SAPC of appt. as Professor with tenure  Tenure Track Per annum | PREPARED BY E Passan | EXT 2715 |
| | | BUDGET | HUMAN RESOURCES Sandy 4-12-99 |
| | | GRANTS | PAYROLL |

| EMPLOYEE | DATE | FINANCE DIRECTOR | DATE 4-8-99 |
|---|---|---|---|
| PI | DATE | DEAN/HD/AVP | DATE 4/7/99 |
| DEPT HEAD Elaine Riordan | DATE 4/1/99 | VICE PRESIDENT sent for signature 4-12-99 | |

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

JUSTIN D. RADOLF,                                      :     CIVIL NO. 3: 03CV242 (MRK)
    Plaintiff,                                     :     LEAD/MASTER DOCKET NO.
                                                       :
V.                                                     :
                                                       :
UNIVERSITY OF CONNECTICUT;                             :     CASE NO. 3:03CV242 (MRK)
UNIVERSITY OF CONNECTICUT                              :     MEMBER CASE
HEALTH CENTER;                                         :
PETER J. DECKERS, EXECUTIVE                            :
VICE PRESIDENT FOR HEALTH                              :
AFFAIRS AND DEAN OF THE SCHOOL                         :
MEDICINE, INDIVIDUALLY AND                             :
IN HIS OFFICIAL CAPACITY;                              :
RICHARD BERLIN, ASSOCIATE DEAN,                        :
INDIVIDUALLY AND IN HIS                                :
OFFICIAL CAPACITY; AND STEPHEN                         :
WIKEL, INDIVIDUALLY AND IN HIS                         :
OFFICIAL CAPACITY,                                     :
    Defendants.                                    :     NOVEMBER 1, 2004

## **EXHIBIT 4**



# University of Connecticut Health Center

Department of
Human Resources

April 27, 1999

Dr. Justin D. Radolf
Department of Medicine
University Health Center

Dear Dr. Radolf:

I am pleased to confirm your appointment as Professor,* in the Department of Medicine, School of Medicine, effective April 7, 1999, at a full-time annual salary rate of $175,000, for twelve months of service.

You are employed under the tenure policy of the Board of Trustees (By-Laws, Art. XV, Section C), a statement of which is enclosed.

I hope you continue to enjoy your association with the University.

If you have any questions, please call Human Resources at 679-2109.

Sincerely,

Leslie S. Cutler, D.D.S., Ph.D.
Chancellor and Provost
for Health Affairs

LSC/jl

Enclosure

c:    Dr. Deckers
      Dr. Garibaldi
      File

*Please note the change in your title.

*An Equal Opportunity Employer*

P. O. Box 4035 • 263 Farmington Avenue
Farmington, Connecticut 06034-4035

Telephone: (860) 679-2426
Facsimile: (860) 679-1051
web: http://employ.uchc.edu

# UNIVERSITY OF CONNECTICUT HEALTH CENTER
## ASSIGNMENT AUTHORIZATION

HCH 518 REV 9/95

PRINT DATE **04/12/99**

**12**

| NAME, LAST | FIRST | M.I. | TITLE | EMPLOYEE ID/SSA # | EMPLOYEE # | PR STAT | EFFECTIVE DATE | SERVICE DATE |
|---|---|---|---|---|---|---|---|---|
| RADOLF, JUSTIN D. | | | DR | 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 | 643108 | A | 03/31/99  *4-7-99* | 03/31/99 |

| SCHOOL/ADMIN. UNIT | DEPARTMENT | WORK UNIT |
|---|---|---|
| 001-SCHOOL OF MEDICINE | 20108-MEDICINE | 20108-MEDICINE |

| WORK PHONE | BLDG / FLR / RM # | CHECK | EEO OCC | ESTAB. | GRANT | EMP. STAT | PAYROLL TYPE |
|---|---|---|---|---|---|---|---|
| 679-8129 | L 7 023 | 014 | N20 | 001 | | 1 | REGULAR ___  STUDENT ___  SPECIAL ___ |

**16**

| JOB CODE | ASSIGNMENT # | ASNMT. BEGIN DATE | ASNMT. END DATE | START EVENT | STOP EVENT | LINK | POS. # | FTE | TYPE | GRADE STEP | PAY RATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| G | 004 | 033199  *4-7-99* | 123199 | A  *Q* | A | *2* | 000001 | 1.00 | 1 | N280A  *N390A* | 6,730.77 |

| ANNUAL SALARY | DIF | DIF | CLASSIFICATION CODE/PAYROLL TITLE | TIME LOC. | SCHOOL/DIVISION ASSIGNMENT |
|---|---|---|---|---|---|
| $175,000 | A | N | 0739  ASST. PROF./BASIC SCI  *6572 Professor* | 014 | 001 SCHOOL OF MEDICINE |

| DEPARTMENT ASSIGNMENT | UNIT ASSIGNMENT | BARGAINING UNIT ID |
|---|---|---|
| 20108-MEDICINE | 00801-ADMINISTRATION | ALL FACULTY |

**15**

| CURR. JOB STAT | LEAVE RETURN DATE | ANNIVERSARY DATE | NEXT REVIEW DATE | ACC. COMP. DATE | AAO # | STATE PC # | |
|---|---|---|---|---|---|---|---|
| 01 | U | 07/01/99 | 033199 | 98363 | 042898 | M.C.-3710 | |

| BUDGET INFORMATION * FOR REFILL OF POSITION * PERSON REPLACED | | | BUDGET # | FTE | CERT # |
|---|---|---|---|---|---|
| | | T&E: | | | |

**36**

| LED. | ACCOUNT | SUBCODE | % | FUND | START DATE | END DATE | LED. | ACCOUNT | SUBCODE | % | FUND | START DATE | END DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 10419 | 1117 | 100 | 0000 | 033199 | 123199 | 2 | 10419 | 1117 | 100 | 0000 | 4-7-99 | P |

**LEAVE OF ABSENCE/SEPARATION INFORMATION**

| REASON FOR SEPARATION/LEAVE | | CODE | LAST DAY WORKED | FROM | FAMILY WITHOUT PAY | TO |
|---|---|---|---|---|---|---|
| | | | | APR 20 1999 | | |
| MEDICAL ___ | FROM  WITH PAY | CODE | FROM  MEDICAL WITHOUT PAY | TO | FROM  PERSONAL WITHOUT PAY | TO |
| PERSONAL ___ | | | | | | |

*APR 0 1999 Received Medical School Fiscal*

**26**

| RANK | TEN DATE | SABBAT | FEB DATE | EEO RANK | RANK DATE | BU ENTRY DT | UNION SENIORITY | ERC DATE | PROMOTION DATE |
|---|---|---|---|---|---|---|---|---|---|
| 01 | *4-7-99* | | | N 30  *10* | 033199  *4-7-99* | | | 033199 | *4-7-99* |

| MAIL GROUP | COMMENTS | PREPARED BY | EXT. |
|---|---|---|---|
| | approved as Professor with tenure 4-7-99  Reas w/ Tenure | BUDGET / PAYROLL | HUMAN RESOURCES  Sandy 4·20·99 |
| | | GRANTS | |

**SIGNATURES**

| EMPLOYEE | DATE | FINANCE DIRECTOR | DATE |
|---|---|---|---|
| | | Ruth J. Patoprozzi  4-16-99 | |
| PI | DATE | DEAN/HD/AVP | DATE 4/16/99 |
| | | | 4/16/99 |
| DEPT. HEAD  Barbara Cusat | DATE 4-14-99 | VICE PRESIDENT  Sent for signature 4/20/99 | DATE |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| JUSTIN D. RADOLF, | : | CIVIL NO. 3: 03CV242 (MRK) |
| Plaintiff, | : | LEAD/MASTER DOCKET NO. |
| | : | |
| V. | : | |
| | : | |
| UNIVERSITY OF CONNECTICUT; | : | CASE NO. 3:03CV242 (MRK) |
| UNIVERSITY OF CONNECTICUT | : | MEMBER CASE |
| HEALTH CENTER; | : | |
| PETER J. DECKERS, EXECUTIVE | : | |
| VICE PRESIDENT FOR HEALTH | : | |
| AFFAIRS AND DEAN OF THE SCHOOL | : | |
| MEDICINE, INDIVIDUALLY AND | : | |
| IN HIS OFFICIAL CAPACITY; | : | |
| RICHARD BERLIN, ASSOCIATE DEAN, | : | |
| INDIVIDUALLY AND IN HIS | : | |
| OFFICIAL CAPACITY; AND STEPHEN | : | |
| WIKEL, INDIVIDUALLY AND IN HIS | : | |
| OFFICIAL CAPACITY, | : | |
| Defendants. | : | NOVEMBER 1, 2004 |

**EXHIBIT 5**



# University of Connecticut Health Center

Office of the
Executive Vice President
for Health Affairs

Dean, School of Medicine

PERSONAL AND CONFIDENTIAL

December 27, 2001

Justin Radolf, M.D.
Professor, Department of Medicine
Director, Center for Microbial Pathogenesis
University of Connecticut School of Medicine
263 Farmington Avenue
Farmington, CT 06010-3710

Dear Justin:

In my letter to you of August 22, 2001, I indicated that "(b) a committee of faculty researchers who are tenured Professors in the School of Medicine will be created who shall thoroughly inspect all new research grant proposals which you author or co-author for a period of three years (September 1, 2001 through August 31, 2004) to ensure (1) compliance with all applicable regulations and (2) the integrity of the research data presented". Drs. Irving Goldschneider (Pathology) and Betty Eipper (Physiology) have accepted this assignment. Richard Berlin and I have fully discussed with them the specifics that mandated this three year period of probation for you as a member of this academic community. Please understand that all grant/contract/philanthropic proposals sent to any agencies for funding of any and all of your research initiatives must be reviewed by them well in advance of mailing deadlines. They, together or individually, will undoubtedly need complete access to original laboratory data to allow accurate assessment of results and conclusions. This type of analysis is part of their charge from me and must be readily and easily complied with by you. If there is any confusion or concern regarding this, please see me promptly.

Finally, Richard Berlin has expressed to me his concern that your academic probation and the potentially prolonged Office of Research Integrity (ORI) investigation into this entire matter could become very serious handicaps to the maintenance of morale and productivity amongst faculty in the Center for Microbial Pathogenesis, to the recruitment of new faculty, and to the development of the Center as an institutional resource. Consequently, he has recommended that you be relieved of your directorship during this

*An Equal Opportunity Employer*

263 Farmington Avenue
Farmington, Connecticut 06030-1920

Telephone: (860) 679-2594
Facsimile: (860) 679-1255

Justin Radolf, M.D.
December 27, 2001
Page 2

probationary period. Before I come to a decision in this matter, Richard and I would
welcome a discussion with you on the advisability of this course. I must say, having seen
the tremendous strain that the original SRB misconduct investigation and subsequent ORI
interrogatories has wrought upon you, and with the knowledge of your recent
considerable success in acquiring new grant awards, that it may be greatly beneficial to
your research program for you to put aside the responsibilities of the directorship of the
Center for Microbial Pathogenesis. Please call Deborah Turling at x2594 by
January 4, 2002 to set up a meeting for you to discuss this with Richard and me.

Thank you for your consideration.

Sincerely yours,

Peter J. Deckers, M.D.
Executive Vice President for Health Affairs
Dean, School of Medicine

PJD/sas

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JUSTIN D. RADOLF,<br>Plaintiff, | :<br>: | CIVIL NO. 3: 03CV242 (MRK)<br>LEAD/MASTER DOCKET NO. |
| | : | |
| V. | : | |
| | : | |
| UNIVERSITY OF CONNECTICUT;<br>UNIVERSITY OF CONNECTICUT<br>HEALTH CENTER;<br>PETER J. DECKERS, EXECUTIVE<br>VICE PRESIDENT FOR HEALTH<br>AFFAIRS AND DEAN OF THE SCHOOL<br>MEDICINE, INDIVIDUALLY AND<br>IN HIS OFFICIAL CAPACITY;<br>RICHARD BERLIN, ASSOCIATE DEAN,<br>INDIVIDUALLY AND IN HIS<br>OFFICIAL CAPACITY; AND STEPHEN<br>WIKEL, INDIVIDUALLY AND IN HIS<br>OFFICIAL CAPACITY,<br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CASE NO. 3:03CV242 (MRK)<br>MEMBER CASE<br><br><br><br><br><br><br><br><br><br>NOVEMBER 1, 2004 |

## EXHIBIT 6



University of Connecticut Health Center
*School of Medicine*

Center for
Microbial Pathogenesis

Justin D. Radolf, MD
Director

# CONFIDENTIAL

January 13, 2002

Dr. Peter J. Deckers
Executive Vice President for Health Affairs
Dean, School of Medicine
University of Connecticut School of Medicine
263 Farmington Ave.
Farmington, CT 06030-1920

Dear Peter,

This letter is to inform you of my decision to relinquish temporarily my position as Director of the Center
for Microbial Pathogenesis for personal reasons.

Sincerely,

Justin Radolf, M.D.
Professor of Medicine and
 Genetics and Developmental Biology

*An Equal Opportunity Employer*

263 Farmington Avenue
Farmington, Connecticut 06030-3710

Telephone: (860) 679-8129
Facsimile: (860) 679-8130

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| JUSTIN D. RADOLF, | : | CIVIL NO. 3: 03CV242 (MRK) |
|     Plaintiff, | : | LEAD/MASTER DOCKET NO. |
| | : | |
| V. | : | |
| | : | |
| UNIVERSITY OF CONNECTICUT; | : | CASE NO. 3:03CV242 (MRK) |
| UNIVERSITY OF CONNECTICUT | : | MEMBER CASE |
| HEALTH CENTER; | : | |
| PETER J. DECKERS, EXECUTIVE | : | |
| VICE PRESIDENT FOR HEALTH | : | |
| AFFAIRS AND DEAN OF THE SCHOOL | : | |
| MEDICINE, INDIVIDUALLY AND | : | |
| IN HIS OFFICIAL CAPACITY; | : | |
| RICHARD BERLIN, ASSOCIATE DEAN, | : | |
| INDIVIDUALLY AND IN HIS | : | |
| OFFICIAL CAPACITY; AND STEPHEN | : | |
| WIKEL, INDIVIDUALLY AND IN HIS | : | |
| OFFICIAL CAPACITY, | : | |
|     Defendants. | : | NOVEMBER 1, 2004 |

## EXHIBIT 7

## Turling,Deborah

**From:** Deckers,Peter J.
**Sent:** Monday, January 14, 2002 7:37 AM
**To:** Turling,Deborah
**Subject:** FW:

file   radolf

-----Original Message-----
**From:** Deckers,Peter J.
**Sent:** Sunday, January 13, 2002 2:56 PM
**To:** Radolf,Justin D.
**Subject:** FW:

please see below

-----Original Message-----
**From:** Deckers,Peter J.
**Sent:** Sunday, January 13, 2002 2:50 PM
**To:** Radolf,Justin D.
**Subject:**

Justin:   I have thought some more about our conversation of last Friday afternoon. Let me be very clear on several issues, and by being so, hopefully, make your decision  much easier.
My decision to change the administrative leadership of the Microbiology Pathogenesis Center effective immediately is absolute. I believe the pressures you have experienced personally and professionally during the past two years have been considerable and are not behind you or us. Indeed, I believe they may well intensify and could put the well-being and continued growth of the Center at risk. I further believe that it is in your interest to voluntarily relinquish your leadership position, and to do so immediately, for the several "personal reasons" we discussed. Such a decision will not affect your rank, tenure, salary, space or secretarial support. You, I believe, will find that Richard Berlin's decision regarding your successor will be easy to support.
As you know, you are on academic probation for three years. During this interval you will report directly to me. I will personally determine what % of your FTE will be devoted to each domain within CREAM, and what you will do in each domain. Both your %time and your activities will be decided by me only after consultation first with you, but also with Richard berlin(research), Richard garibaldi(education) and Steven strongwater(clinical).
As discussed, your successor will be appointed interim Director of the Center on or about February 1, 2002. This does not preclude you returning to the position of Director. That decision, and its timing, if we are agreed that such a future move is appropriate, is mine alone. Meanwhile, I want you to, happily and enthusiastically, grow your research productivity as completely as possible, engage our clinical activity and contribute your considerable talent to the educational offerings of the School separated from as much stress as possible.

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

JUSTIN D. RADOLF,                 :    CIVIL NO. 3: 03CV242 (MRK)
     Plaintiff,                :    LEAD/MASTER DOCKET NO.
                              :

V.                           :
                              :

UNIVERSITY OF CONNECTICUT;     :    CASE NO. 3:03CV242 (MRK)
UNIVERSITY OF CONNECTICUT       :    MEMBER CASE
HEALTH CENTER;               :
PETER J. DECKERS, EXECUTIVE     :
VICE PRESIDENT FOR HEALTH     :
AFFAIRS AND DEAN OF THE SCHOOL  :
MEDICINE, INDIVIDUALLY AND    :
IN HIS OFFICIAL CAPACITY;       :
RICHARD BERLIN, ASSOCIATE DEAN, :
INDIVIDUALLY AND IN HIS        :
OFFICIAL CAPACITY; AND STEPHEN  :
WIKEL, INDIVIDUALLY AND IN HIS   :
OFFICIAL CAPACITY,            :
     Defendants.              :    NOVEMBER 1, 2004

## **EXHIBIT 8**

#8

## Deckers,Peter J.

**From:** Berlin,Richard D.
**Sent:** Friday, February 13, 2004 11:49 AM
**To:** Deckers,Peter J.
**Subject:** RE: Wikel vs. Radolf: the title question

Thanks for your quick response; I realize that Fridays are busy clinic days. Steph has arranged the meeting; I will develop a request.

-----Original Message-----
**From:** Deckers,Peter J.
**Sent:** Friday, February 13, 2004 6:57 AM
**To:** Deckers,Peter J.; Berlin,Richard D.
**Subject:** RE: Wikel vs. Radolf: the title question

Caps unintended!      Also when I get queried directly    I must respond in a way that satisfies our dealings with the Court    specifically we have never removed the interim designation....    However, while that is an internal issue and a legal issue from my point of view Steve can say what he wants externally    i.e.  use the interim or not....  And one could  entertain the thought that we are not given resources going to conduct a search   so  why not a formal request from you and perhaps others to make him the Director.

-----Original Message-----
**From:** Deckers,Peter J.
**Sent:** Friday, February 13, 2004 6:48 AM
**To:** Berlin,Richard D.
**Subject:** RE: Wikel vs. Radolf: the title question

Richard   have  Steve  SEE ME WITH YOU ----- THIS IS ALL A LEGAL ISSUE. He knows that

-----Original Message-----
**From:** Berlin,Richard D.
**Sent:** Thursday, February 12, 2004 10:21 PM
**To:** Deckers,Peter J.
**Subject:** Wikel vs. Radolf: the title question

Dear Peter,
    As you know, in the course of setting up a visit, Stephanie circulated a form that listed Steve Wikel as Head/Director of the Center for Microbial Pathogenesis. This apparently prompted an e-mail to Stephanie from Radolf asking if the title should have been "Interim". I think Wikel has been identified previously without that qualification. However, as I understand it, you indicated that it should be "Interim". I'm quite sure that if it were you or I, this qualifier would make little difference. I'm afraid, however, that this will be just the latest degradation for Steve and "victory" for Radolf. Apparently, Scott Wetstone has indicated to Wikel that there's little that can be done about Radolf's misbehavior (which seems to stop just short of criminal) and that Wikel will just have to get used to it. Jane is not much comfort either. As Radolf reports to you, and with various lawsuits pending, Steve's control of affairs is already compromised. I think virtually all of the faculty think that Steve is one of the best we have to offer: a major contributor in every area, and a team player. I'm afraid that we will drive him away--and I know he already has had opportunities. Is the designation of Steve as Head without the "Interim" impossible? I truly believe that we will look pathetic if we end up losing Steve.
    Thanks for your consideration.

Best regards,
Dick