## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

JUSTIN D. RADOLF,                           :    CIVIL NO. 3: 03CV242 (MRK)
    Plaintiff,                              :    LEAD/MASTER DOCKET NO.
                                            :
V.                                          :
                                            :
UNIVERSITY OF CONNECTICUT;                  :    CASE NO. 3:03CV242 (MRK)
UNIVERSITY OF CONNECTICUT                   :    MEMBER CASE
HEALTH CENTER;                              :
PETER J. DECKERS, EXECUTIVE                 :
VICE PRESIDENT FOR HEALTH                   :
AFFAIRS AND DEAN OF THE SCHOOL              :
MEDICINE, INDIVIDUALLY AND                  :
IN HIS OFFICIAL CAPACITY;                   :
RICHARD BERLIN, ASSOCIATE DEAN,             :
INDIVIDUALLY AND IN HIS                     :
OFFICIAL CAPACITY; AND STEPHEN              :
WIKEL, INDIVIDUALLY AND IN HIS              :
OFFICIAL CAPACITY,                          :
    Defendants.                             :    NOVEMBER 1, 2004

## EXHIBIT 9



# University of Connecticut Health Center
*School of Medicine*



Peter Deckers, M.D.
Executive Vice President for Health Affairs
University of Connecticut Health Center
263 Farmington Ave
Farmington, Ct. 06030

January 13, 2003

Dear Dr. Deckers;

In November 2002 you asked Andy Arnold, Peter Setlow and me to form an ad hoc committee to address concerns of Data Ownership related to a federal grant application on which Dr. Stephen Wikel was the Principal Investigator entitled Anti-vector Vaccines to Control Mosquito and Tick Transmitted Diseases submitted in September 2002. Because of health reasons Dr. Setlow was not able to participate and he was replaced by David Papermaster. The charge from you was to determine if the grant proposal submitted was in conflict with the Health Center policy on Data Ownership, specifically with respect to data that Dr. Justin Radolf and Dr. Stephen Wikel had developed during their collaboration.

Dr. Radolf was interviewed by the committee on 12/13/02 and Dr. Wikel on 12/23/02 and we have reviewed the materials relevant to the collaboration and the DOD submission. In formulating our conclusions our point of reference was the Data Ownership policy that was in force in the time period in question (Approved 1989), although the items at issue are not substantially different in the new data ownership policy.

The statements in the Data Ownership policy relevant to our charge are as follows:

> (2) Research data, materials, or devices generated by a principal investigator working in collaboration with one or more faculty colleagues shall be considered the joint property of the collaborating individuals.

> (4) Research data may not be released for publication without the express permission of all individuals who made significant intellectual contributions to the project. However, any individual involved in the project may, at his/her discretion, informally discuss the research data with other researchers and present the data at seminars which are not published in full or in abstract form.

> (5) Research data, materials, or devices may not be used or released for other uses without the express permission of the major intellectual contributors to the projects.

Drs. Radolf and Wikel had developed a long-standing collaboration that antedated their arrivals at the University Health Center. By both of their statements there is no written agreement about the nature or limitations of this collaboration. Also by their own statements and confirmed by the materials provided, both investigators actively contributed to the research materials and data in question. The data in question remain largely unpublished.

In reviewing the DOD grant and the statements of Drs. Radolf and Wikel (which are not in conflict on this point) it is evident that "jointly owned" data from this collaboration were used in the grant, in particular related to the *Dermacentor* cDNA library that was cited in the Preliminary data section of the application. There is no evidence or suggestion that these data were included in this application with Dr. Radolf's express permission and indeed Dr. Radolf denies that such permission was granted.

It is therefore the unanimous opinion of the committee that research data were used in this grant proposal in conflict with the Health Center policy on Data Ownership. If we can provide additional information or clarification, please let us know.

Sincerely yours;

John P. Shanley, M.D.
Professor/Director
Division of Infectious Diseases

David S. Papermaster, M.D.
Professor
Center for Neuroscience

Andrew Arnold, M.D.
Professor/Director
Center for Molecular Medicine

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

JUSTIN D. RADOLF,                                  :     CIVIL NO. 3: 03CV242 (MRK)
     Plaintiff,                                    :     LEAD/MASTER DOCKET NO.
                                                   :
V.                                                 :
                                                   :
UNIVERSITY OF CONNECTICUT;                         :     CASE NO. 3:03CV242 (MRK)
UNIVERSITY OF CONNECTICUT                          :     MEMBER CASE
HEALTH CENTER;                                     :
PETER J. DECKERS, EXECUTIVE                        :
VICE PRESIDENT FOR HEALTH                          :
AFFAIRS AND DEAN OF THE SCHOOL                     :
MEDICINE, INDIVIDUALLY AND                         :
IN HIS OFFICIAL CAPACITY;                          :
RICHARD BERLIN, ASSOCIATE DEAN,                    :
INDIVIDUALLY AND IN HIS                            :
OFFICIAL CAPACITY; AND STEPHEN                     :
WIKEL, INDIVIDUALLY AND IN HIS                     :
OFFICIAL CAPACITY,                                 :
     Defendants.                                   :     NOVEMBER 1, 2004

**EXHIBIT 10**



# University of Connecticut Health Center

Office of the
Executive Vice President
for Health Affairs

Dean, School of Medicine

February 10, 2003

Ms. Jamie Kiser
Contract Specialist
U.S. Army Medical Research Acquisition Activity
820 Chandler Street
Fort Detrick, MD 21702-5014

Dear Ms. Kiser:

On behalf of the School of Medicine, we want first to thank you for your help in guiding Dr. Stephen K. Wikel through the submission of his proposal (021386) to the award of Contract NO. DAMD17-03-1-0075, which became effective on February 1, 2003. The proposal, titled, "Anti-Vector Vaccines to Control Mosquito and Tick Transmitted Diseases" is based on Dr. Wikel's profound knowledge of tick and insect biology coupled with current molecular biological techniques, and will be greatly enhanced by his collaboration with prominent scientists at NIH, Yale, and the University of Texas-Galveston. We sincerely believe that Dr. Wikel's research will not only contribute to understanding the fundamental process by which insect and arthropod vectors transmit infectious agents, but will also potentially contribute greatly to the protection of our armed forces.

An additional purpose of this letter is to inform you of data, which were accurate, but improperly included in the Preliminary Data of Dr. Wikel's proposal. We want to emphasize that the inclusion of these data in no way compromises the scientific integrity of the proposal. Nor does it affect the approved Statement of Work. The impropriety of the inclusion relates simply to a violation of a clause in our institution's Data Ownership Policy, which Dr. Wikel overlooked. Briefly, several months before submission of Dr. Wikel's proposal, he had considered submitting it with his former collaborator, Dr. Justin Radolf (also on our faculty). Dr. Wikel and Dr. Radolf had jointly begun creation of a library of tick salivary gland expressed sequence tags (ESTs), and this was shown under Preliminary Data. However, some months prior to submission of the proposal, Dr. Radolf was placed on academic probation for issues related to the conduct of his laboratory. Consequently, Dr. Radolf's participation in the proposal was effectively terminated. During the subsequent months Dr. Wikel extended his collaboration with NIH investigators, Drs. Ribeiro and Valenzuela, who had developed an entirely different approach to the analysis of ESTs (and in a different tick species). It is this approach that is described and included in the Statement of Work. Nevertheless,

*An Equal Opportunity Employer*

263 Farmington Avenue
Farmington, Connecticut 06030-1920

Telephone: (860) 679-2594
Facsimile: (860) 679-1255

Ms. Jamie Kiser
February 10, 2002
Page 2

the older data acquired jointly by Dr. Wikel and Dr. Radolf was included under
Preliminary Data without Dr. Radolf's express permission, a violation of our Data
Ownership Policy, even though it was no longer relevant to the work proposed. Not only
the technique, but also Dr. Radolf is omitted from the proposal.

Even though this error does not affect the proposal's scientific merit or its promise of
work to-be-done, we believe you should be informed of the issue in the event that any
question should arise as to the nature of the Preliminary Data. If you have need of any
further clarification, please do not hesitate to call.

Sincerely,

Peter J. Deckers, M.D.
Executive Vice President for Health Affairs
Dean, School of Medicine

Richard D. Berlin, M.D.
Associate Dean for Research Planning
and Coordination

sas

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| JUSTIN D. RADOLF, | : | CIVIL NO. 3: 03CV242 (MRK) |
| Plaintiff, | : | LEAD/MASTER DOCKET NO. |
| | : | |
| V. | : | |
| | : | |
| UNIVERSITY OF CONNECTICUT; | : | CASE NO. 3:03CV242 (MRK) |
| UNIVERSITY OF CONNECTICUT | : | MEMBER CASE |
| HEALTH CENTER; | : | |
| PETER J. DECKERS, EXECUTIVE | : | |
| VICE PRESIDENT FOR HEALTH | : | |
| AFFAIRS AND DEAN OF THE SCHOOL | : | |
| MEDICINE, INDIVIDUALLY AND | : | |
| IN HIS OFFICIAL CAPACITY; | : | |
| RICHARD BERLIN, ASSOCIATE DEAN, | : | |
| INDIVIDUALLY AND IN HIS | : | |
| OFFICIAL CAPACITY; AND STEPHEN | : | |
| WIKEL, INDIVIDUALLY AND IN HIS | : | |
| OFFICIAL CAPACITY, | : | |
| Defendants. | : | NOVEMBER 1, 2004 |

## EXHIBIT 11

**Department__CMP_____    ACADEMIC YEAR 2001-2002**
(July 1, 2001 through June 30, 2002)
**Chair's Merit Recommendation for Merit Increase**

Faculty_____Justin Radolf, M.D._____    School of Medicine FTE _100__ %

| Academic Rank | Professor |
|---|---|
| Tenured (Y/N) | Y |
| Tenure Track (Y/N) | |
| Research-In-Residence (Y/N) | |
| Date of Original Appointment | 4/1/99 |
| Date of Last Promotion | |

| | Education % Effort____ | Research % Effort____ | Admin/Other % Effort____ | Clinical % Effort____ | Aggregate |
|---|---|---|---|---|---|
| | Chair's Recommendation | Chair's Recommendation | Chair's Recommendation | | Recommended |
| Unacceptable Performance | | | | | |
| Acceptable Performance | | | | | |
| Superior Performance | | | | | |

I have discussed this evaluation with the Faculty Member
Signature of Chair_____

Date_____

I have discussed this evaluation with my Chair.  My signature signifies only that and does not   imply agreement
or disagreement.

Signature of Faculty Member_____

Date_____

1

EXPECTATIONS FORM:

FACULTY NAME:    **Justin Radolf**            DEPARTMENT:    **CMP**

### EXPECTATIONS FOR  July 1, 2002 – June 30,2003

Please use additional sheets as necessary.

| Expectations related to Education: | |
|---|---|
| | Continue as lecturer/discussion leader in ID Section of Mechanisms of Disease |
| | Continue as lecturer in Meds 330 (Immunobiology II) and Meds 440 (Fundamentals of Microbiology) |
| | Continue as co-director of Meds 440 (Director, Bacteriology section) |
| | Serve as Attending on General Medicine, June 2003 |
| | Participate in the development of a new course entitled"Immunology of Infectious Diseases" (Spring '03) |
| | Continue mentorship of junior faculty (Drs. Salazar and Caimano), postdoctoral fellows (Drs. Hazlett, Eggers, and Ghosh) and graduate students (Meagan Moore) |
| Expectations related to Research: | |
| | Continue to publish in the three areas covered by my R01s: *T. pallidum* molecular biology/genetics; *B. burgdorferi* molecular biology/genetics, and syphilis immunology; |
| | Continue to study the cutaneous immunology of Lyme Disease with Dr. Salazar |
| | Continue molecular characterization of tick salivary proteins and tick vaccine research with Dr. Wikel |
| | Continue to study the epidemiology and ecology of babesiosis with Dr. Krause |
| | Continue to study the molecular pathogenesis of endodontic infections with Dr. Fouad |
| | Develop collaboration with Dr. Glenn King focusing on the analysis of spirochete cell division proteins |
| Expectations related to Administrative/Other aspects of Academic effort: | |
| | Develop sites for syphilis research in Cali, Colombia and Port-au-Prince, Haiti |
| | |
| | |

2

Statement of what actions or achievements would result in an evaluation of "Superior Performance". (This does not exclude consideration of other/different actions or achievements).

_____
_____
_____
_____
_____
_____
_____
_____
_____

This document was reviewed by the Chair and the Faculty member <u>together</u> on _____(date).


Signature of Chairperson                                        Signature of Faculty Member

**Required Form: Education Worksheet to be completed by the Faculty Member**

Name of Faculty Member_____ **Justin Radolf** _____

Please include only information for Academic Year July 1, 2001 through June 30, 2002

| | Contact Hours/Year | | | Clinical[1] | Precepting[2] | |
|---|---|---|---|---|---|---|
| | Lect. | Sm. Grp. | Lab | Hrs./Yr. | Wks/Yr. | Ave. Hrs./Wk |
| Medical Students (list course) | | | | | | |
| Mechanisms of Disease (ID Section) | 2 | 3 | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Graduate Students (list course, preceptees) | | | | | | |
| | | | | | | |
| Meds 330 (Immunobiology II) | 2 | | | | | |
| Meds 440 (Fundamentals of Microbiology) | 4 | | | | | |
| Meagan Moore MSTP | | | | | 50 | 2 |
| | | | | | | |
| | | | | | | |
| Residents and Fellows (list activity) | | | | | | |
| Inter-City ID Rounds | | | | 10 | | |
| Internal Medicine Grand Rounds | | | | 10 | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| CME (list program) | | | | | | |
| Organizing Committee Chair, CMP Annual Microbial Pathogenesis Symposium (11/01) | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Other (e.g., tutoring, dental students, etc.) | | | | | | |
| CMP Journal Club | | 1 | | | | |
| Mentoring junior faculty (Drs. Salazar and Caimano) and postdoctoral fellows (Drs. Hazlett, Eggers, and Ghosh) | | | | | 50 | 10 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| TOTAL | 8 | 4 | | 20 | | 600 |

[1] Includes: attending rounds, morning report, noon conferences, grand rounds, consultation rounds, etc.

[2] Includes: laboratory supervision, supervision in clinic, etc.

4

**To be completed by the Faculty Member**

## FACULTY WORKSHEET FOR RESEARCH AND SCHOLARLY PRODUCTIVITY

Name of Faculty Member_____ Justin Radolf__

Please include only information for Academic Year July 1,2001 through June 30, 2002

Use additional sheets as necessary

Include any additional information  you feel is relevant

| I. RESEARCH GRANTS | | | | | | |
|---|---|---|---|---|---|---|
| Source | Title of Grant | Total Dollar Amount for Grant | Direct Costs | IDC | Role (PI, Co-PI, Contributor) | % Effort |
| Federal | Membrane Immunogens of *Treponema pallidum*\* | $361,638 | $228,057 | $133,581 | PI | 20 |
| | Membrane Proteins of *Borrelia burgdorferi*\*\* | $72,871 | $47,268 | $25,603 | PI | 20 |
| | Membrane Proteins of *Borrelia burgdorferi*\*\*\* | $229,856 | $159,162 | $70,694 | PI | 20 |
| | Cutaneous Immunology of Secondary Syphilis | $311,470 | $221,322 | $90,148 | PI | 15 |
| Foundation | | | | | | |
| | | | | | | |
| Industry | Recombinant *Babesia microti* diagnostic antigens and vaccine | $291,655 (1999-2002) | | | Co-PI (Dr. Krause) | 10 |
| | | | | | | |
| Other | HCRAC "Molecular cloning of *B. microti* rhoptry proteins | $38,510 (1999-2002) | | | Co-PI | 10 |
| | | | | | | |
| | | | | | | |

\*no cost extension; competitive renewal received fundable score 10/01 and will begin 7/01/02

\*\*no cost extension through 11/30/01

\*\*\*competitive renewal began 12/01/01

**NOTE: Please provide <u>full citations</u> for all publications using the format specified by the S.A.P.C.
Expand the boxes as necessary**

| II.<br>PUBLICATIONS | |
|---|---|
| Peer Reviewed | Noss EH, Pai RK, Sellati TJ, Radolf JD, Belisle J, Golenbock DT, Boom WH and Harding CV. Toll-like receptor 2-dependent inhibition of macrophage class II MHC expression and antigen processing by 19 kD lipoprotein of *Mycobacterium tuberculosis*. J Immunol 2001; 167:910-918.<br><br>Discrimination of bacterial lipoproteins by toll-like receptor 6. Takeuchi O, Kawai T, Muhlradt PF, Morr M, Radolf JD, Zychlinsky A, Takeda K, and Akira S. Int Immunol 2001; 13:933-940.<br><br>Aliprantis AO, Weiss DS, Radolf JD, and Zychlinsky A. Identification of bacterial lipoproteins as cytotoxins in *Shigella flexneri* culture supernatants. Infect Immun 2001; 69:6248-6255.<br><br>Ryan R, Krause PJ, Radolf J, Freeman K, Spielman A, Lenz R, and Levin A. Diagnosis of babesiosis using an immunoblot serologic test. Clin Diag Lab Immunol 8:1177-1180.<br><br>Eggers CH, Caimano MJ, Miller WG, Samuels DS, and Radolf JD. Identification of loci critical for replication and compatibility of a *Borrelia burgdorferi* cp32 plasmid and use of a cp32-based shuttle vector for expression of fluorescent reporters in the Lyme disease spirochaete. Mol Microbiol 2002;43:281-295.<br><br>Elias AF, Stewart PE, Grimm D, Caimano MJ, Eggers CH, Tilly K, Bono JL, Akins DR, Radolf JD, Schwan TG, and Rosa PG. Clonal polymorphism of *Borrelia burgdorferi* strain B31 MI: implications for mutagenesis in an infectious strain background. Infect Immun 2002;70:2139-2150.<br><br>Lee Y-H. Dorwart MR, Hazlett KRO, Deka RK, Norgard MV, Radolf JD, and Hasemann CA. The crystal structure of Zn(II)-free *Treponema pallidum* TroA, a periplasmic metal-binding protein, reveals a closed conformation. J Bacteriol 2002; 184:2300-2304.<br><br>Krause PJ, Thompson CA, McKay K, Sikand VK, Lentz R, Lepore T, Closter L, Christianson D, Telford SR, Persing D, Radolf J, Spielman A, and the Deer-associated infection study group. Disease-specific diagnosis of coinfecting tick-borne zoonoses: babesiosis, human granulocytic ehrlichiosis, and Lyme disease. Clin Infect Dis 2002; 34:1184-1191.<br><br>Salazar JC, Hazlett KRO, and Radolf JD. The immune response to infection with *Treponema pallidum*, the stealth pathogen. Microbes and Infection (in press).<br><br>Clawson ML, Paciorkowski N, Rajan TV, La Vake C, Pope C, La Vake M, Wikel SK, Krause PJ, and Radolf JD. Cellular immunity, but not IFN-γ, is essential for resolution of *Babesia microti* infection in BALB/c mice. Infect Immun (in press).<br><br>Fouad AF, Barry J, Caimano M, Clawson M, Zhu Q, Carver R, Hazlett K and Radolf JD. PCR-based identification of bacteria in endodontic infection. J Clin Micro (in press).<br><br>Hazlett KRO, Cox DL, Sikkink RA, Rusnak F, Auch'ere F, and Radolf JD. Contribution of neelaredoxin to oxygen tolerance by *Treponema pallidum*. Methods Enzymol 2002;353:140-156.<br><br>Ojaimi C, Brooks C, Akins D, Casjens S, Rosa P, Elias A, Barbour A, Jasinskas A, Benach J, Katonah L, Radolf J, Caimano M, Skare J, Sims S and Schwartz I. *Borrelia burgdorferi* Gene Expression Profiling with Membrane-Based Arrays. Method Enzymol (in press). |
| Non-peer Reviewed | |

| | |
|---|---|
| Editorial | |
| Case Report | |
| Book | |
| Chapter | Caimano, MJ and Radolf JD. The Genus *Borrelia*. In: The Prokaryotes: An Evolving Electronic Resource for the Microbiological Community. 3rd Edition. M. Dworkin, S. Falkow, E. Rosenberg, K.-H. Schleifer, and E. Stackebrandt (eds.). Springer-Verlag Press. New York, New York. <br><br> Salazar JC and Radolf JD. Practice Point: Management of an HIV-positive pregnant woman with a positive VDRL test from an area endemic for nonvenereal treponemal infection. In: Infectious Diseases. Second Edition. J. Cohen and W.C. Powderley (eds). Elsevier Science. London. |

| III. PRESENTATIONS | | |
|---|---|---|
| | Occasion | Date |
| Scientific | "*B. burgdorferi* lipoproteins and innate immunity in Lyme disease", presented at a NIH-sponsored workshop on Neuroborreliosis, Airlie Center, Virginia. | 9/11/01 |
| | "Development of a *Borrelia burgdorferi* shuttle vector: turning the tables", presented as a seminar in the Department of Molecular and Cellular Biology, University of Connecticut, Storrs. | 10/11/01 |
| | Chaired a session on host-pathogen interactions and presented an overview entitled "Lipoproteins, innate immunity, and the cutaneous immune response to *Borrelia burgdorferi*" at the bi-annual Gordon Research Conference on the "Biology of Spirochetes", Ventura, CA. | 1/23/02 |
| | "Differential expression by *Borrelia burgdorferi* and shuttle vector development: what goes around, comes around", presented as a seminar at the Wadsworth Public Health Laboratories, Albany, NY. | 3/07/02 |
| | Organized and convened a colloquium entitled "Arthropod-vector interactions: the flip-side of human disease" at the 102nd General Meeting of the American Society for Microbiology, Salt Lake City, Utah. | 5/21/02 |
| | | |
| | | |
| Clinical | | |
| | | |
| | | |

| IV. PARTICIPATION IN SCIENTIFIC ORGANIZATIONS | |
|---|---|
| | |

|  | Leadership Role (none) |
| Local | Connecticut Infectious Diseases Society |
|  |  |
|  |  |
| National | American Society for Microbiology |
|  | Infectious Diseases Society of America |
|  | American Association for the Advancement of Science |
|  | American Society for Clinical Investigation |

| V. EDITORIAL BOARDS |  |
| --- | --- |
|  |  |
| Journals | Infection and Immunity |
|  | Sexually Transmitted Diseases |
|  |  |

| VI. REVIEWER |  |
| --- | --- |
|  | For Whom |
| Study Section | 1) Bacteriology and Mycology 1 (NIAID) |
|  | Member of Special Emphasis Panels for (2) NIGMS/NIAID (10/22-23/01) and (3) NHLBI (617-6/18/02) |
|  |  |
| Grants | (1) Molecular biology and immunology of chancroid (BM1) RFAs entitled (2) "Infectious Etiology of Chronic Diseases: novel approaches to pathogen detection" (NIGMS/NIAID) and (3) "The Role of Infectious Agents in Vascular Disease" (NHLBI) |
|  |  |
| Manuscripts | Journal of Immunology; Nature Medicine, Infection and Immunity, Sexually Transmitted Diseases; Journal of Bacteriology; American Journal of Tropical Medicine & Hygiene; Journal of Clinical Microbiology; Annals of Internal Medicine; Clinical Infectious Diseases |
|  |  |

| VII. HONORS |  |
| --- | --- |
|  | Nature of Award |
| Organization | National Institutes of Health/NIAID Merit Award (F37) for *T. pallidum*/syphilis research |
|  |  |
|  |  |

| VIII. Remarks, Other Considerations |
| --- |
|  |

8

To be completed by the Faculty Member

## Faculty Worksheet for Administrative Responsibilities

Faculty Name          Justin Radolf, M.D.

Please include only information for Academic Year July 1,2001 through June 30, 2002
Use additional sheets as necessary
Include any additional information you feel is relevant

## EDUCATION COMMITTEES

| Name of Committee | Role (Chair/Member/*Ex-officio*) | Hours/month Meeting | Hours/Month Preparation | Remarks |
|---|---|---|---|---|
| MSTP Steering | member | 0.5 | | Interviewed a number of MSTP applicants |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## RESEARCH COMMITTEES

| Name of Committee | Role (Chair/Member/*Ex-officio*) | Hours/month Meeting | Hours/Month Preparation | Remarks |
|---|---|---|---|---|
| GCRC SAC | member | 2 | 2 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## Other ADMINISTRATIVE DUTIES

| Description | Role | Hours/month Meeting | Hours/Month Preparation | Remarks |
|---|---|---|---|---|
| Med School Admissions | Interviewer | | | Interviewed a number of Med School applicants |
| BS/MD Program | Interviewer | | | Interviewed several BS/MD applicant |
| Grad School Admissions | Interviewer | | | Interviewed several Grad School applicants |
| | | | | |
| | | | | |
| | | | | |

9

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| JUSTIN D. RADOLF, | : | CIVIL NO. 3: 03CV242 (MRK) |
| Plaintiff, | : | LEAD/MASTER DOCKET NO. |
| | : | |
| V. | : | |
| | : | |
| UNIVERSITY OF CONNECTICUT; | : | CASE NO. 3:03CV242 (MRK) |
| UNIVERSITY OF CONNECTICUT | : | MEMBER CASE |
| HEALTH CENTER; | : | |
| PETER J. DECKERS, EXECUTIVE | : | |
| VICE PRESIDENT FOR HEALTH | : | |
| AFFAIRS AND DEAN OF THE SCHOOL | : | |
| MEDICINE, INDIVIDUALLY AND | : | |
| IN HIS OFFICIAL CAPACITY; | : | |
| RICHARD BERLIN, ASSOCIATE DEAN, | : | |
| INDIVIDUALLY AND IN HIS | : | |
| OFFICIAL CAPACITY; AND STEPHEN | : | |
| WIKEL, INDIVIDUALLY AND IN HIS | : | |
| OFFICIAL CAPACITY, | : | |
| Defendants. | : | NOVEMBER 1, 2004 |

**EXHIBIT 12**

From: Deckers,Peter J.
Sent: Thu 4/4/2002 10:48 AM
To:   Radolf,Justin D.
Cc:
Subject:
I had a little time so i read through the material you just gave me... very
impressive in all areas  thank you  Keep up the excellent work... You might
begin to consider your goals and objectives in the relevant areas of CREAM for
academic year 03 which begins July 1, 02... Let's discuss when you have written
them down  relative to "meets"  and "exceeds expectations" etc.... Try to establish
some stretch  targets.

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JUSTIN D. RADOLF, | : | CIVIL NO. 3: 03CV242 (MRK) |
| Plaintiff, | : | LEAD/MASTER DOCKET NO. |
| | : | |
| V. | : | |
| | : | |
| UNIVERSITY OF CONNECTICUT; | : | CASE NO. 3:03CV242 (MRK) |
| UNIVERSITY OF CONNECTICUT | : | MEMBER CASE |
| HEALTH CENTER; | : | |
| PETER J. DECKERS, EXECUTIVE | : | |
| VICE PRESIDENT FOR HEALTH | : | |
| AFFAIRS AND DEAN OF THE SCHOOL | : | |
| MEDICINE, INDIVIDUALLY AND | : | |
| IN HIS OFFICIAL CAPACITY; | : | |
| RICHARD BERLIN, ASSOCIATE DEAN, | : | |
| INDIVIDUALLY AND IN HIS | : | |
| OFFICIAL CAPACITY; AND STEPHEN | : | |
| WIKEL, INDIVIDUALLY AND IN HIS | : | |
| OFFICIAL CAPACITY, | : | |
| Defendants. | : | NOVEMBER 1, 2004 |

## **EXHIBIT 13**

 **University of Connecticut Health Center**

**POLICY NUMBER 2002-8**

**February 25, 2002**

**POLICY:**   **TIME AND EFFORT REPORTING**
**(RESEARCH/SPONSORED PROGRAMS)**

**PURPOSE:**

To comply with the Office of Management and Budget Circular A-21 (Cost Principles for Educational Institutions) for documenting salary expenses charged directly or indirectly against Federally sponsored projects.

**POLICY STATEMENT:**

1.  The time and effort reporting system addresses employees funded by or cost shared on sponsored programs at the University of Connecticut Health Center.

2.  Individual effort reports are required for all employees who are directly charged or cost shared on sponsored research projects.

3.  The Time and Effort report must represent, in percentages totaling 100%, a reasonable estimate of an employee's compensated effort for the quarter year being reported. Effort reports must be completed and signed by either the employee, Principal Investigator, Department Chairperson or Department Administrator. The Principal Investigator shall review and certify (electronic signature) all Time and Effort reports associated with the sponsored project using suitable means of verification that the reported work was performed.

4.  In those instances where an employee, other than the individual whose effort is being reported, completes and signs (electronically) the time and effort form, that employee must have access to reliable information as to how the individuals' effort was expended and must maintain supporting documentation regarding that information.

5.  The Grants and Contacts office is responsible for the collection, review and retention of all Time and Effort reports. The Grants and Contracts office will make individually reported data available only to authorized auditors.

6.  Time and Effort Reports must be completed and signed within 60 days following the end of a quarter.

7. Cost disallowances on sponsored projects resulting from a department's failure to submit completed time and effort reports to the Grants and Contracts office will be charged to the departments DCAA account (per Policy #2002-34 Financial Responsibility).


_____Dan Upton  (signed)_____          _____4/10/02_____
**Chief Financial Officer**                                                    **Date**


_____Richard Berlin, MD   (signed)_____          _____4/8/02_____
**Associate Dean for Research/Planning & Coordination**           **Date**


_____Peter Deckers, MD  (signed)_____          _____4/10/02_____
**Executive Vice President for Health Affairs**                     **Date**



Replaces:  NEW POLICY

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| JUSTIN D. RADOLF, | : | CIVIL NO. 3: 03CV242 (MRK) |
| Plaintiff, | : | LEAD/MASTER DOCKET NO. |
| | : | |
| V. | : | |
| | : | |
| UNIVERSITY OF CONNECTICUT; | : | CASE NO. 3:03CV242 (MRK) |
| UNIVERSITY OF CONNECTICUT | : | MEMBER CASE |
| HEALTH CENTER; | : | |
| PETER J. DECKERS, EXECUTIVE | : | |
| VICE PRESIDENT FOR HEALTH | : | |
| AFFAIRS AND DEAN OF THE SCHOOL | : | |
| MEDICINE, INDIVIDUALLY AND | : | |
| IN HIS OFFICIAL CAPACITY; | : | |
| RICHARD BERLIN, ASSOCIATE DEAN, | : | |
| INDIVIDUALLY AND IN HIS | : | |
| OFFICIAL CAPACITY; AND STEPHEN | : | |
| WIKEL, INDIVIDUALLY AND IN HIS | : | |
| OFFICIAL CAPACITY, | : | |
| Defendants. | : | NOVEMBER 1, 2004 |

## <u>EXHIBIT PAGE 14</u>

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| JUSTIN D. RADOLF, | : | CIVIL NO. 3: 03CV242 (MRK) |
| Plaintiff, | : | LEAD/MASTER DOCKET NO. |
| | : | |
| V. | : | |
| | : | |
| UNIVERSITY OF CONNECTICUT; | : | CASE NO. 3:03CV242 (MRK) |
| UNIVERSITY OF CONNECTICUT | : | MEMBER CASE |
| HEALTH CENTER; | : | |
| PETER J. DECKERS, EXECUTIVE | : | |
| VICE PRESIDENT FOR HEALTH | : | |
| AFFAIRS AND DEAN OF THE SCHOOL | : | |
| MEDICINE, INDIVIDUALLY AND | : | |
| IN HIS OFFICIAL CAPACITY; | : | |
| RICHARD BERLIN, ASSOCIATE DEAN, | : | |
| INDIVIDUALLY AND IN HIS | : | |
| OFFICIAL CAPACITY; AND STEPHEN | : | |
| WIKEL, INDIVIDUALLY AND IN HIS | : | |
| OFFICIAL CAPACITY, | : | |
| Defendants. | : | NOVEMBER 1, 2004 |

**EXHIBIT 14**

UNIVERSITY OF ...

## ASSIGNMENT AUTHORIZATION    6-25-00    06075402

| 12 | NAME, LAST | FIRST | M.I. | TITLE | EMPLOYEE ID/SSA # | EMPLOYEE # | EFFECTIVE DATE | SERVICE DATE |
|---|---|---|---|---|---|---|---|---|
| | BOWELL, KENNETH W. | | MR | 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 | 643112 A | 04/05/02 | 03/31/99 |

061402

| SCHOOL/ADMIN. UNIT | DEPARTMENT | WORK UNIT |
|---|---|---|
| 001-SCHOOL OF MEDICINE | 20135-MICROBIAL PATHOGEN | 20135-MICROBIAL PATHOGENE |

| WORK PHONE | BLDG/FLR/RM # | CHECK | EEO OCC | ESTAB. | GRANT | EMP. STAT | PAYROLL TYPE | |
|---|---|---|---|---|---|---|---|---|
| 679-8452 | L 7 023 | 014 | H30 | 001 | | 1 | REGULAR | |
| | | | | | | | STUDENT | |
| | | | | | | | SPECIAL | |

| 16 | JOB CODE | ASSIGNMENT # | ASSIGN. BEGIN DATE | ASSIGN. END DATE | START EVENT | STOP EVENT | LINK | POS # | FTE | UNIT | GRADE STEP | PAY RATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | L 036 | 040502 | 061302 113002 | N A | 032 | 042891 | 1.00 | 1 | RESOC | 2,548.74 |

061402

| ANNUAL SALARY | DIF | DIF | CLASSIFICATION CODE/PAYROLL TITLE | TIME LOC. | SCHOOL/DIVISION ASSIGNMENT |
|---|---|---|---|---|---|
| $66,787 | A N 6836 | RESEARCH ASSOCIATE 2 | 014 | 001-SCHOOL OF MEDICINE |

| DEPARTMENT ASSIGNMENT | UNIT ASSIGNMENT | BARGAINING UNIT ID |
|---|---|---|
| 20135-MICROBIAL PATHOGENE | 20135-MICROBIAL PATHOGENE | PROFESSIONAL TIER I - |

| 15 | CURR. JOB STAT | LEAVE RETURN DATE | ANNIVERSARY DATE | NEXT REVIEW DATE | ACD. COMP. DATE | AAO # | STATE PC # | SHIFT ( ) |
|---|---|---|---|---|---|---|---|---|
| | 20 | | 07/01/99 | 04/30/99 | 033199 | 99394 | | R.C.-3210 |

| BUDGET INFORMATION # FOR REFILL OF POSITION # PERSON REPLACED | BUDGET # | FTE | CERT # |
|---|---|---|---|
| | T&E #N | | |

| 36 | LED. | ACCOUNT | SUBCODE | % | FUND | START DATE | END DATE | LED. | ACCOUNT | SUBCODE | % | FUND | START DATE | END DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2 | 11241 | 1717 | 100 | 0000 | 061302 | 061302 | 2 | 11241 | 1717 | 75/100 | 0000 | 061402 | 113002 |
| | | | | | | | | 5 | 22686 | 1717 | 25 | 1172 | 061402 | 113002 |

RECEIVED JUN 19 2002 DEPT. OF HUMAN RESOURCES

| | REASON FOR SEPARATION | | | CODE | LAST DAY WORKED | WITHOUT PAY | TO |
|---|---|---|---|---|---|---|---|
| | MEDICAL | WITHOUT PAY | TO | CODE | MEDICAL WITHOUT PAY | TO | |
| | PERSONAL | | | | | PENSIONAL WITHOUT PAY | TO |

| 26 | RANK | TEN DATE | TENBAT | AAD DATE | BJ ENTRY DT | DEPARTMENT ENTRY | EHC DATE | PROMOTION DATE |
|---|---|---|---|---|---|---|---|---|
| | 02 | | | | | 033199 | 033199 | |

| SIGNATURES | COMMENTS AA revised to reflect 25% salary coverage on S-22686 (6-17-02) Chg. end date Code chg. Employee unavailable to sign 6/11/02 MS |
|---|---|

PREPARED BY  Kimberly Young  EXT. 8481
BUDGET  T. Thomas 6/24/02    HUMAN RESOURCES  LaMere 6-25-02
GRANTS  6-21-02
FINANCE DIRECTOR

EMPLOYEE ___ unavailable to sign 6/11/02    DATE 6/11/02
___ unavailable to sign    DATE 6/17/02
DEPT. HEAD ___    DATE June 2002
DEAN ___    DATE 6/17/02
VICE PRESIDENT ___    DATE 6/17/02

PAYROLL COPY

RECEIVED JUN BUDGET OFFICE
JUN 2002 Received Fiscal Affairs

## UNIVERSITY OF CONNECTICUT HEALTH CENTER
### ASSIGNMENT AUTHORIZATION

HCH 518 REV 9/
PRINT DATE **04/15/02**

| 12 | NAME, LAST / FIRST / M.I. | TITLE | EMPLOYEE ID/SSA # | EMPLOYEE P | PR STAT | EFFECTIVE DATE | SERVICE DATE |
|----|----|----|----|----|----|----|----|
| | BOUZELL, KENNETH V. | MR | 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 | 643112 | A | 04/05/02 | 03/31/99 |

061402

| SCHOOL/ADMIN. UNIT | DEPARTMENT | WORK UNIT |
|----|----|----|
| 001-SCHOOL OF MEDICINE | 20135-MICROBIAL PATHOGEN | 20135-MICROBIAL PATHOGENES |

| WORK PHONE | BLDG/FLR/RM # | CHECK | EEO OCC | ESTAB. | GRANT | EMP STAT | PAYROLL TYPE |
|----|----|----|----|----|----|----|----|
| 679-8482 | L 7 023 | 014 | H30 | 001 | | 1 | REGULAR / STUDENT / SPECIAL |

| 16 | JOB CODE | ASSIGNMENT # | ASNMT. BEGIN DATE | ASNMT. END DATE | START EVENT | STOP EVENT | LINK | POS # | FTE | TAX | GRADE STEP | PAY RATE |
|----|----|----|----|----|----|----|----|----|----|----|----|----|
| | L | 036 | 040502 | 061302 | A | A | 032 | 042891 | 1.00 | 1 | R130C | 2,568.74 |

061402  113002

| ANNUAL SALARY | DIF | DIF | CLASSIFICATION CODE/PAYROLL TITLE | TIME LOC. | SCHOOL/DIVISION ASSIGNMENT |
|----|----|----|----|----|----|
| $66,787 | A | N 6834 | RESEARCH ASSOCIATE 2 | 014 | 001-SCHOOL OF MEDICINE |

| DEPARTMENT ASSIGNMENT | UNIT ASSIGNMENT | BARGAINING UNIT ID |
|----|----|----|
| 20135-MICROBIAL PATHOGENES | 20135-MICROBIAL PATHOGENE | PROFESSIONAL TIER I - |

| 15 | CURR JOB STAT | LEAVE RETURN DATE | ANNIVERSARY DATE | NEXT REVIEW DATE | ACC. COMP. DATE | AAO # | STATE PC # | SHIFT |
|----|----|----|----|----|----|----|----|----|
| | 20 | | 07/01/99 | 04/30/99 | 033199 | 99396 | | M.C.-3710 |

BUDGET INFORMATION # FOR REFILL OF POSITION * PERSON REPLACED    TRE: #N    FTE    CERT #

| 36 | LED. | ACCOUNT | SUBCODE | % | FUND | START DATE | END DATE | LED. | ACCOUNT | SUBCODE | % | FUND | START DATE | END DATE |
|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
| | 2 | 11241 | 1717 | 100 | 0000 | 061501 | 061302 | 2 | 11241 | 1717 | 75 | 0000 | 061402 | 113002 |
| | | | | | | 6-19-02 | | 5 | 22686 | 1717 | 25 | 1172 | 061402 | 113002 |

RECEIVED JUN 2002 Received Fiscal Affairs

| 26 | RANK | TEN DATE | SABBAT | SAB DATE | RANK DATE | BU ENTRY DT | UNION SENIORITY | ERC DATE | PROMOTION DATE |
|----|----|----|----|----|----|----|----|----|----|
| | 02 | | | | | | 033199 | 033199 | |

COMMENTS: AA revised to reflect 25% salary coverage on 5-22686 (6-17-02)

PREPARED BY Kimberly Young EXT. 8481

**SIGNATURES**

Employee unavailable to sign  6/11/02
...... unavailable to sign  6/11/02
DEPT HEAD ...... 6/17/02
FINANCE DIRECTOR ...... 6/17/02
VICE PRESIDENT ...... 6/17/02

5 22454
not charged

 THE UNIVERSITY OF CONNECTICUT HEALTH CENTER
## ROUTING MEMO

| | |
|---|---|
| **TO:** | Kim Young |
| **FROM:** | Ruth Batagowski |
| **DATE:** 6-19-02 | **PHONE NO:** | **MAIL CODE:** |

- ☐ COMMENT AND RETURN
- ☐ SEE ME ON THIS
- ☐ FOR YOUR APPROVAL
- ☐ FOR YOUR INFORMATION
- ☐ PER OUR CONVERSATION
- ☐ FOR YOUR RECOMMENDATIONS
- ☐ RETURN TO ME

- ☐ NOTE AND RETURN
- ☐ HANDLE
- ☐ FOLLOW UP
- ☐ PER YOUR REQUEST
- ☒ FOR YOUR FILE
- ☐ DISTRIBUTE
- ☐ OTHER

**COMMENTS:**

Jun 07 04 08:11a    Justin and Susan Radolf    860 404-8831

P.5

*Bourell, K.*

C O P Y

## THE UNIVERSITY OF CONNECTICUT HEALTH CENTER
## LABOR DISTRIBUTION
## CHANGE AUTHORIZATION

| NAME LAST        FIRST   M I | EMPLOYEE ID/SS# | EMPLOYEE # |
|---|---|---|
| BOURELL, Kenneth W. | 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 | 643112 |

PREVIOUS CODING                                             NEW CODING

| LED | ACCOUNT | SUBCODE | % | FUND | START DATE | END DATE | LED | ACCOUNT | SUBCODE | % | FUND | START DATE | END DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | *12-9-01* |
| 2 | 11241 | 1717 | 1.00 | 0000 | 6/15/01 | ~~6/13/02~~ | 2 | 11241 | 1717 | 0.50 | 0000 | 6/15/01 | ~~6/13/02~~ |
| | | | | | | *12-9-01 Rob* | 5 | 22460 | 1717 | 0.50 | 1172 | 6/15/01 | ~~6/13/02~~ *12-9-01* |
| | | | | | | | | | | | | | *RB* |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

PREPARED BY: Ruth Batogowski          EXT: 4948  REQUESTED BY: Dave Gillon    DEPT:

JUSTIFICATION/REASON: (Please note: if new coding is to a grant account, Time & Effort Reports as well as an approved Cost Transfer Request must be on file in the Grants Office.)

### CHARGE GRANT FOR TIME & EFFORT DEVOTED TO PROJECT FOR THE PERIOD 6-15-01 TO 6-13-02.

*6/17/02 dld N. Cenest*

| COMMENTS | | BUDGET | PERSONNEL |
|---|---|---|---|
| | | GRANTS | PAYROLL |
| | | *Ruth J Botogowski* 6-17-02 | |
| EMPLOYEE | DATE | FINANCE DIRECTOR *DN CM* | DATE 6/17/02 |
| PI *DN CM* | DATE 6/17/02 | DEAN/HD/AVP | DATE |
| DEPT HEAD | DATE | VICE PRESIDENT | DATE |

Jun 07 04 08:11a    Justin and Susan Radolf    860 404-8831    P.6

*Bourell,*

## THE UNIVERSITY OF CONNECTICUT HEALTH CENTER
## LABOR DISTRIBUTION
## CHANGE AUTHORIZATION

C O P Y

| NAME LAST | FIRST | MI | EMPLOYEE ID/SS# | EMPLOYEE # |
|---|---|---|---|---|
| BOURELL, Kenneth W. | | | 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 | 643112 |

PREVIOUS CODING          NEW CODING

| LED | ACCOUNT | SUBCODE | % | FUND | START DATE | END DATE | LED | ACCOUNT | SUBCODE | % | FUND | START DATE | END DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 11241 | 1717 | 1.00 | 0000 | 12/10/01 | 6/13/02 | 2 | 11241 | 1717 | 0.75 ~~.75~~ 1.25 | 0000 | 12/10/01 | 6/13/02 |
| | | | | | | | 5 | 22686 | 1717 | 0.25 | 1172 | 12/10/01 | 6/13/02 |
| | | | | | | | 5 | 22466 | 1717 | 50 | 1172 | 12/10/01 | 6/13/02 |

PREPARED BY: Ruth Batogowski     EXT: 4948   REQUESTED BY: Dave Gillon    DEPT:

JUSTIFICATION/REASON: (Please note: if new coding is to a grant account, Time & Effort Reports as well as an approved Cost Transfer Request must be on file in the Grants Office.)

### CHARGE GRANT FOR TIME & EFFORT DEVOTED TO PROJECT
### FOR THE PERIOD 12-10-01 TO 6-13-02.

6/17/02 *dtd N. Benist*

| COMMENTS | | BUDGET | | PERSONNEL |
|---|---|---|---|---|
| | | GRANTS | | PAYROLL |
| | | | | |
| EMPLOYEE | DATE | FINANCE DIRECTOR *Ruth Batogowski* 6/17-02 | | DATE 6/17/0_ |
| | DATE 6/17/0_ | DEAN/HD/AVP | | DATE |
| DEPT HEAD | DATE | VICE PRESIDENT | | DATE |

'eal form

|  | Sal | Fringe |
|---|---|---|
| 522686 | $ 8,434.82 | 2,503.45 |
| 522460 | $ 15,622.93 | 4,636.89 |
| 522460 | $ 16,869.65 | 5,006.91 |

Jun 07 04 08:12a    Justin and Susan Radolf    860 404-8831

860 679 8130;    Sep-9-02 12:35PM;    P.8

Bowell, K.

C O P Y

## UNIVERSITY OF CONNECTICUT HEALTH CENTER
## LABOR DISTRIBUTION
## CHANGE AUTHORIZATION

| FIRST | M I | EMPLOYEE ID/SS# | EMPLOYEE # |
|-------|-----|-----------------|-----------|
| nneth W. | | 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 | 643112 |

OLD CODING | | | | | | | | NEW CODING

| ACCOUNT | SUBCODE | % | FUND | START DATE | END DATE | LED | ACCOUNT | SUBCODE | % | FUND | START DATE | END DATE |
|---------|---------|---|------|------------|----------|-----|---------|---------|---|------|------------|----------|
| | | | | | | | | | | | | 6-9-02 |
| 11241 | 1717 | 1.00 | 0000 | 6/15/01 | -6/14/02 | 2 | 11241 | 1717 | 0.50 | 0000 | 6/15/01 | 6/13/02 |
| | | | | | 12-9-01 | 5 | 22460 | 1717 | 0.50 | 1172 | 6/15/01 | 6/13/02 |
| | | | | | 6/15 | | | | | | | 12-9-01 |
| | | | | | | | | | | | | O.K. |

PREPARED BY: Ruth Balogowski    EXT: 4848    REQUESTED BY: Dave Gibon    DEPT:

JUSTIFICATION/REASON:  (Please note: if new coding is to a grant account, Time & Effort Reports
as well as an approved Cost Transfer Request must be on file in the Grants Office.)

### CHARGE GRANT FOR TIME & EFFORT DEVOTED TO PROJECT
### FOR THE PERIOD 6-15-01 TO 6-13-02.

6/17/02 ddd N. Canest

| COMMENTS | BUDGET | PERSONNEL |
|----------|--------|-----------|
| | GRANTS | PAYROLL |
| | Ruth J Balogowski  6-17-02 | |
| EMPLOYEE          DATE | FINANCE DIRECTOR          DATE | |
| | QN CM                  6/17/0 | |
| PI  QN CM         DATE  6/17/02 | DEAN/HC/AVP          DATE | |
| DEPT HEAD         DATE | VICE PRESIDENT          DATE | |

Jun 07 04 08:12a     Justin and Susan Radolf     860 404-8831

: 860 579 8130;        Sep-9-02 12:34PM;        P. 9

*Bourell*

## THE UNIVERSITY OF CONNECTICUT HEALTH CENTER
### LABOR DISTRIBUTION
### CHANGE AUTHORIZATION

C O P Y

| FIRST | M I | EMPLOYEE ID/SS# | EMPLOYEE # |
|-------|-----|-----------------|------------|
| BOURELL, Kenneth W. | | 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 | 643112 |

**PREVIOUS CODING** / **NEW CODING**

| ED | ACCOUNT | SUBCODE | % | FUND | START DATE | END DATE | LED | ACCOUNT | SUBCODE | % | FUND | START DATE | END DATE |
|----|---------|---------|---|------|-----------|----------|-----|---------|---------|---|------|-----------|----------|
| | | | | | | | | | | | .25 | | | |
| 2 | 11241 | 1717 | 1.00 | 0000 | 12/10/01 | 6/13/02 | 2 | 11241 | 1717 | 0.50 | 0000 | 12/10/01 | 6/13/0 |
| | | | | | | | 5 | 22685 | 1717 | 0.25 | 1172 | 12/10/01 | 6/13/0 |
| | | | | | | | 5 | 82446 | 1717 | .50 | 1172 | 12/10/01 | 6/13/0 |

**PREPARED BY:** Ruth Batogowski     **EXT:** 4848   **REQUESTED BY:** Dave Gillen     **DEPT:**

**JUSTIFICATION/REASON:** (Please note: if new coding is to a grant account, Time & Effort Reports as well as an approved Cost Transfer Request must be on file in the Grants Office.)

### CHARGE GRANT FOR TIME & EFFORT DEVOTED TO PROJECT FOR THE PERIOD 12-10-01 TO 6-13-02.

6/17/02 *did* *N. Genest*

| COMMENTS | BUDGET | PERSONNEL |
|----------|--------|-----------|
| | GRANTS | PAYROLL |
| EMPLOYEE                    DATE | FINANCE DIRECTOR *Ruth Batogowski* 6-17     DATE 6/17 |
| PI     *DX CM*     DATE 6/17/02 | DEAN/MD/AVP     DATE |
| DEPT HEAD     DATE | VICE PRESIDENT     DATE |

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| JUSTIN D. RADOLF, | : | CIVIL NO. 3: 03CV242 (MRK) |
| Plaintiff, | : | LEAD/MASTER DOCKET NO. |
|  | : |  |
| V. | : |  |
|  | : |  |
| UNIVERSITY OF CONNECTICUT; | : | CASE NO. 3:03CV242 (MRK) |
| UNIVERSITY OF CONNECTICUT | : | MEMBER CASE |
| HEALTH CENTER; | : |  |
| PETER J. DECKERS, EXECUTIVE | : |  |
| VICE PRESIDENT FOR HEALTH | : |  |
| AFFAIRS AND DEAN OF THE SCHOOL | : |  |
| MEDICINE, INDIVIDUALLY AND | : |  |
| IN HIS OFFICIAL CAPACITY; | : |  |
| RICHARD BERLIN, ASSOCIATE DEAN, | : |  |
| INDIVIDUALLY AND IN HIS | : |  |
| OFFICIAL CAPACITY; AND STEPHEN | : |  |
| WIKEL, INDIVIDUALLY AND IN HIS | : |  |
| OFFICIAL CAPACITY, | : |  |
| Defendants. | : | NOVEMBER 1, 2004 |

## **EXHIBIT 15**

## Wikel,Stephen

To:            Gillon,David C.; Berlin,Richard D.
Subject:       RE: Ken's Borrelia work

Dear Dave and Dick:

       Beginning March 4, 2002, I asked Ken Bourell to provide me with a weekly report of how he spend his time within the Center. He did not apparently perform experiments for Justin from that date until the week of May 6, 2002. The breakdown provided below indicates the hours that Ken indicated on his weekly reports were related to research for Dr. Radolf.
5/6-5/10: 12.5 hours
5/13-5/17: 11.5 hours
5/20-5/24: 8 hours
5/27-5/31: 5 hours
6/03-6/07: 10 hours
6/10-6/14: 16 hours
6/17-6/21: 25 hours
       Mr. Bourell is on vacation this week, and I did not receive a report of his activities for the week of 6/24-6/28. I have no knowledge of his involvement in projects prior to March 4 of this year. The aggregate usage of Ken's time could very well reflect the 10% commitment that Dr. Radolf has Indicated.
       Best wishes,

           Stephen

-----Original Message-----
From:     Gillon,David C.
Sent:      Tuesday, July 02, 2002 10:06 AM
To:         Berlin,Richard D.; Wikel,Stephen
Subject:    FW: Ken's Borrelia work

Steve / Dick .
I spoke with Justin Radolf re Ken Bourell 's effort on his grants .
As you can see below Justin indicates that Ken is spending approximately 10 % of his time on his grants .
The balance of his time is spent on other Center related support .
Unless you have information to the contrary I will correct the Labor Distributions to reflect this 10 % effort retro to 12/01/01 .

Thank you .

Dave

-----Original Message-----
From:     Radolf,Justin D.
Sent:      Monday, July 01, 2002 4:35 PM
To:         Gillon,David C.
Subject:    Ken's Borrelia work

Dave,
The work that Ken does in my lab is performed with Christian Eggers, one of my postdocs. Christian met with Ken on Friday to review the experiments they have done together and total up the hours that Ken has spent on the Borrelia project. As I thought, until recently, Ken has not worked on the project; in fact, until May of this year, he hadn't done an experiment for me as far back as June of last year. He began working with Christian on May 6 and since then has helped him with 20 experiments totaling about 95 hours. By my calculations, this averages out to about 10% effort since the grant went into effect on December 1. Christian believes that the current level of effort that Ken is expending will not be maintained for long because the series of experiments is almost completed and Christian has picked up from Ken the skills he needs to function independently. Let me know how you want to proceed.

1

Case 3:03-cv-00242-MRK    Document 66-2    Filed 11/04/2004    Page 34 of 37

Regards,
Justin

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| JUSTIN D. RADOLF, | : CIVIL NO. 3: 03CV242 (MRK) |
| Plaintiff, | : LEAD/MASTER DOCKET NO. |
| | : |
| V. | : |
| | : |
| UNIVERSITY OF CONNECTICUT; | : CASE NO. 3:03CV242 (MRK) |
| UNIVERSITY OF CONNECTICUT | : MEMBER CASE |
| HEALTH CENTER; | : |
| PETER J. DECKERS, EXECUTIVE | : |
| VICE PRESIDENT FOR HEALTH | : |
| AFFAIRS AND DEAN OF THE SCHOOL | : |
| MEDICINE, INDIVIDUALLY AND | : |
| IN HIS OFFICIAL CAPACITY; | : |
| RICHARD BERLIN, ASSOCIATE DEAN, | : |
| INDIVIDUALLY AND IN HIS | : |
| OFFICIAL CAPACITY; AND STEPHEN | : |
| WIKEL, INDIVIDUALLY AND IN HIS | : |
| OFFICIAL CAPACITY, | : |
| Defendants. | : NOVEMBER 1, 2004 |

## EXHIBIT 16

**Glllon, David C.**

From:         Berlin, Richard D.
Sent:         Tuesday, July 02, 2002 1:45 PM
To:           Wikel, Stephen; Gillon, David C.
Subject:      RE: Ken's Borrelia work

Then, I think those are the percentages we should use.  If Justin didn't actually gain those services, that's his failure.  After all, we know that even 100% employees are usefully engaged 100% of the time!  Would that we could carve out and only pay for actual time productively spent!  There would be no budget problem.

    -----Original Message-----
    From:         Wikel, Stephen
    Sent:         Tuesday, July 02, 2002 11:31 AM
    To:           Berlin, Richard D.; Gillon, David C.
    Subject:      RE: Ken's Borrelia work

    Dear Dick:

        On the current borrelia grant, his requested percent effort is 25%. On the old borrelia grant and the old T. pallidum grant, Mr. Bourell was 50% effort on each grant.

            Stephen

        -----Original Message-----
        From:     Berlin, Richard D.
        Sent:     Tuesday, July 02, 2002 11:12 AM
        To:       Gillon, David C.; Wikel, Stephen
        Subject:  RE: Ken's Borrelia work

        For what percentage effort was Ken listed on Justin's grant(s)?  That would seem most relevant, as that was what NIH paid for.

            -----Original Message-----
            From:         Gillon, David C.
            Sent:         Tuesday, July 02, 2002 10:06 AM
            To:   Berlin, Richard D.; Wikel, Stephen
            Subject:      FW: Ken's Borrelia work

            Steve / Dick .
            I spoke with Justin Radolf re Ken Bourell 's effort on his grants .
            As you can see below Justin indicates that Ken is spending approximately 10 % of his time on his grants .
            The balance of his time is spent on other Center related support .
            Unless you have information to the contrary I will correct the Labor Distributions to reflect this 10 % effort retro to 12/01/01 .

            Thank you .

            Dave
            -----Original Message-----
            From:         Radolf, Justin D.
            Sent:         Monday, July 01, 2002 4:35 PM
            To:   Gillon, David C.
            Subject:      Ken's Borrelia work

            Dave,
            The work that Ken does in my lab is performed with Christian Eggers, one of my postdocs.
            Christian met with Ken on Friday to review the experiments they have done together and total up the hours that Ken has spent on the Borrelia project.  As I thought, until recently, Ken has not worked on the project; in fact, until May of this year, he hadn't done an experiment for me as far back as June of last year.  He began working with Christian on May 6 and since then has helped him with 20 experiments totaling about 95 hours.  By my calculations, this averages out to about 10% effort since the grant went into effect on December 1.  Christian believes that the current level of effort that Ken is expending will not be maintained for long because the series of experiments is almost completed and Christian has picked up from Ken the skills he needs to function independently.  Let me know

1