# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| JUSTIN D. RADOLF, : | CIVIL NO. 3: 03CV242 (MRK) |
| Plaintiff, : | LEAD/MASTER DOCKET NO. |
| : | |
| V. : | |
| : | |
| UNIVERSITY OF CONNECTICUT; : | CASE NO. 3:03CV242 (MRK) |
| UNIVERSITY OF CONNECTICUT : | MEMBER CASE |
| HEALTH CENTER; : | |
| PETER J. DECKERS, EXECUTIVE : | |
| VICE PRESIDENT FOR HEALTH : | |
| AFFAIRS AND DEAN OF THE SCHOOL : | |
| MEDICINE, INDIVIDUALLY AND : | |
| IN HIS OFFICIAL CAPACITY; : | |
| RICHARD BERLIN, ASSOCIATE DEAN, : | |
| INDIVIDUALLY AND IN HIS : | |
| OFFICIAL CAPACITY; AND STEPHEN : | |
| WIKEL, INDIVIDUALLY AND IN HIS : | |
| OFFICIAL CAPACITY, : | |
| Defendants. : | NOVEMBER 1, 2004 |

## EXHIBIT 33

## Gillon, David C.

| | |
|---|---|
| From: | Berlin, Richard D. |
| Sent: | Wednesday, August 21, 2002 9:49 AM |
| To: | Gillon, David C. |
| Subject: | FW: meeting summary |

Dave, I don't believe we agreed to the concept that revisions would be made consistent only with Ken's "actual" time spent on Justin's research.

-----Original Message-----
| | |
|---|---|
| From: | Radolf, Justin D. |
| Sent: | Friday, August 02, 2002 2:56 PM |
| To: | Gillon, David C. |
| Cc: | Berlin, Richard D. |
| Subject: | meeting summary |

Dave,

Below are the three key points agreed to in our meeting yesterday:

1. Ken's time and effort reports will be revised to reflect, as accurately as possible, how his time was apportioned between my NIH-funded research and other activities since our relocation from Texas. FYI, after our meeting, I asked Ken to begin reviewing his notebooks and other records for this purpose and we are scheduled to meet on Monday. My goal is to have the revisions completed by the end of next week. Kim will prepare the revised forms.

2. Ken's salary contribution from my current Borrelia grant (account #5-22686) will remain at 25% for the remainder of the grant year. I will re-evaluate his percent effort and corresponding salary contribution for the next grant year as we approach the end of the current grant year.

3. Ken's percent effort on my prior *T. pallidum* grant (account #5-22460) will be revised to reflect his actual effort on the project since July 31 of last year. FYI, Ken agrees with me that he has done very little work on this project for a considerable period of time. I'll have more precise information next week.

Please give me a page (708-6145) if you have any questions, comments, or corrections.

Best Regards,
Justin

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| JUSTIN D. RADOLF, <br>     Plaintiff, <br><br> V. <br><br> UNIVERSITY OF CONNECTICUT; <br> UNIVERSITY OF CONNECTICUT <br> HEALTH CENTER; <br> PETER J. DECKERS, EXECUTIVE <br> VICE PRESIDENT FOR HEALTH <br> AFFAIRS AND DEAN OF THE SCHOOL <br> MEDICINE, INDIVIDUALLY AND <br> IN HIS OFFICIAL CAPACITY; <br> RICHARD BERLIN, ASSOCIATE DEAN, <br> INDIVIDUALLY AND IN HIS <br> OFFICIAL CAPACITY; AND STEPHEN <br> WIKEL, INDIVIDUALLY AND IN HIS <br> OFFICIAL CAPACITY, <br>     Defendants. | CIVIL NO. 3: 03CV242 (MRK) <br> LEAD/MASTER DOCKET NO. <br><br><br><br> CASE NO. 3:03CV242 (MRK) <br> MEMBER CASE <br><br><br><br><br><br><br><br><br> NOVEMBER 1, 2004 |

## EXHIBIT 34

January 22, 2004

Scott L Wetstone, M.D.
Director – Health Affairs Policy Planning
University of Connecticut Health Center
263 Farmington Avenue
Farmington, CT 06030-3800

**RE:   Justin D. Radolf, M.D.**

Dear Dr. Wetstone:

      As you are aware I represent Dr. Justin D. Radolf. Dr. Radolf has had communications with Bruce Koeppen with regard to a grievance Dr. Radolf filed with the Health Center Faculty Grievance Committee. In these discussions, Bruce Koeppen informed Dr. Radolf of the existence of a letter that was placed in Dr. Stephen Wikel's personnel file as a result of a finding that Dr. Wikel had violated the University of Connecticut's Data Ownership Policy. In a communication to Dr. Radolf, Bruce Koeppen stated, *"One is a letter dated January 31, 2003 from Dr. Deckers to Dr. Wikel. Because it is part of his personnel file, I am advised by Health Center counsel that this letter is confidential and cannot be shared."* As you are aware, the Freedom of Information Act does not provide blanket exemption to the contents of a public sector employee's personnel file. Exemption from public disclosure is restricted to matters that reasonably involve an individual's right of privacy. Therefore, please consider this letter a formal request made pursuant to the Connecticut Freedom of Information Act for a copy of the January 31, 2003, letter from Dr. Deckers to Dr. Wikel.

      If you have any questions, please contact me at your earliest convenience.

Very truly yours,

Thomas W. Bucci

TWB:jq
cc:      Justin D. Radolf, M.D.
             Jane D. Comerford, AAG – University of Connecticut Health Center

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JUSTIN D. RADOLF,<br>Plaintiff, | : | CIVIL NO. 3: 03CV242 (MRK)<br>LEAD/MASTER DOCKET NO. |
| V. | : | |
| UNIVERSITY OF CONNECTICUT;<br>UNIVERSITY OF CONNECTICUT<br>HEALTH CENTER;<br>PETER J. DECKERS, EXECUTIVE<br>VICE PRESIDENT FOR HEALTH<br>AFFAIRS AND DEAN OF THE SCHOOL<br>MEDICINE, INDIVIDUALLY AND<br>IN HIS OFFICIAL CAPACITY;<br>RICHARD BERLIN, ASSOCIATE DEAN,<br>INDIVIDUALLY AND IN HIS<br>OFFICIAL CAPACITY; AND STEPHEN<br>WIKEL, INDIVIDUALLY AND IN HIS<br>OFFICIAL CAPACITY,<br>Defendants. | : | CASE NO. 3:03CV242 (MRK)<br>MEMBER CASE<br><br><br><br><br><br><br><br><br><br>NOVEMBER 1, 2004 |

**EXHIBIT 35**

## Maxwell,Gerald

| | |
|---|---|
| From: | Berlin,Richard D. |
| Sent: | Tuesday, September 11, 2001 9:20 AM |
| To: | Deckers,Peter J.; Maxwell,Gerald |
| Subject: | RE: Radolf |

I agree completely with the decision to withdraw the proposal, and to submit it later under Wikel alone. I think the stated rationale is appropriate for public consumption. Since vanScoyac is close to Phil Austin, it would probably be advisable to inform him directly and before vanScoyac is notified. (Phil also knows the collective effort that has been put behind the proposal). I think, Peter, you and I should talk to Wikel first, then Radolf. I m at your service. In my opinion I think all of this should be disposed in a matter-of-fact way. I suspect things are marked up and withdrawn frequently. We need to hold the course. Our position on Wikel is just; but as you know, the consequences of even a traffic ticket can be painful.

-----Original Message-----
| | |
|---|---|
| From: | Deckers,Peter J. |
| Sent: | Tuesday, September 11, 2001 8:17 AM |
| To: | Maxwell,Gerald |
| Cc: | Berlin,Richard D. |
| Subject: | RE: Radolf |

thanks   and Richard   if you can come by at noon   please do

-----Original Message-----
| | |
|---|---|
| From: | Maxwell,Gerald |
| Sent: | Tuesday, September 11, 2001 7:54 AM |
| To: | Deckers,Peter J. |
| Cc: | Berlin,Richard D. |
| Subject: | RE: Radolf |

Ok, I will follow up with you at noon to clarify a couple of points before I contact Van Scoyoc.

| | |
|---|---|
| From: | Deckers,Peter J. |
| Sent: | Monday, September 10, 2001 7:27 PM |
| To: | Maxwell,Gerald |
| Cc: | Berlin,Richard D. |
| Subject: | Radolf |

I have re read all the material of the past week and today and Richard and I have further discussed.. Radolf is among other things on academic and administrative probation for the next three years... Given that, I believe we should instruct vanScoyoc to withdraw our proposal for the time being perhaps resurfacing as a Wikel issue in a year or so..... Wikel exclusively.... In the interim let's announce that due to various logistical and preliminary data issues we are not ready to accept and act on such an award if granted... Richard   your thoughts??

Page 1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| JUSTIN D. RADOLF, | : | CIVIL NO. 3: 03CV242 (MRK) |
| Plaintiff, | : | LEAD/MASTER DOCKET NO. |
| | : | |
| V. | : | |
| | : | |
| UNIVERSITY OF CONNECTICUT; | : | CASE NO. 3:03CV242 (MRK) |
| UNIVERSITY OF CONNECTICUT | : | MEMBER CASE |
| HEALTH CENTER; | : | |
| PETER J. DECKERS, EXECUTIVE | : | |
| VICE PRESIDENT FOR HEALTH | : | |
| AFFAIRS AND DEAN OF THE SCHOOL | : | |
| MEDICINE, INDIVIDUALLY AND | : | |
| IN HIS OFFICIAL CAPACITY; | : | |
| RICHARD BERLIN, ASSOCIATE DEAN, | : | |
| INDIVIDUALLY AND IN HIS | : | |
| OFFICIAL CAPACITY; AND STEPHEN | : | |
| WIKEL, INDIVIDUALLY AND IN HIS | : | |
| OFFICIAL CAPACITY, | : | |
| Defendants. | : | NOVEMBER 1, 2004 |

**EXHIBIT 36**

**Comerford, Jane D.**

| | |
|---|---|
| From: | Deckers, Peter J. |
| Sent: | Monday, November 18, 2002 5:49 PM |
| To: | Wetstone, Scott L.; Comerford, Jane D. |
| Cc: | Berlin, Richard D. |
| Subject: | RE: DoD money |

folks   I have a committee looking into all this.... ▓▓▓▓▓▓▓▓▓▓  Comerford   might make sense for them to do their work

-----Original Message-----

| | |
|---|---|
| From: | Wetstone, Scott L. |
| Sent: | Monday, November 18, 2002 4:11 PM |
| To: | Comerford, Jane D. |
| Cc: | Deckers, Peter J.; Berlin, Richard D. |
| Subject: | DoD money |

Jane,

Steve Wikel just called me (good news this time.)  The army has accepted his proposed uses of the DoD funds.  This proposal was developed independently of Dr. Radolf, does not use the same gene libraries, has 4 different collaborators and doesn't even have Justin's name in the personnel list.  Can I presume that nothing in the current investigation concerning data ownership, would preclude us from starting the DoD work?

Scott

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JUSTIN D. RADOLF,<br>Plaintiff, | : <br> : <br> : | CIVIL NO. 3: 03CV242 (MRK)<br>LEAD/MASTER DOCKET NO. |
| V. | : <br> : | |
| UNIVERSITY OF CONNECTICUT;<br>UNIVERSITY OF CONNECTICUT<br>HEALTH CENTER;<br>PETER J. DECKERS, EXECUTIVE<br>VICE PRESIDENT FOR HEALTH<br>AFFAIRS AND DEAN OF THE SCHOOL<br>MEDICINE, INDIVIDUALLY AND<br>IN HIS OFFICIAL CAPACITY;<br>RICHARD BERLIN, ASSOCIATE DEAN,<br>INDIVIDUALLY AND IN HIS<br>OFFICIAL CAPACITY; AND STEPHEN<br>WIKEL, INDIVIDUALLY AND IN HIS<br>OFFICIAL CAPACITY,<br>Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | CASE NO. 3:03CV242 (MRK)<br>MEMBER CASE<br><br><br><br><br><br><br><br><br><br><br>NOVEMBER 1, 2004 |

## EXHIBIT 37

# Wikel, Stephen

**From:** Wikel, Stephen
**Sent:** Tuesday, May 28, 2002 10:47 AM
**To:** Berlin, Richard D.
**Subject:** Update

Dear Dick:

    I spoke with Dr. Choukri Ben Mamoun about providing a formal complaint in regard to the behavior of Dr. Radolf on Friday, 24 May 2002. Dr. Ben Mamoun stated that he did not wish to do so, since he feels that such an action would only make the situation worse within the Center and could potentially expose him to any subsequent legal action that Dr. Radolf might take against the Health Center.
    I am sympathetic to the view of Dr. Ben Mamoun; however, I remain concerned about the behavior of Dr. Radolf and its disruptive influence on activities within the Center.
    Best wishes,

        Stephen


Stephen K. Wikel, Ph.D.
Professor of Physiology
Director, Center for Microbial Pathogenesis
School of Medicine
University of Connecticut Health Center
263 Farmington Avenue, MC3710
Farmington, CT 06030
Voice:       860-679-3369
Facsimile:   860-679-8130
Pager:       860-708-8400
e-mail:      swikel@up.uchc.edu

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| JUSTIN D. RADOLF,<br>    Plaintiff, | :    CIVIL NO. 3: 03CV242 (MRK)<br>:    LEAD/MASTER DOCKET NO.<br>:<br>: |
| V. | :<br>: |
| UNIVERSITY OF CONNECTICUT;<br>UNIVERSITY OF CONNECTICUT<br>HEALTH CENTER;<br>PETER J. DECKERS, EXECUTIVE<br>VICE PRESIDENT FOR HEALTH<br>AFFAIRS AND DEAN OF THE SCHOOL<br>MEDICINE, INDIVIDUALLY AND<br>IN HIS OFFICIAL CAPACITY;<br>RICHARD BERLIN, ASSOCIATE DEAN,<br>INDIVIDUALLY AND IN HIS<br>OFFICIAL CAPACITY; AND STEPHEN<br>WIKEL, INDIVIDUALLY AND IN HIS<br>OFFICIAL CAPACITY,<br>    Defendants. | :    CASE NO. 3:03CV242 (MRK)<br>:    MEMBER CASE<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:    NOVEMBER 1, 2004 |

## EXHIBIT 38

**Wetstone, Scott L.**

| | |
|---|---|
| **From:** | Mauriello, Iris |
| **Sent:** | Tuesday, October 29, 2002 1:07 PM |
| **To:** | Wetstone, Scott L. |
| **Subject:** | RE: Dr. Radolf investigation |

OK 4pm it is...can you come to my office please? thanks

-----Original Message-----
**From:** Wetstone, Scott L.
**Sent:** Tuesday, October 29, 2002 11:10 AM
**To:** Mauriello, Iris
**Subject:** RE: Dr. Radolf investigation

better make that 4

-----Original Message-----
**From:** Mauriello, Iris
**Sent:** Tuesday, October 29, 2002 10:03 AM
**To:** Wetstone, Scott L.; Kozol, Robert
**Subject:** RE: Dr. Radolf investigation
**Importance:** High

Scott, I need to speak with you today about this. When do you have time? I can do after 2:30...or possibley 10:30 (have to check on another meeting with may cancel) Let me know pls.  Iris

-----Original Message-----
**From:** Wetstone, Scott L.
**Sent:** Monday, October 28, 2002 4:14 PM
**To:** Kozol, Robert
**Cc:** Mauriello, Iris
**Subject:** Dr. Radolf investigation

Bob,

Please be advised that Dr. Stephen Wikel just informed me about a matter that you might find relevant to your current investigation concerning Dr. Radolf. Dr. Wikel has received a notification from a UCHC auditor (he wasn't sure who since his administrative assistant is out today), that there are issues concerning the progress report of a Connecticut Innovations grant.

Dr. Wikel brought me a one page description that seems to indicate inconsistencies between the time and effort provided in the progress report with UCHC T&E records, the grant proposal, and the actual expenditures of salary on FRS. These deal with the efforts of Dr. Krause, Dr. Radolf and S. Hatzenbuhler.

I presume you might already be aware of this (assuming the auditor was from Brendan's office), but if you are not, I'd be happy to forward the one page report Dr. Wikel shared with me.

Scott

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JUSTIN D. RADOLF, | : | CIVIL NO. 3: 03CV242 (MRK) |
| Plaintiff, | : | LEAD/MASTER DOCKET NO. |
| | : | |
| V. | : | |
| | : | |
| UNIVERSITY OF CONNECTICUT; | : | CASE NO. 3:03CV242 (MRK) |
| UNIVERSITY OF CONNECTICUT | : | MEMBER CASE |
| HEALTH CENTER; | : | |
| PETER J. DECKERS, EXECUTIVE | : | |
| VICE PRESIDENT FOR HEALTH | : | |
| AFFAIRS AND DEAN OF THE SCHOOL | : | |
| MEDICINE, INDIVIDUALLY AND | : | |
| IN HIS OFFICIAL CAPACITY; | : | |
| RICHARD BERLIN, ASSOCIATE DEAN, | : | |
| INDIVIDUALLY AND IN HIS | : | |
| OFFICIAL CAPACITY; AND STEPHEN | : | |
| WIKEL, INDIVIDUALLY AND IN HIS | : | |
| OFFICIAL CAPACITY, | : | |
| Defendants. | : | NOVEMBER 1, 2004 |

**EXHIBIT 39**

July 3, 2002

Jane Comerford, AAG
Office of the Attorney General
University of Connecticut Health Center
Room LM043
Farmington, CT  06030-3803

Re:   **Justin D. Radolf, M.D.**

Dear Attorney Comerford:

    I have been reviewing the circumstances surrounding the removal of Dr. Justin Radolf as the Director of the Center for Microbial Pathogenesis. Although ostensibly a voluntary relinquishment of the position by Dr. Radolf on a temporary basis, it now appears that Dr. Radolf has been permanently removed from the Director's position. Dr. Radolf was convinced to give up his Directorship provisionally based on specific verbal and written representations made to him by Dr. Peter J. Deckers and Dr. Richard Berlin. Dr. Deckers initially raised the issue of Dr. Radolf being removed from the Director's position in a letter dated December 27, 2001. Dr. Deckers indicated that it was Dr. Berlin's recommendation that Dr. Radolf be relieved of his directorship "during this probationary period". However, in his letter Dr. Deckers welcomed a discussion with Dr. Radolf "on the advisability of this course". Pursuant to Dr. Deckers' invitation, Dr. Radolf met with Drs. Deckers and Berlin on January 7, 2002 to discuss this very issue. It was Dr. Radolf's position that he was fully capable of fulfilling his responsibilities as Center Director and that he was the most qualified individual in the Center to serve in that capacity. He also pointed out that the academic probation was moot inasmuch as his NIH grants already had been re-funded and that the ORI investigation was unlikely to result in significant sanctions against him. Drs. Deckers and Berlin did not contest either of these points. He also was told by both Drs. Deckers and Berlin that his tenure as Center Director had been a successful one. Nevertheless, during a subsequent discussion on January 11, Dr. Deckers persuaded Dr. Radolf to voluntarily leave the Director's position on a temporary basis, still without giving a clear reason for his removal. At that time, Dr. Radolf was told that he need only inform Dr. Deckers when "he was feeling better" in order to resume the Center Directorship.

Jane Comerford, AAG
Office of the Attorney General
University of Connecticut Health Center
July 3, 2002

Page Two

      In an e-mail sent to Dr. Radolf, dated January 13, 2002, Dr. Deckers unilaterally and radically changed the dynamics and conditions of Dr. Radolf's removal as Director in three ways. First, without stating specific reasons, Dr. Deckers altered the voluntary nature of Dr. Radolf's decision to leave the Director's position. Second, he significantly altered the terms of Dr. Radolf's academic probation as set forth in Dr. Deckers' letter dated August 22, 2001. Last of all, he declared that Dr. Radolf would be stepping aside for an indeterminate period rather than the time frame recommended by Dr. Berlin and discussed in the January 7 meeting. Nevertheless, by stating that Dr. Wikel would be appointed as Interim Director and that Dr. Radolf would be reinstated by Dr. Deckers at some future time, the email clearly indicated that the change in position was temporary. In his letter of January 13, 2002 (delivered January 14), Dr. Radolf used the wording urged upon him by Dr. Deckers in their meeting of January 11, namely, that he was relinquishing the position "temporarily" and "for personal reasons". Dr. Deckers accepted the letter without modification or written follow-up communication, clearly indicating that he still considered Dr. Radolf's action to be temporary and that Dr. Radolf would be reinstated as Center Director when said personal reasons no longer existed. In point of fact, Dr. Wikel was subsequently named Center Director, and this appointment has been presented as permanent to faculty, Center Directors and Department Heads throughout the Health Center as well as individuals being recruited for new faculty positions in the Center for Microbial Pathogenesis. Dr. Wikel also has told Dr. Radolf that he (Dr. Wikel) considers his appointment to be permanent based upon discussions with Dr. Berlin and that his transition to Center Director was arranged before Dr. Radolf's January 7 meeting with Drs. Deckers and Berlin. It is demonstrably clear that Dr. Radolf was purposely misled about the open-ended nature of the January 7 discussion as well as the temporary nature of his stepping aside so that he would voluntarily relinquish his position as Center Director.

Jane Comerford, AAG
Office of the Attorney General
University of Connecticut Health Center
July 3, 2002

Page Three


     Not only has Dr. Radolf been removed as Director, he also has been excluded from meaningful participation in tick vaccine research that he developed in close collaboration with Dr. Wikel. Indeed, it was Dr. Radolf who first approached Dr. Wikel about the possibility of using molecular approaches to identify protective molecules in tick saliva. In 1998, Dr. Radolf, with Dr. Wikel as collaborator, received a grant from the Texas Advanced Technology program to use molecular approaches to develop a tick vaccine. This research continued in Dr. Radolf's laboratory following his relocation to the University of Connecticut Health Center. Dr. Wikel has presented this research in public on several occasions, clearly noting that it was conducted in collaboration with Dr. Radolf. Moreover, collaboration on this project with Dr. Radolf was a major reason for Dr. Wikel's recruitment to the Center for Microbial Pathogenesis and a major motivating factor in Dr. Wikel's decision to relocate from Oklahoma State University. Despite his seminal and longstanding involvement in this project, Dr. Radolf now has been effectively barred by the University Of Connecticut Health Center from any participation in the research funded by the United States Department of Defense. This action contradicts accepted norms of academic freedom and, more specifically, is in violation of Dr. Radolf's clearcut and longstanding intellectual property rights to this research.

     Dr. Radolf possessed a vested interest in the position of Director of the Center for Microbial Pathogenesis based, not in small part, on the representations made and the inducements given to him at the time he was actively recruited from the University of Texas Southwestern Medical Center by the University Of Connecticut Health Center. The duplicitous conduct of the Medical Center's officials in effectuating the removal of Dr. Radolf as the director of the Center for Microbial Pathogenesis, either temporarily or permanently, violated the most fundamental principles of due process of law in unmistakable violation of Dr. Radolf's constitutional rights. In keeping with the prior discussions between Drs. Radolf and Deckers and Dr. Radolf's letter of January 13, I am authorized to notify you that any personal issues that may have precluded Dr. Radolf from fulfilling his responsibilities as Director of the Center for

Jane Comerford, AAG
Office of the Attorney General
University of Connecticut Health Center
July 3, 2002

Page Four


Microbial Pathogenesis no longer exist and that he is now able to immediately resume this leadership position.

                                          Very truly yours,


                                          Thomas W. Bucci

TWB:jq
cc:        Justin D. Radolf, M.D.

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| JUSTIN D. RADOLF, : | CIVIL NO. 3: 03CV242 (MRK) |
| Plaintiff, : | LEAD/MASTER DOCKET NO. |
| : | |
| V. : | |
| : | |
| UNIVERSITY OF CONNECTICUT; : | CASE NO. 3:03CV242 (MRK) |
| UNIVERSITY OF CONNECTICUT : | MEMBER CASE |
| HEALTH CENTER; : | |
| PETER J. DECKERS, EXECUTIVE : | |
| VICE PRESIDENT FOR HEALTH : | |
| AFFAIRS AND DEAN OF THE SCHOOL : | |
| MEDICINE, INDIVIDUALLY AND : | |
| IN HIS OFFICIAL CAPACITY; : | |
| RICHARD BERLIN, ASSOCIATE DEAN, : | |
| INDIVIDUALLY AND IN HIS : | |
| OFFICIAL CAPACITY; AND STEPHEN : | |
| WIKEL, INDIVIDUALLY AND IN HIS : | |
| OFFICIAL CAPACITY, : | |
| Defendants. : | NOVEMBER 1, 2004 |

## EXHIBIT 40

## Maxwell, Gerald

**From:** Maxwell, Gerald
**Sent:** Wednesday, September 12, 2001 1:41 PM
**To:** Deckers, Peter J.
**Cc:** Berlin, Richard D.
**Subject:** Conversation with Kelly

I just got off the phone with Kevin. He is concerned that withdrawal at this point may be more harmful than leaving it in. He is going to call you to discuss the issue.