UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JUSTIN D. RADOLF,<br>Plaintiff, | : CIVIL NO. 3: 03CV242 (MRK)<br>: LEAD/MASTER DOCKET NO.<br>: |
| V. | : |
| UNIVERSITY OF CONNECTICUT;<br>UNIVERSITY OF CONNECTICUT<br>HEALTH CENTER;<br>PETER J. DECKERS, EXECUTIVE<br>VICE PRESIDENT FOR HEALTH<br>AFFAIRS AND DEAN OF THE SCHOOL<br>MEDICINE, INDIVIDUALLY AND<br>IN HIS OFFICIAL CAPACITY;<br>RICHARD BERLIN, ASSOCIATE DEAN,<br>INDIVIDUALLY AND IN HIS<br>OFFICIAL CAPACITY; AND STEPHEN<br>WIKEL, INDIVIDUALLY AND IN HIS<br>OFFICIAL CAPACITY,<br>Defendants. | : CASE NO. 3:03CV242 (MRK)<br>: MEMBER CASE<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: NOVEMBER 1, 2004 |

**EXHIBIT 41**

Sep 11 04 11:12a    Justin and Susan Radolf    860 404-8831    p.16

## Maxwell, Gerald

**From:** Maxwell, Gerald
**Sent:** Monday, March 26, 2001 9:11 AM
**To:** Deckers, Peter J.; Berlin, Richard D.; Carlson, Bruce W.; 'Al Wilson'; 'Scott Brohinsky'; Radolf, Justin D.; Wikel, Stephen
**Cc:** Turling, Deborah; Lazzarini, Zita; Ungewitter, Theo
**Subject:** Rep. Johnson's visit to UCHC on April 11
**Importance:** High

Below please find the schedule for Mrs. Johnson's visit. Please contact me if you have any questions.

### Schedule for the visit of Rep. Nancy Johnson on April 11, 2001

12:00-1:30   Seminar by Rep. Johnson in EG 013

1:30-2:30    Lunch with Dr. Deckers

2:30-3:30    Meeting with Dr. Radolf and Dr. Wikel in the Center for Microbial Pathogenesis (Dr. Maxwell and Dr. Berlin will attend.)

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JUSTIN D. RADOLF,<br>Plaintiff, | : | CIVIL NO. 3: 03CV242 (MRK) |
| | : | LEAD/MASTER DOCKET NO. |
| | : | |
| V. | : | |
| | : | |
| UNIVERSITY OF CONNECTICUT; | : | CASE NO. 3:03CV242 (MRK) |
| UNIVERSITY OF CONNECTICUT | : | MEMBER CASE |
| HEALTH CENTER; | : | |
| PETER J. DECKERS, EXECUTIVE | : | |
| VICE PRESIDENT FOR HEALTH | : | |
| AFFAIRS AND DEAN OF THE SCHOOL | : | |
| MEDICINE, INDIVIDUALLY AND | : | |
| IN HIS OFFICIAL CAPACITY; | : | |
| RICHARD BERLIN, ASSOCIATE DEAN, | : | |
| INDIVIDUALLY AND IN HIS | : | |
| OFFICIAL CAPACITY; AND STEPHEN | : | |
| WIKEL, INDIVIDUALLY AND IN HIS | : | |
| OFFICIAL CAPACITY, | : | |
| Defendants. | : | NOVEMBER 1, 2004 |

**EXHIBIT 42**

## Maxwell, Gerald

From:     Radolf, Justin D.
Sent:     Wednesday, May 16, 2001 2:18 PM
To:       Maxwell, Gerald
Cc:       Young, Kimberly A.
Subject:  RE: Congressional visit

Gerry,
The date and time are fine. Steve had to leave early today but I'm sure he will get back to you tomorrow.

Justin

Justin Radolf, MD
Director, Center for Microbial Pathogenesis
University of Connecticut Health Center
263 Farmington Avenue
Farmington CT 06030-3710
860 679-8129 (Phone)
860 679-8130 (Fax)
860 708-6145 (Pager)
Email: JRadolf@up.uchc.edu

-----Original Message-----
From:     Maxwell, Gerald
Sent:     Wednesday, May 16, 2001 2:09 PM
To:       Wikel, Stephen; Radolf, Justin D.
Subject:  Congressional visit

Congressman rob simmons would like to visit Monday July 2 from 2:45-3:30. Please let me know asap if this can work for you. We would like to make every effort to accommodate his schedule.

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| JUSTIN D. RADOLF, : | CIVIL NO. 3: 03CV242 (MRK) |
| Plaintiff, : | LEAD/MASTER DOCKET NO. |
| : | |
| V. : | |
| : | |
| UNIVERSITY OF CONNECTICUT; : | CASE NO. 3:03CV242 (MRK) |
| UNIVERSITY OF CONNECTICUT : | MEMBER CASE |
| HEALTH CENTER; : | |
| PETER J. DECKERS, EXECUTIVE : | |
| VICE PRESIDENT FOR HEALTH : | |
| AFFAIRS AND DEAN OF THE SCHOOL : | |
| MEDICINE, INDIVIDUALLY AND : | |
| IN HIS OFFICIAL CAPACITY; : | |
| RICHARD BERLIN, ASSOCIATE DEAN, : | |
| INDIVIDUALLY AND IN HIS : | |
| OFFICIAL CAPACITY; AND STEPHEN : | |
| WIKEL, INDIVIDUALLY AND IN HIS : | |
| OFFICIAL CAPACITY, : | |
| Defendants. : | NOVEMBER 1, 2004 |

## EXHIBIT 43

## Maxwell, Gerald

| | |
|---|---|
| From: | Radolf, Justin D. |
| Sent: | Wednesday, June 27, 2001 6:01 PM |
| To: | Maxwell, Gerald |
| Subject: | RE: Update and Confirmation of July 2 visit of Rep. Simmons |

where's Waterbury? Just kidding.

-----Original Message-----
From: Maxwell, Gerald
To: Deckers, Peter J.; Carlson, Bruce W.; Radolf, Justin D.; Wikel, Stephen; 'Al Wilson'; Berlin, Richard D.
Sent: 6/27/01 4:35 PM
Subject: RE: Update and Confirmation of July 2 visit of Rep. Simmons

I agree totally. I was merely conveying the fact that Maloney won't be able to come here. If others are in agreement I will try to find a time when at least some of us can go to Waterbury.

>-----------
>From:     Berlin, Richard D.
>Sent:     Wednesday, June 27, 2001 4:26 PM
>To:   Maxwell, Gerald; Deckers, Peter J.; Carlson, Bruce W.;
>Radolf, Justin D.; Wikel, Stephen; 'Al Wilson'
>Subject:    RE: Update and Confirmation of July 2 visit of Rep.
>Simmons
>
>Why not send a "delegation" to Waterbury? A visit after consideration
>of the bill would be simply to close the barn door after.... A visit
>would be a measure of our commitment and sincerity, and might give
>Maloney part-ownership of our proposal.
>
>           -----Original Message-----
>           From: Maxwell, Gerald
>           Sent: Wednesday, June 27, 2001 9:20 AM
>           To:   Deckers, Peter J.; Berlin, Richard D.;
>Carlson, Bruce W.; Radolf, Justin D.; Wikel, Stephen; 'Al Wilson'
>           Subject:   Update and Confirmation of July 2 visit
>of Rep. Simmons
>
>           The Monday July 2 visit of Rep. Simmons has been
>confirmed as previously scheduled.
>
>           The tentative date for Rep. Larson to visit is Aug. 9 in
>the morning, but his office not yet confirmed.
>
>           Due to scheduling difficulties if we want to meet with

Page 1

>Rep. Maloney before the Defense Appropriations bill is considered we
>will have to send a delegation to his office in Waterbury.
>
>
>

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JUSTIN D. RADOLF, | : | CIVIL NO. 3: 03CV242 (MRK) |
| Plaintiff, | : | LEAD/MASTER DOCKET NO. |
| | : | |
| V. | : | |
| | : | |
| UNIVERSITY OF CONNECTICUT; | : | CASE NO. 3:03CV242 (MRK) |
| UNIVERSITY OF CONNECTICUT | : | MEMBER CASE |
| HEALTH CENTER; | : | |
| PETER J. DECKERS, EXECUTIVE | : | |
| VICE PRESIDENT FOR HEALTH | : | |
| AFFAIRS AND DEAN OF THE SCHOOL | : | |
| MEDICINE, INDIVIDUALLY AND | : | |
| IN HIS OFFICIAL CAPACITY; | : | |
| RICHARD BERLIN, ASSOCIATE DEAN, | : | |
| INDIVIDUALLY AND IN HIS | : | |
| OFFICIAL CAPACITY; AND STEPHEN | : | |
| WIKEL, INDIVIDUALLY AND IN HIS | : | |
| OFFICIAL CAPACITY, | : | |
| Defendants. | : | NOVEMBER 1, 2004 |

**EXHIBIT 44**

**Comerford, Jane D.**

| | |
|---|---|
| From: | Mauriello, Iris |
| Sent: | Tuesday, June 17, 2003 4:42 PM |
| To: | Paplauskas, Leonard; Kozol, Robert; Comerford, Jane D.; Wetstone, Scott L. |
| Cc: | Deckers, Peter J.; Berlin, Richard D. |
| Subject: | RE: Dr. J. Radolf |
| Sensitivity: | Confidential |

Thanks Len. Phone interview is scheduled for this Thursday with Dick Berlin and the ad hoc committee.

-----Original Message-----
From: Paplauskas, Leonard
Sent: Tuesday, June 17, 2003 4:32 PM
To: Kozol, Robert; Comerford, Jane D.; Wetstone, Scott L.; Mauriello, Iris
Cc: Deckers, Peter J.; Berlin, Richard D.
Subject: RE: Dr. J. Radolf
Sensitivity: Confidential

Bob/Iris - ▇▇▇ correspondence may be found in the attached e-mail message.

-----Original Message-----
From: Kozol, Robert
Sent: Tuesday, June 17, 2003 4:21 PM
To: Comerford, Jane D.; Wetstone, Scott L.; Paplauskas, Leonard; Mauriello, Iris
Cc: Deckers, Peter J.; Berlin, Richard D.
Subject: RE: Dr. J. Radolf
Sensitivity: Confidential

Iris and I will of course have to review the correspondence from the gov't.

-----Original Message-----
From: Comerford, Jane D.
Sent: Tuesday, June 17, 2003 3:24 PM
To: Wetstone, Scott L.; Paplauskas, Leonard; Kozol, Robert; Mauriello, Iris
Cc: Deckers, Peter J.; Berlin, Richard D.
Subject: RE: Dr. J. Radolf
Sensitivity: Confidential

just to be clear, we notified Kay Fields at ORI as well as the USDA. This issue is not true scientific misconduct and therefore is not handles by ORI. ORI may have passed along our notice or there may be a whistleblower

-----Original Message-----
From: Wetstone, Scott L.
Sent: Tuesday, June 17, 2003 3:07 PM
To: Paplauskas, Leonard; Comerford, Jane D.; Kozol, Robert; Mauriello, Iris
Cc: Deckers, Peter J.; Berlin, Richard D.
Subject: FW: Dr. J. Radolf
Importance: High
Sensitivity: Confidential

Len,

This is a very interesting development in that ▇▇▇ taking the initiative on this case. While this simply may reflect that fact that we notified them last summer we were beginning an investigation into this issue, it might also suggest that an anonymous whistle-blower has approached them directly.

The review of these allegations is being handled by the Corporate Compliance Office and Bob Kozol is chairing the ad hoc committee charged with the investigation. The investigation is on hold pending final resolution of an attempt by Dr. Radolf to have a permanent injunction be placed on the committee's deliberation

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JUSTIN D. RADOLF,<br>Plaintiff, | : | CIVIL NO. 3: 03CV242 (MRK)<br>LEAD/MASTER DOCKET NO. |
| V. | : | |
| UNIVERSITY OF CONNECTICUT;<br>UNIVERSITY OF CONNECTICUT<br>HEALTH CENTER;<br>PETER J. DECKERS, EXECUTIVE<br>VICE PRESIDENT FOR HEALTH<br>AFFAIRS AND DEAN OF THE SCHOOL<br>MEDICINE, INDIVIDUALLY AND<br>IN HIS OFFICIAL CAPACITY;<br>RICHARD BERLIN, ASSOCIATE DEAN,<br>INDIVIDUALLY AND IN HIS<br>OFFICIAL CAPACITY; AND STEPHEN<br>WIKEL, INDIVIDUALLY AND IN HIS<br>OFFICIAL CAPACITY,<br>Defendants. | : | CASE NO. 3:03CV242 (MRK)<br>MEMBER CASE<br><br><br><br><br><br><br><br><br><br>NOVEMBER 1, 2004 |

**EXHIBIT 45**

## Maxwell, Gerald

**From:** Maxwell, Gerald
**Sent:** Thursday, July 26, 2001 9:14 AM
**To:** Turling, Deborah
**Subject:** RE: Visit to Rep. Maloney Monday July 30

Thanks.

- - - - - - - - - -

**From:** Turling, Deborah
**Sent:** Thursday, July 26, 2001 9:09 AM
**To:** Maxwell, Gerald
**Subject:** RE: Visit to Rep. Maloney Monday July 30

All set. Debbie is meeting with PJD next Tuesday.

-----Original Message-----
**From:** Maxwell, Gerald
**Sent:** Thursday, July 26, 2001 9:03 AM
**To:** Deckers, Peter J.; Wikel, Stephen; Radolf, Justin D.; Carlson, Bruce W.; 'Al Wilson'; Berlin, Richard D.
**Cc:** Turling, Deborah
**Subject:** Visit to Rep. Maloney Monday July 30

I have confirmed our appointment with Rep. Maloney in his Waterbury office for Monday July 30 at 9 AM.

We will meet at 8 AM in Dr. Decker's office and will leave from directly there.

Please let me know if you will not be attending this meeting. Thanks.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JUSTIN D. RADOLF, | : | CIVIL NO. 3: 03CV242 (MRK) |
| Plaintiff, | : | LEAD/MASTER DOCKET NO. |
| | : | |
| V. | : | |
| | : | |
| UNIVERSITY OF CONNECTICUT; | : | CASE NO. 3:03CV242 (MRK) |
| UNIVERSITY OF CONNECTICUT | : | MEMBER CASE |
| HEALTH CENTER; | : | |
| PETER J. DECKERS, EXECUTIVE | : | |
| VICE PRESIDENT FOR HEALTH | : | |
| AFFAIRS AND DEAN OF THE SCHOOL | : | |
| MEDICINE, INDIVIDUALLY AND | : | |
| IN HIS OFFICIAL CAPACITY; | : | |
| RICHARD BERLIN, ASSOCIATE DEAN, | : | |
| INDIVIDUALLY AND IN HIS | : | |
| OFFICIAL CAPACITY; AND STEPHEN | : | |
| WIKEL, INDIVIDUALLY AND IN HIS | : | |
| OFFICIAL CAPACITY, | : | |
| Defendants. | : | NOVEMBER 1, 2004 |

**EXHIBIT 46**

## Maxwell, Gerald

| | |
|---|---|
| From: | Radolf, Justin D. |
| Sent: | Monday, July 30, 2001 2:02 PM |
| To: | Deckers, Peter J.; Maxwell, Gerald |
| Subject: | tick update |

Peter,
Thanks for taking the time to help us peddle our wares with the politicos. I have scheduled a meeting with Howard Bailit for August 16. I have asked Juan Salazar and Peter Krause to join us since they represent the epidemiological/primary care component of our work on tick-borne diseases. I also tracked down Ed Tramont at NIAID. He expressed a lot of interest in the work and suggested someone at Fort Dietrich to contact. I'll keep you posted.

Justin

Justin Radolf, MD
Director, Center for Microbial Pathogenesis
University of Connecticut Health Center
263 Farmington Avenue
Farmington CT 06030-3710
860 679-8129 (Phone)
860 679-8130 (Fax)
860 708-6145 (Pager)
Email: JRadolf@up.uchc.edu

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JUSTIN D. RADOLF, | : | CIVIL NO. 3: 03CV242 (MRK) |
| Plaintiff, | : | LEAD/MASTER DOCKET NO. |
| | : | |
| V. | : | |
| | : | |
| UNIVERSITY OF CONNECTICUT; | : | CASE NO. 3:03CV242 (MRK) |
| UNIVERSITY OF CONNECTICUT | : | MEMBER CASE |
| HEALTH CENTER; | : | |
| PETER J. DECKERS, EXECUTIVE | : | |
| VICE PRESIDENT FOR HEALTH | : | |
| AFFAIRS AND DEAN OF THE SCHOOL | : | |
| MEDICINE, INDIVIDUALLY AND | : | |
| IN HIS OFFICIAL CAPACITY; | : | |
| RICHARD BERLIN, ASSOCIATE DEAN, | : | |
| INDIVIDUALLY AND IN HIS | : | |
| OFFICIAL CAPACITY; AND STEPHEN | : | |
| WIKEL, INDIVIDUALLY AND IN HIS | : | |
| OFFICIAL CAPACITY, | : | |
| Defendants. | : | NOVEMBER 1, 2004 |

**EXHIBIT 47**

## Maxwell, Gerald

| | |
|---|---|
| From: | Radolf, Justin D. |
| Sent: | Sunday, August 5, 2001 3:30 PM |
| To: | Deckers, Peter J. |
| Cc: | Wikel, Stephen; Maxwell, Gerald |

Peter,

During our trip we talked about the possibility of soliciting political support for our tick-mosquito initiative from the medical societies. I was wondering what your latest thoughts on this might be and, if positive, how we can go about it. I will be out of town this week but will be staying in touch with Steve. Thanks.

Justin

Justin Radolf, MD
Director, Center for Microbial Pathogenesis
University of Connecticut Health Center
263 Farmington Avenue
Farmington CT 06030-3710
860 679-8129 (Phone)
860 679-8130 (Fax)
860 708-6145 (Pager)
Email: JRadolf@up.uchc.edu

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JUSTIN D. RADOLF, <br> Plaintiff, | : <br> : <br> : | CIVIL NO. 3: 03CV242 (MRK) <br> LEAD/MASTER DOCKET NO. |
| V. | : <br> : | |
| UNIVERSITY OF CONNECTICUT; <br> UNIVERSITY OF CONNECTICUT <br> HEALTH CENTER; <br> PETER J. DECKERS, EXECUTIVE <br> VICE PRESIDENT FOR HEALTH <br> AFFAIRS AND DEAN OF THE SCHOOL <br> MEDICINE, INDIVIDUALLY AND <br> IN HIS OFFICIAL CAPACITY; <br> RICHARD BERLIN, ASSOCIATE DEAN, <br> INDIVIDUALLY AND IN HIS <br> OFFICIAL CAPACITY; AND STEPHEN <br> WIKEL, INDIVIDUALLY AND IN HIS <br> OFFICIAL CAPACITY, <br> Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | CASE NO. 3:03CV242 (MRK) <br> MEMBER CASE <br><br><br><br><br><br><br><br><br><br><br> NOVEMBER 1, 2004 |

**EXHIBIT 48**

**Smail, Stephanie**

From: Berlin, Richard
To: Smail, Stephanie
Subject: FW: letter
Date: Tuesday, September 22, 1998 4:17PM

From: Justin Radolf
To: Berlin@nso.uchc.edu
Subject: letter
Date: Friday, September 11, 1998 6:33PM

Richard,

I have received the letter and reviewed it. It is exactly what I expected based upon our extensive conversations. I accept with unbridled enthusiasm. Let me add that I regard this as a tremendous honor and will commit all of my energies and abilities to make the Center successful. When I return on September 21, I will schedule appointments with my Internal Medicine Division Chief and Chair. At that point, I should have the signed original.

Now to move on to other matters. The head count has changed for our trip. It is now seven. Esther, my longstanding technician, has decided to stay behind, most likely to retire. She has been with me practically since the day I arrived. The following "cogs" in the "well-oiled" Radolf laboratory machine will accompany me:

1. Dmitriy and Olga Shevchenko. Dmitriy is currently a postdoc but will probably have to be promoted to some type of non-tenure track position in the not too distant future. Dmitriy is a superb molecular biologist who has several years of experience with both T. pallidum and B. burgdorferi. He is adept with both RNA and DNA and handles these difficult organisms with great proficiency. Olga is a research assistant I who provides technical support for Dmitriy. She is proficient in all of the commonly used molecular techniques. The two work together extremely well.

2. Ken and Joanie Bourell. Ken has been with me now for almost seven years. He is an outstanding light and electron microscopy technician who is proficient in a number of very demanding techniques including freeze-fracture EM and cryosection IEM. He also is skillful with the many animal models in use in my laboratory. Lastly, he is a computer wizard who makes it possible for me to "crank out" papers and grants. His skills will benefit greatly everyone within the center and enable us to get up and running in record time. Joanie is a teacher.

3. Debbie and Jeff Bouis. Debbie is a third year graduate student in our Molecular Microbiology prorgam who is about to take her qualifying exams. During the past year, she has gained proficiency in the various tissue culture methodologies related to our lipoprotein-immunology work. I believe she is poised to "take off" in the very near future. She is also a truly delightful person who is beloved by everyone in the laboratory. Jeff is a computer programmer who works for Lucent.

Please let me know if you need more info. We're pretty excited down here.

Best Regards,

Page 1

*[Handwritten margin notes:]*
Klinger
Rowe
Hand-Ken
Loew

Raise - 8017 - Trudy
Gillon
Krause   Robinson
Klinger
Berlin
dental fac.
tour of Bldg. - 3:30 pm
Lefrancois - out-of-t
Pfeiffer