**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| JUSTIN D. RADOLF, | : | CIVIL NO. 3: 03CV242 (MRK) |
| Plaintiff, | : | LEAD/MASTER DOCKET NO. |
| | : | |
| V. | : | |
| | : | |
| UNIVERSITY OF CONNECTICUT; | : | CASE NO. 3:03CV242 (MRK) |
| UNIVERSITY OF CONNECTICUT | : | MEMBER CASE |
| HEALTH CENTER; | : | |
| PETER J. DECKERS, EXECUTIVE | : | |
| VICE PRESIDENT FOR HEALTH | : | |
| AFFAIRS AND DEAN OF THE SCHOOL | : | |
| MEDICINE, INDIVIDUALLY AND | : | |
| IN HIS OFFICIAL CAPACITY; | : | |
| RICHARD BERLIN, ASSOCIATE DEAN, | : | |
| INDIVIDUALLY AND IN HIS | : | |
| OFFICIAL CAPACITY; AND STEPHEN | : | |
| WIKEL, INDIVIDUALLY AND IN HIS | : | |
| OFFICIAL CAPACITY, | : | |
| Defendants. | : | NOVEMBER 1, 2004 |

**PAGES OF TRANSCRIPT TESTIMONY OF SCOTT WETSTONE**

Case 3:03-cv-00242-MRK     Document 67-4     Filed 11/04/2004     Page 2 of 4

1   knowledge.  One part of it had to do with Dr. Radolf

2   and allegations that he committed research misconduct.

3   Another part of that had to -- dealt with whether the

4   UCONN Health Center had acted appropriately in

5   pursuing allegations of misconduct by Dr. Radolf and

6   in how we treated the whistleblower in that case.

7        Q    And so it was during your -- your

8   recollection it was during that meeting with Dr. Wikel

9   that he raised this issue regarding Dr. Radolf's

10  grants?

11       A    Yes.

12       Q    And had you been discussing with Dr. Wikel

13  Dr. Radolf in any way at that time?

14       A    I think we had been discussing the issue of

15  the sequestration of data that had been requested, the

16  additional data.  I think, I don't know for sure, but

17  there had been discussions about, "When is ORI going

18  to produce a ruling on both of the arms, if you will,

19  of their investigation."  That's what I recall.

20       Q    Bear with me one second.  Not to be

21  redundant, Doctor, you were meeting with Dr. Wikel and

22  you were requesting data of sequestration of these ORI

23  investigations and just general conversation as to

24  when the ORI was going to complete its investigation.

25  At that point, was there any transition into

```
 1    Steve Wikel saying, you know, "They are investigating
 2    Radolf for this, but there is another concern that I
 3    have," anything like that?
 4         A    I remember him being frustrated because he
 5    had been dealing with Dave Gillon's office and trying
 6    to get resolution on the time and effort issue.
 7         Q    And that was the time and effort --
 8         A    I think that's where the transition was.
 9         Q    Time and effort with Mr.--
10         A    Mr. Bourell.
11         Q    And having obtained -- having discussed this
12    with Dr. Wikel, how did you leave it with him after he
13    told you this?
14         A    I wanted to confirm some of the things that
15    he was telling me.  I wanted to understand what
16    Mr. Gillon was doing in the investigation because I
17    was concerned that whatever had been going on was
18    taking too long.
19         Q    Okay.  Did you think Mr. Gillon was
20    conducting an investigation of this matter?
21         A    I didn't know.  That's what I wanted to find
22    out is whether these matters were under investigation
23    or whether they weren't under investigation.
24         Q    How did you leave it with Dr. Wikel?
25         A    The -- this is where going back to my old
```