## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JUSTIN D. RADOLF, | : | CIVIL NO. 3: 03CV242 (MRK) |
|    Plaintiff, | : | LEAD/MASTER DOCKET NO. |
| | : | |
| V. | : | |
| | : | |
| UNIVERSITY OF CONNECTICUT; | : | CASE NO. 3:03CV242 (MRK) |
| UNIVERSITY OF CONNECTICUT | : | MEMBER CASE |
| HEALTH CENTER; | : | |
| PETER J. DECKERS, EXECUTIVE | : | |
| VICE PRESIDENT FOR HEALTH | : | |
| AFFAIRS AND DEAN OF THE SCHOOL | : | |
| MEDICINE, INDIVIDUALLY AND | : | |
| IN HIS OFFICIAL CAPACITY; | : | |
| RICHARD BERLIN, ASSOCIATE DEAN, | : | |
| INDIVIDUALLY AND IN HIS | : | |
| OFFICIAL CAPACITY; AND STEPHEN | : | |
| WIKEL, INDIVIDUALLY AND IN HIS | : | |
| OFFICIAL CAPACITY, | : | |
|    Defendants. | : | NOVEMBER 1, 2004 |

**PAGES OF TRANSCRIPT TESTIMONY OF STEPHEN WIKEL**

Case 3:03-cv-00242-MRK     Document 67-5     Filed 11/04/2004     Page 2 of 8

8

1   Q   And is that a permanent appointment or an
2   interim appointment?
3   A   I would assume it's not a permanent
4   appointment, but it was not specifically identified as
5   an interim appointment.
6   Q   Have you had any discussions since your
7   appointment with university officials regarding the
8   status of the appointment?
9   A   No, it's just been ongoing.
10  Q   Do you consider the appointment an interim
11  appointment?
12  A   I would consider it a permanent appointment
13  in the context of what a permanent appointment is in
14  an academic setting.
15  Q   Could you explain to me what you mean by
16  "permanent appointment in an academic setting"?
17  A   All these appointments, it's always been my
18  perception since I have been in academics that these
19  are at the pleasure of the Dean.  That my permanent
20  appointment is my tenured appointment as a full
21  professor, but this type of appointment is something
22  that you serve at the pleasure of the Dean.
23  Q   Doctor, you replaced Dr. Radolf as the
24  director of the Center, and I will call it the Center
25  because I have a problem with the word microbial, so

11

```
 1    told him that the decision regarding his being
 2    replaced as the Center's director had occurred
 3    sometime in December of 2001?
 4        A    Not specifically, no, I do not.
 5        Q    Do you recall having a meeting sometime
 6    before you took the position of the director of the
 7    Center of a meeting with Dr. Berlin and Dr. Radolf to
 8    discuss the transition, your transition into the
 9    position?
10        A    I don't think such a meeting ever occurred.
11    Not that I specifically remember.
12                    (Defendant's Exhibit No. 1,
13                     E-mail, marked for
14                     identification.)
15    BY MR. BUCCI:
16        Q    Dr. Wikel, I'm showing you what has been
17    labeled as Exhibit 1 for identification and I'm
18    referring to the E-mail from Dr. Deckers.  And you're
19    not copied on the E-mail, but the third sentence or
20    maybe the fourth sentence says, Richard Berlin, you
21    and Steve Wikel and Justin should meet before then to
22    discuss transition.  And it's your recollection a
23    meeting of that type never took place?
24        A    No, I do not believe that it did.  I have not
25    seen this document previously.
```

```
 1    from Scott Wetstone to Peter Deckers.
 2        A    I suspect what I informed him was that in the
 3    beginning he was certainly listed as a major
 4    contributor to the grants and that nothing
 5    subsequently indicated that he was not in subsequent
 6    reports that were within the Center.
 7        Q    Being listed as a major contributor, what
 8    role did Ken Bourell have in the grants?
 9        A    I do not recollect his specific duties in the
10    grants as they were described, but I suspect if we had
11    an opportunity to go back and look at those documents
12    that it would list under personnel what his roles
13    were, his actual duties relative to the projects.  I'm
14    quite sure that was there, but I don't remember the
15    specific language.
16        Q    He wasn't an investigator on the grants?
17        A    I don't know exactly what his title was, but
18    he was listed under that list of key personnel.  I
19    believe that's the term that the NIH was using on
20    those forms, key personnel.
21        Q    It's your recollection he was listed as a key
22    personnel on the grant?
23        A    I would have to go back and confirm it, but
24    my recollection is that he was when the grants were
25    transferred.
```

1    Q    Assuming his position was a research
2    associate, in your experience was a research associate
3    considered at the same level as an investigator on the
4    grant?
5    A    It could very well depend on that
6    individual's expertise that they bring to the project
7    specifically which might be very unique, and in that
8    case they very well could be.
9    Q    Now, would your opinion change if Ken Bourell
10   was not listed as a key personnel on the grants?
11   A    I'm sorry, I don't follow you.
12   Q    Would your opinion as to whether he was a
13   major contributor, would that opinion change if under
14   key personnel he was not listed?
15   A    I would think that would be true.
16   Q    At this period of time, do you recall
17   checking the grants to see if Ken Bourell was listed
18   as a key personnel?
19   A    Yes, he was, I believe, listed as a key
20   personnel on the transferred grants and on -- yes,
21   that would have been the case.
22   Q    And on the renewal of the grants, was he
23   continued to be listed as key personnel?
24   A    I think on some of them he was, but usually
25   on non-competing renewals you're only indicating if

```
 1    whether he's listed as key personnel or just
 2    personnel, that there is a problem in treating his
 3    salary as coming from the grants and he's being paid
 4    from general funds?
 5         A    At the same time.
 6         Q    Right.
 7         A    I would think that my concern would be from
 8    the standpoint of an audit how that would be viewed.
 9         Q    But, again, the information you obtained
10    during this period of time did not -- it showed he was
11    being paid one hundred percent from state funds and
12    not being paid anything from grant funds?
13         A    That's correct.  His assignment
14    authorizations which are the documents to which salary
15    lines are allocated for particular individuals,
16    indicates where the salary is coming from, which
17    account.  And as it would be indicated here relative
18    to Mary Rydingsward, which I think is one of the lead
19    internal accountants, he was paid exclusively on
20    ledger two which means that all of his salary line was
21    assigned to state appropriated dollars, Connecticut
22    state allocations to the Health Center.
23         Q    So, again, the concern wasn't that federal
24    funds were being paid to Ken Bourell for time and
25    effort he was not putting into those grants?
```

```
 1   we have just seen, Exhibit 8 and, in particular,
 2   Exhibit 9.  Make that 7 and 9, there is no reference
 3   to the concerns you raised with Dr. Berlin or Dave
 4   Gillon.  There is no mention by Dr. Berlin or Dave
 5   Gillon or by you of these previous meetings in which
 6   you raise concerns over what they labeled as -- later
 7   labeled as fraudulent activity?
 8        A    That's correct.  I don't see anything in
 9   these.
10        Q    Any reason that you can think of that it
11   wasn't raised during this period of time when this
12   issue was directly dealing with Ken Bourell's salary?
13        A    I have no idea why that wasn't raised.  I can
14   speculate and say this was the beginning of looking at
15   this, at the issues, however they decided to look at
16   it, but it would be pure speculation.
17        Q    Weren't you at least -- did you think of at
18   least questioning them, "Look, I came to you back in
19   February or March, or before February, with this
20   information and here we are now in June, July"?
21        A    I provided the information to them and they
22   act upon it as they see fit.
23        Q    Did you ever try to enlist the support of
24   Dr. Berlin to prevent the reduction from going
25   forward?
```