## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| JUSTIN D. RADOLF, | : CIVIL NO. 3: 03CV242 (MRK) |
| Plaintiff, | : LEAD/MASTER DOCKET NO. |
| | : |
| V. | : |
| | : |
| UNIVERSITY OF CONNECTICUT; | : CASE NO. 3:03CV242 (MRK) |
| UNIVERSITY OF CONNECTICUT | : MEMBER CASE |
| HEALTH CENTER; | : |
| PETER J. DECKERS, EXECUTIVE | : |
| VICE PRESIDENT FOR HEALTH | : |
| AFFAIRS AND DEAN OF THE SCHOOL | : |
| MEDICINE, INDIVIDUALLY AND | : |
| IN HIS OFFICIAL CAPACITY; | : |
| RICHARD BERLIN, ASSOCIATE DEAN, | : |
| INDIVIDUALLY AND IN HIS | : |
| OFFICIAL CAPACITY; AND STEPHEN | : |
| WIKEL, INDIVIDUALLY AND IN HIS | : |
| OFFICIAL CAPACITY, | : |
| Defendants. | : NOVEMBER 1, 2004 |

## AFFIDAVIT OF DARRIN AKINS

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JUSTIN D. RADOLF, <br> Plaintiff, | : <br> : <br> : | CIVIL NO. 3: 03CV242 (MRK) <br> LEAD/MASTER DOCKET NO. |
| V. | : <br> : | |
| UNIVERSITY OF CONNECTICUT; <br> UNIVERSITY OF CONNECTICUT <br> HEALTH CENTER; <br> PETER J. DECKERS, EXECUTIVE <br> VICE PRESIDENT FOR HEALTH <br> AFFAIRS AND DEAN OF THE SCHOOL <br> MEDICINE, INDIVIDUALLY AND <br> IN HIS OFFICIAL CAPACITY; <br> RICHARD BERLIN, ASSOCIATE DEAN, <br> INDIVIDUALLY AND IN HIS <br> OFFICIAL CAPACITY; AND STEPHEN <br> WIKEL, INDIVIDUALLY AND IN HIS <br> OFFICIAL CAPACITY, <br> Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | CASE NO. 3:03CV242 (MRK) <br> MEMBER CASE <br><br><br><br><br><br><br><br><br><br><br><br> October 12, 2004 |

## AFFIDAVIT

STATE OF CONNECTICUT)
                                            ) Oklahoma City, OK
COUNTY OF FAIRFIELD)

The undersigned, being duly sworn, hereby deposes and says:

1. I am over the age of eighteen (18) years and believe in the obligations of an oath.

2. I am familiar with the facts alleged contained in this affidavit.

3. I attest that the facts and matters contained herein are true and accurate.

4. I am currently an Associate Professor of Microbiology and Immunology at

the University of Oklahoma Health Sciences Center (OUHSC). I am recognized for my expertise in arthropod-borne infections, particularly Lyme disease, and have extensive experience working with *Borrelia burgdorferi*, the Lyme disease spirochete, and *Ixodes scapularis*, the tick vector that transmits Lyme disease. My current research focuses on outer membrane proteins and antigens of *B. burgdorferi* as vaccine candidates for Lyme disease.

5. I was a member of the Radolf laboratory from June, 1990 through July, 1998 which was then located at the University of Texas Southwestern ("UT Southwestern").

6. One of the areas of research in which I participated while a member of the Radolf Laboratory involved Lyme disease research.

7. The major objective of my Lyme disease research in the Radolf laboratory was to identify outer membrane proteins of *Borrelia burgdorferi* that could be used as Lyme disease vaccines.

8. Sometime between 1996 and 1997, the members of the Radolf laboratory, led by Dr. Justin D. Radolf, became aware of the need to incorporate ticks into the Lyme disease research program.

9. Dr. Radolf told me that he had identified an investigator at Oklahoma State University ("OSU"), Dr. Stephen Wikel, who could provide us with ticks.

10. In conjunction with Dr. Michael Norgard, Dr. Radolf invited Dr. Wikel down to UT Southwestern to present a seminar and meet members of the Norgard/Radolf laboratories.

11. Dr. Wikel gave a seminar in the Chairman's conference room at the North Campus of UT Southwestern. The seminar focused on basic immunological aspects of mammalian host-tick interactions and contained no contemporary genetics. He did not describe any use of recombinant DNA techniques or genomics as a means of identifying individual salivary gland proteins that might be responsible for the putative immunological/immunosuppressive activities he claimed to be detecting in tick salivary gland extracts. It is important to note that much of the data he presented involved ticks other than *Ixodes scapularis*, the vector of Lyme disease.

12. Indeed, there was nothing in the seminar to indicate that Dr. Wikel was even contemplating establishing a genetic or molecular foundation to further his research program or that his research was focused on Lyme disease.

13. In the course of discussions during that visit, Dr. Wikel actually acknowledged that his research program was devoid of molecular or genetics techniques.

14. Sometime after this first meeting, members of the Radolf (including myself) and Norgard labs went to OSU to further discussions about the collaboration.

laboratory.

16. In meeting with members of the Wikel laboratory during that visit, it was readily apparent to me that no molecular biology, genetic, or recombinant DNA techniques were being utilized in his laboratory to identify salivary gland proteins responsible for the putative immunological/immunosuppressive effects he claimed to be observing in salivary gland extracts.

17. One of the OSU investigators that we met at that time was Dr. Melanie Palmer, an experienced tick molecular biologist. In the course of extensive discussions during that visit, it was readily apparent to me that her research interactions with Dr. Wikel were minimal. I later confirmed this by the finding that Drs. Palmer and Wikel had not co-authored any publications or jointly submitted any sequences to GenBank. GenBank is The National Institutes of Health (NIH) genetic sequence database. GenBank is an annotated collection of all publicly available DNA sequences.

18. In addition to obtaining ticks for our Lyme disease work, Dr. Radolf began to discuss with laboratory members, including myself, the possibility of using molecular techniques to identify biologically important molecules in tick saliva as well as the related idea of developing a tick vaccine.

19. Dr. Radolf was the driving force and spearheaded two parallel approaches

expression sequence tags (ESTs).

21. Given the large amounts of material needed to generate a library and the need to get the project moving forward, we decided first to make a cDNA library from the glands of the relatively large tick *Dermacentor andersoni* while accumulating sufficient material from *Ixodes scapularis* ticks.

22. The second approach, which is conceptually closely related, was to use expression library immunization (ELI) as a means of identifying potentially protective molecules in tick saliva.

23. At this time, Dr. Radolf was developing a collaboration with Dr. Stephen Johnston, the originator of ELI and a faculty member at UT Southwestern.

24. At this same time the Radolf laboratory also began to experiment with DNA immunization. Dr. Melissa Caimano was recruited to the Radolf laboratory in part to work on this project.

25. My role in this project was to oversee the development of the cDNA tick salivary gland libraries, to facilitate the transfer of molecular and genetic technologies to personnel in the Wikel laboratory, to extract RNA from the *D. andersoni* salivary glands that would then be sent to Stratagene. Stratagene is a biotechnology company based in La Jolla, CA that invents, develops, manufactures, commercializes and supports highly innovative technologies for life science researchers. Stratagene also builds custom

was sent directly from Stratagene to the Radolf laboratory at UT Southwestern. I personally handled this transaction.

26. Although the RNA was shipped to Stratagene, I was fully capable of generating in the Radolf laboratory the cDNA library from the RNA; however, it was jointly decided to send these materials to Stratagene to expedite the work.

27. It was the clear understanding between the Radolf laboratory and the Wikel laboratory at the time that the library was to be shared between the two laboratories as were any and all data generated from it. By the established norms of scientific collaboration, this would include sharing in hard copy and electronic forms any and all data generated by either lab with regard to the library, including, but not limited to, the nucleotide sequences, proteins, peptides, or other reagents.

28. It was obvious from the outset of this phase of the collaboration that neither Dr. Wikel nor anyone in his laboratory had the technical background to contribute to the generation of the *D. andersoni* library, the screening of the library for clones of interest, or the manipulation of the clones pulled from it.

29. The lack of experience in the Wikel laboratory in this regard became quite apparent when I discovered that they did not know how to interpret an

biology.

30. After the library was obtained from Stratagene, all of the work with it was performed in the Radolf laboratory.

31. Initially, the Radolf laboratory and the Wikel laboratory planned to screen the library with tick immune antiserum provided by Dr. Wikel. However, the "protective antiserum" that Dr. Wikel provided did not react specifically with any clones from the library, indicating that it was unusable for identifying clones that might encode vaccine candidates.

32. To circumvent this problem, Dr. Radolf suggested that we begin "high throughput sequencing" of ESTs. The rationale for this, also suggested by Dr. Radolf, was that the library should be highly enriched for tick salivary gland cDNAs because it was constructed from RNA obtained during the feeding process. This fundamental idea of random, high-throughput sequencing underlies all of the subsequent tick-related EST research conducted by Dr. Wikel.

33. I continued my scientific relationships with both Drs. Radolf and Wikel after moving to OUHSC. Over the last six years, since my departure, I have not observed any evidence that the initial ideas of Dr. Radolf on how to best exploit the *D. andersoni* library have been modified in any substantial or meaningful way at a scientific level.

new approach. Additionally, I performed database searches of sequence information in Dr. Radolf's laboratory before the collaboration with Dr. Wikel was even initiated, contradicting the claim in the Thrall affidavit that Dr. Wikel has devised a new direction or approach to this research.

35. Dr. Thrall's affidavit (point 11) indicates that the Research Misconduct Committee he convened determined that new strategies have advanced the initial EST work conceived by Dr. Radolf. My expert opinion is that Dr. Wikel and colleagues have not extended this initial research or changed the underlying philosophy of sequencing random library clones to identify possible vaccine candidates. While new vectors and vector systems have been used in recent years, the underlying ideas and methodology used have not changed in a manner that would indicate that new intellectual property has been developed.

36. My estimation that Dr. Wikel has not materially advanced the research from the directions of the original Radolf-Wikel collaboration is supported by the lack of independent publication by Dr. Wikel over the last decade with regard to genes or proteins identified in *D. andersoni* and/or *I. scapularis* ESTs.

37. Neither Drs. Ribeiro nor Valenzuela, Dr. Wikel's presumed principal collaborators on the DOD proposal, were queried by the Research

in tick-borne diseases, EST analysis, or molecular biology that would enable him to make an informed judgement on this critical issue.

38. After arriving at OUHSC, I continued to collaborate with Dr. Wikel. I published three papers that included him as co-author. Co-authorship on these papers was a result of him supplying my laboratory with ticks for our research. Dr. Wikel did not contribute to the design or interpretation of the data presented in these studies. The three studies mentioned are as follows: (1) Hefty, P. S., S. E. Jolliff, M. J. Caimano, S. K. Wikel, J. D. Radolf, and D. R. Akins. 2001. Regulation of the OspE-related, OspF-related, and Elp lipoproteins of *Borrelia burgdorferi* strain 297 by mammalian host-specific signals. Infection and Immunity. 69:3618-3627; (2) Hefty, P. S., S. E. Jolliff, M. J. Caimano, S. K. Wikel, and D. R. Akins. 2002. Changes in the temporal and spatial patterns of outer surface lipoprotein expression generates population heterogeneity and antigenic diversity in *Borrelia burgdorferi*, the Lyme disease spirochete. Infection and Immunity. 70:3468-3478; (3) Hefty, P. S., C. S. Brooks, A. M. Jett, G. L. White, S. K. Wikel, R. C. Kennedy, and D. R. Akins. 2002. The OspE-related, OspF-related and Elp lipoproteins are immunogenic in baboons experimentally infected with *Borrelia burgdorferi* and in human Lyme disease patients. Journal of Clinical Microbiology. 40:4256-4265. I have received ticks from other

*[signature]*

Personally appeared Darrin Akins, and made Oath to the truth of the matters contained in the foregoing affidavit, before me.

SUBSCRIBED AND SWORN TO, before me, on this 12th day of October, 2004.

*[Notary Seal: WINDY NUNNERY, NOTARY PUBLIC, # 99018110, EXP. 11/04/07, IN AND FOR STATE OF OKLAHOMA, OKLAHOMA COUNTY]*

_____
Windy G. Nunnery
Commissioner of Superior Court/Notary Public