UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JUSTIN D. RADOLF<br>Plaintiff | CASE NO: 3:03CV242(MRK)<br>LEAD/MAJOR DOCKET NO. |
| | CASE NO. 3:03CV242(MRK)<br>MEMBER CASE |
| v. | |
| UNIVERSITY OF CONNECTICUT; UNIVERSITY OF CONNECTICUT HEALTH CENTER; PETER J. DECKERS, EXECUTIVE VICE PRESIDENT FOR HEALTH AFFAIRS AND DEAN OF THE SCHOOL OF MEDICINE, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY; RICHARD BERLIN, ASSOCIATE DEAN, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY; AND STEPHEN WIKEL, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY<br>Defendants | NOVEMBER 8, 2004 |

## MOTION FOR EXTENSION OF TIME TO FILE REPLY

Pursuant to D. Conn. L. Civ. R. 7(b), the undersigned defendants hereby move for an extension of time to respond to plaintiff's Opposition to Defendants' Motion for Summary Judgment.

Defendants' Motion for Summary Judgment was filed on August 16, 2004. Plaintiff received two extensions of time to respond up to and including November 15, 2004. Plaintiff's opposition papers were received November 4, 2004 and Defendants' Reply is currently due November 14, 2004. Defendants respectfully request an additional forty (40) days or until December 24, 2004 to reply and represent the following.

This case in itself as well as Plaintiff's response are voluminous and raise numerous complex legal issues which require rebuttal to adequately and appropriately defend it. Plaintiff's Opposition consists of one hundred twenty-seven pages. The case involves issues dealing with First Amendment rights, intellectual property rights, academic freedom, due process and immunity.

The case also has a companion case which likewise raises numerous complex issues and which will also require rebuttal upon receipt of plaintiff's opposition currently due by November 15.

Finally, counsel has only one secretary for support staff who is currently fully engaged by an office colleague in preparing a lengthy Motion for Summary Judgment in another federal court case, which is due December 1, 2004.

Defendants are of the good faith belief that a full and complete response to plaintiff's opposition will alleviate the necessity for trial.

Defendants' counsel represents that she has contacted plaintiff's counsel, Thomas W. Bucci, who has indicated he has no objection to this Motion.

This is the first Motion for Extension of Time with respect to this time limitation for a reply.

**WHEREFORE**, defendants respectfully submit there is good cause for the granting of this Motion and respectfully request the Court grant the foregoing Motion for Extension of Time to December 24, 2004.

RESPECTFULLY SUBMITTED,

DEFENDANTS
UNIVERSITY OF CONNECTICUT, ET AL

RICHARD BLUMENTHAL
ATTORNEY GENERAL

JANE D. COMERFORD (Ct 06328)
ASSISTANT ATTORNEY GENERAL
UNIVERSITY OF CONNECTICUT
  HEALTH CENTER
263 Farmington Avenue
Farmington, CT 06030-3803
Tel. (860) 679-1114
Fax (860) 679-1997
E-Mail-Comerford@ADP.UCHC.EDU


**CERTIFICATION**


This is to certify that on this 8th day of November 2004, the foregoing was mailed to counsel of record as follows:


Thomas W. Bucci, Esq.
Willinger, Willinger & Bucci, PC
855 Main Street
Bridgeport, CT 06604


Jane D. Comerford
Assistant Attorney General