**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| JUSTIN D. RADOLF,<br>Plaintiff, | : | CIVIL NO. 3: 03CV242 (MRK)<br>LEAD/MASTER DOCKET NO. |
| V. | : | |
| PETER J. DECKERS, EXECUTIVE VICE PRESIDENT FOR HEALTH AFFAIRS AND DEAN OF THE SCHOOL OF MEDICINE, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY,<br>Defendants. | : | CASE NO. 3:03CV672(MRK)<br>MEMBER CASE<br><br>NOVEMBER 15, 2004 |

**EXHIBIT 1**

#4

THE SCHOOL OF MEDICINE
OF THE UNIVERSITY OF CONNECTICUT HEALTH CENTER

CONFIDENTIAL

OFFICE OF THE DEAN MC-1920

Tel: (860) 679-2413
Fax: (860) 679-1371

September 9, 1998

Justin D. Radolf, M.D.
Professor of Internal Medicine and Microbiology
Division of Infectious Diseases
The University of Texas
Southwestern Medical Center at Dallas
Dallas, Texas 75235-9113

Dear Dr. Radolf:

This is to formally offer you the position of Director of the Center for Microbial Pathogenesis and appointment as Professor of Medicine (primary) and Microbiology (secondary) with tenure effective January 1, 1999 at a salary of one hundred seventy-five thousand dollars ($175,000) per annum. As you know, the appointment and tenure must be reviewed through the Senior Appointments and Promotions Committee; however, we have absolutely no doubt of their approval.

Your principle responsibility will be the formulation and development of the Center's research program. To this end we are committing four tenure-track positions and a floor (7th) of the new research building. In addition, as we have discussed, we will provide suitable support for establishing your own research program here, operating funds for the Center, and for the recruitment and start-up of the new faculty. As we discussed, the precise amounts will be specified pending your review. Be assured that it is our purpose to support the Center in whatever way is within our means. The Center will be "Type II", signifying that you will report directly to the Dean or his delegate, the Associate Dean for Research.

The potential directions for development of the Center (tick-borne, sexually transmitted, and periodontal disease, etc.) you described, and the fundamental level at which you approach them, leave no doubt that you will not only create an exciting and fertile research program, but also that your influence will be pervasive both in basic and clinical areas. In this regard, as we discussed, should you desire to participate in the clinic, your responsibilities can be defined with the Division and Department Heads. Your interactions with Microbiology will undoubtedly be extensive and will evolve naturally.

The terms and conditions of all faculty appointments include and are subject to The University of Connecticut Laws and By-Laws. One of the provisions contained therein is the long-standing university policy that full-time faculty at the Schools of Medicine and Dental Medicine are prohibited from practicing privately. The by-laws do allow, however, a limited amount of consulting activity where prior approval is obtained by the Department Head, Dean, and the Chancellor and Provost for Health Affairs.

It has been a great pleasure for all of us here to interact with you, your family, and members of your laboratory. We have, in fact, rarely seen such uniform enthusiasm amongst the faculty for your appointment, and we look forward to a long and productive relationship.

Best wishes,

Peter J. Deckers, M.D.
Dean

Richard D. Berlin, M.D.
Associate Dean for Research Planning and Coordination

Richard Garibaldi, M.D.
Professor and Interim Chairman
Department of Medicine

Mary Jane Osborn, Ph.D.
Professor and Chair
Department of Microbiology

RDB/sas
cc: Dr. Leslie Cutler