UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JUSTIN D. RADOLF,<br>    Plaintiff, | CIVIL NO. 3: 03CV242 (MRK)<br>LEAD/MASTER DOCKET NO. |
| V. | |
| PETER J. DECKERS, EXECUTIVE<br>VICE PRESIDENT FOR HEALTH<br>AFFAIRS AND DEAN OF THE SCHOOL<br>OF MEDICINE, INDIVIDUALLY AND<br>IN HIS OFFICIAL CAPACITY, | CASE NO. 3:03CV672(MRK)<br>MEMBER CASE |
|     Defendants. | NOVEMBER 15, 2004 |

**EXHIBIT 2**



# University of Connecticut Health Center

Office of the
Executive Vice President
for Health Affairs

Dean, School of Medicine

**Personal and Confidential**

August 22, 2001

Justin Radolf, M.D.
Professor, Department of Medicine
Director, Center for Microbial Pathogenesis
University of Connecticut Health Center
Farmington, CT 06030

Dear Doctor Radolf:

A Special Review Board (SRB) of the University of Connecticut Health Center (UCHC) investigated, in accordance with UCHC policy and as charged by me in my role as Dean, School of Medicine, and Executive Vice President for Health Affairs, an allegation that you committed research misconduct by falsifying data presented in grant applications to the United States Department of Agriculture (USDA) and Connecticut Innovations, Inc. (CII). The SRB also investigated whether the actions of the complainant in this case were conducted in good faith and, further, whether your rights were abridged by the actions of the complainant.

The unanimous conclusions of this SRB investigation are that:

1. You engaged in research misconduct by falsifying figure 2 of the USDA application. You confirmed this conclusion by admitting to the referenced falsification of data.

2. The complainant did not violate the UCHC Data Ownership Policy and, as such, your rights were not abridged.

3. The complainant did not act in bad faith in the course of this investigation.

I have reviewed all of the proceedings of the SRB investigation. I concur with and accept these conclusions.

*An Equal Opportunity Employer*

263 Farmington Avenue
Farmington, Connecticut 06030-1920

Telephone: (860) 679-2594
Facsimile: (860) 679-1255

Justin Radolf, M.D.
August 22, 2001
Page 2

Research misconduct of any kind is a very serious violation of the trust the University of Connecticut, and specifically its School of Medicine, has placed in you when you were appointed a Professor of Medicine with tenure and Director of the Center for Microbial Pathogenesis within the School of Medicine. It is also a serious violation of professionalism, whereby we are committed to the highest standards of integrity in all of our activities.

As Executive Vice President for Health Affairs, it is my duty to decide what administrative sanctions, given the seriousness of this offense, are appropriate. That research data was falsified is unquestioned. You admitted that this was done intentionally and knowingly. That previously existing information confirmed the data presented in the falsified figure is not relevant. On the other hand, there is (1) no evidence that your action in this circumstance is part of a pattern of dishonest behavior, or that (2) this falsification had any impact on the research record, research subjects, other researchers, institutions, or the public welfare and, further, (3) the grant applications to USDA and CII were withdrawn before review, and "problems with the data" in the grants was correctly offered as the reason for such withdrawal.

Given numbers 1, 2, and 3 in the last paragraph, administrative sanctions will be limited to (a) a letter of reprimand that will be placed in your personnel file (consider this letter to be that letter of reprimand) and (b) a committee of faculty researchers who are tenured Professors of the School of Medicine will be created who shall thoroughly inspect all new research grant proposals which you author or co-author for a period of three years (September 1, 2001 through August 31, 2004) to ensure (1) compliance with all applicable regulations and (2) the integrity of the research data presented. This three year period will be considered a period of probation for you as a member of this academic community.

Finally, since this episode of research misconduct did not involve federally funded research, and since the grants in question were not submitted to the National Institutes of Health, I have further decided to accept the SRB interpretation that the UCHC is not obligated to report this investigation and its results to any outside party, including the Office of Research Integrity (ORI).

Justin Radolf, M.D.
August 22, 2001
Page 3

In accordance with the University <u>Laws and By-Laws</u>, Section XV, you have the right to appeal this decision to the Health Center Appeals Committee.

Sincerely yours,

Peter J. Deckers, M.D.
Executive Vice President for Health Affairs
Dean, School of Medicine

PJD/led