# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JUSTIN D. RADOLF,<br>Plaintiff, | : <br> : <br> : | CIVIL NO. 3: 03CV242 (MRK)<br>LEAD/MASTER DOCKET NO. |
| V. | : <br> : | |
| PETER J. DECKERS, EXECUTIVE<br>VICE PRESIDENT FOR HEALTH<br>AFFAIRS AND DEAN OF THE SCHOOL<br>OF MEDICINE, INDIVIDUALLY AND<br>IN HIS OFFICIAL CAPACITY,<br>Defendants. | : <br> : <br> : <br> : <br> : <br> : | CASE NO. 3:03CV672(MRK)<br>MEMBER CASE<br><br><br>NOVEMBER 15, 2004 |

**EXHIBIT 4**



# University of Connecticut Health Center

Office of the
Executive Vice President
for Health Affairs

Dean, School of Medicine

April 4, 2003

Justin Radolf, M.D.
MC3710

Dear Doctor Radolf:

The UConn Health Center (UCHC) has received a letter from Chris B. Pascal, J.D., Director, Office of Research Integrity (ORI), Office of Public Health and Science dated March 18, 2003 indicating that the U.S. Public Health Service (USPHS) has taken final action with regard to a finding of scientific misconduct against you (ORI 2001-32). A letter to your attorney summarizing the administrative actions imposed by the Department of Health and Human Services pursuant to your **Voluntary Exclusion Agreement** was attached to the above referenced cover letter from Atty. Pascal.

Given the terms of your **Voluntary Exclusion Agreement** with PHS, the following is the response of the UConn Health Center and the UConn School of Medicine:

1. Your "academic probation" will continue at least through March 9, 2008. During this interval you will be excluded from any academic and/or administrative leadership position on behalf of the UCHC and its schools and hospital that could include, directly or indirectly, any service of any kind to the USPHS.

2. As required of the UCHC by the ORI, a **supervisory plan** will be designed to ensure the scientific integrity of any research proposal involving actual or proposed PHS research support. Similar scrutiny of any report of PHS-funded research in which you are currently involved is required and will be part of the supervisory plan referenced above. When any report, manuscript or abstract of PHS-funded research is submitted by you, UCHC will examine all the original data to ensure and certify that such data was based on actual experiments, or otherwise was legitimately derived, and that the data, procedures and methodology are accurately reported. The now operative Supervisory Plan requested of UCHC by ORI is attached and was forwarded to them as requested on April 4, 2003.

3. During your academic probation, you will continue to report directly to the Dean of the School of Medicine for your yearly evaluation. Specifically, clinical (C), research (R), educational (E), administrative (A) and miscellaneous (M) productivity and quality as part of your faculty appointment in the School of Medicine will be determined. Definitions regarding how the determinations connected to your faculty appointment are made can be found in the Clinical and Academic Research Compensation Plans of the UCSOM,

*An Equal Opportunity Employer*

263 Farmington Avenue
Farmington, Connecticut 06030-3800

Telephone: (860) 679-2594
Facsimile: (860) 679-1255

Page 2
April 4, 2003

the Senior Appointments and Promotion Guidelines of UCSOM and in the By Laws of the University of Connecticut. All administrative issues related to the Microbial Pathogenesis Center activity will be the responsibility of Stephen Wikel, Ph.D., Interim Director of the Microbial Pathogenesis Center, UConn School of Medicine.

4. The MD/PhD Program of the UCSOM is a PHS-funded activity. Therefore, to ensure that the work of your current graduate student, Megan Moore, who is an MD/PhD student, is not disturbed or disrupted in any way by these events, and that she is adequately mentored, a co-major advisor will be appointed by the Dean of the Graduate School to serve in conjunction with you. The other members of her Advisory Committee, Drs. Rajan and LeFrancois, will remain on her committee. Dr. Wikel will remove himself from her committee, if Ms. Moore requests this in writing. Additionally, you will not be listed as an available mentor for new MD/PhD candidates on the resubmission of the NIH Training Grant for this program and your appointment on the Steering Committee of the MD/PhD Program is terminated immediately.

5. This communication to you and the recent letter from the ORI to us and your attorney, as well as the materials relative to this PHS action placed in the Federal Register, the NIH Guide for Grants and Contracts and the ORI Newsletter, will be turned over to the Compliance Subcommittee of the UCHC Board of Directors for their review and further consideration.

Sincerely yours,

Peter J. Deckers, M.D.
Executive Vice President
for Health Affairs, UCHC
Dean, UConn School of Medicine

PJD:djt

cc:  Roger Gelfenbien, Chair, Board of Trustees
Philip Austin, PhD, President, University of Connecticut
Claire Leonardi, Chair, Board of Directors
Bruce Chudwick, JD, BoD Compliance Subcommittee
David Friend, MD, BoD Compliance Subcommittee
Jane Comerford, Assistant Attorney General
William Kleinman, Assistant Attorney General
Richard Berlin, MD, Associate Dean Research/Planning
Bruce Koeppen, MD, PhD, Dean, Academic Affairs and Education
Len Paplauskas, Associate Vice President, Research Sponsored Programs
Gerry Maxwell, PhD, Associate Dean, Graduate School
Scott Wetstone, MD, Director, Health Affairs Policy Planning