## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| JUSTIN D. RADOLF, <br>     Plaintiff, | CIVIL NO. 3: 03CV242 (MRK) <br> LEAD/MASTER DOCKET NO. |
| V. | |
| PETER J. DECKERS, EXECUTIVE VICE PRESIDENT FOR HEALTH AFFAIRS AND DEAN OF THE SCHOOL OF MEDICINE, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY, <br>     Defendants. | CASE NO. 3:03CV672(MRK) <br> MEMBER CASE <br><br> NOVEMBER 15, 2004 |

## EXHIBIT 5



# University of Connecticut Health Center

Office of the
Executive Vice President
for Health Affairs

Dean, School of Medicine

PERSONAL AND CONFIDENTIAL

December 27, 2001

Justin Radolf, M.D.
Professor, Department of Medicine
Director, Center for Microbial Pathogenesis
University of Connecticut School of Medicine
263 Farmington Avenue
Farmington, CT 06010-3710

Dear Justin:

In my letter to you of August 22, 2001, I indicated that "(b) a committee of faculty researchers who are tenured Professors in the School of Medicine will be created who shall thoroughly inspect all new research grant proposals which you author or co-author for a period of three years (September 1, 2001 through August 31, 2004) to ensure (1) compliance with all applicable regulations and (2) the integrity of the research data presented". Drs. Irving Goldschneider (Pathology) and Betty Eipper (Physiology) have accepted this assignment. Richard Berlin and I have fully discussed with them the specifics that mandated this three year period of probation for you as a member of this academic community. Please understand that <u>all</u> grant/contract/philanthropic proposals sent to any agencies for funding of any and all of your research initiatives must be reviewed by them well in advance of mailing deadlines. They, together or individually, will undoubtedly need complete access to original laboratory data to allow accurate assessment of results and conclusions. This type of analysis is part of their charge from me and must be readily and easily complied with by you. If there is any confusion or concern regarding this, please see me promptly.

Finally, Richard Berlin has expressed to me his concern that your academic probation and the potentially prolonged Office of Research Integrity (ORI) investigation into this entire matter could become very serious handicaps to the maintenance of morale and productivity amongst faculty in the Center for Microbial Pathogenesis, to the recruitment of new faculty, and to the development of the Center as an institutional resource. Consequently, he has recommended that you be relieved of your directorship during this

*An Equal Opportunity Employer*

263 Farmington Avenue
Farmington, Connecticut 06030-1920

Telephone: (860) 679-2594
Facsimile: (860) 679-1255

Justin Radolf, M.D.
December 27, 2001
Page 2

probationary period. Before I come to a decision in this matter, Richard and I would welcome a discussion with you on the advisability of this course. I must say, having seen the tremendous strain that the original SRB misconduct investigation and subsequent ORI interrogatories has wrought upon you, and with the knowledge of your recent considerable success in acquiring new grant awards, that it may be greatly beneficial to your research program for you to put aside the responsibilities of the directorship of the Center for Microbial Pathogenesis. Please call Deborah Turling at x2594 by January 4, 2002 to set up a meeting for you to discuss this with Richard and me.

Thank you for your consideration.

Sincerely yours,

Peter J. Deckers, M.D.
Executive Vice President for Health Affairs
Dean, School of Medicine

PJD/sas