**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| JUSTIN D. RADOLF, | CIVIL NO. 3: 03CV242 (MRK) |
|     Plaintiff, | LEAD/MASTER DOCKET NO. |
| | |
| V. | |
| | |
| PETER J. DECKERS, EXECUTIVE | CASE NO. 3:03CV672(MRK) |
| VICE PRESIDENT FOR HEALTH | MEMBER CASE |
| AFFAIRS AND DEAN OF THE SCHOOL | |
| OF MEDICINE, INDIVIDUALLY AND | |
| IN HIS OFFICIAL CAPACITY, | |
|     Defendants. | NOVEMBER 15, 2004 |

**EXHIBIT 6**

## Turling, Deborah

**From:** Deckers, Peter J.
**Sent:** Monday, January 14, 2002 7:37 AM
**To:** Turling, Deborah
**Subject:** FW:

file radolf

-----Original Message-----
**From:** Deckers, Peter J.
**Sent:** Sunday, January 13, 2002 2:56 PM
**To:** Radolf, Justin D.
**Subject:** FW:

please see below

-----Original Message-----
**From:** Deckers, Peter J.
**Sent:** Sunday, January 13, 2002 2:50 PM
**To:** Radolf, Justin D.
**Subject:**

Justin:  I have thought some more about our conversation of last Friday afternoon. Let me be very clear on several issues, and by being so, hopefully, make your decision much easier.
My decision to change the administrative leadership of the Microbiology Pathogenesis Center effective immediately is absolute. I believe the pressures you have experienced personally and professionally during the past two years have been considerable and are not behind you or us. Indeed, I believe they may well intensify and could put the well-being and continued growth of the Center at risk. I further believe that it is in your interest to voluntarily relinquish your leadership position, and to do so immediately, for the several "personal reasons" we discussed. Such a decision will not affect your rank, tenure, salary, space or secretarial support. You, I believe, will find that Richard Berlin's decision regarding your successor will be easy to support.
As you know, you are on academic probation for three years. During this interval you will report directly to me. I will personally determine what % of your FTE will be devoted to each domain within CREAM, and what you will do in each domain. Both your %time and your activities will be decided by me only after consultation first with you, but also with Richard berlin(research), Richard garibaldi(education) and Steven strongwater(clinical).
As discussed, your successor will be appointed interim Director of the Center on or about February 1, 2002. This does not preclude you returning to the position of Director. That decision, and its timing, if we are agreed that such a future move is appropriate, is mine alone. Meanwhile, I want you to, happily and enthusiastically, grow your research productivity as completely as possible, engage our clinical activity and contribute your considerable talent to the educational offerings of the School separated from as much stress as possible.