UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JUSTIN D. RADOLF, | : | CIVIL NO. 3: 03CV242 (MRK) |
| Plaintiff, | : | LEAD/MASTER DOCKET NO. |
| | : | |
| V. | : | |
| | : | |
| PETER J. DECKERS, EXECUTIVE | : | CASE NO. 3:03CV672(MRK) |
| VICE PRESIDENT FOR HEALTH | : | MEMBER CASE |
| AFFAIRS AND DEAN OF THE SCHOOL | : | |
| OF MEDICINE, INDIVIDUALLY AND | : | |
| IN HIS OFFICIAL CAPACITY, | : | |
| Defendants. | : | NOVEMBER 15, 2004 |

**EXHIBIT 7**

## Smail, Stephanie

From: Berlin, Richard
To: Smail, Stephanie
Subject: FW: letter
Date: Tuesday, September 22, 1998 4:17PM

---

From: Justin Radolf
To: Berlin@nso.uchc.edu
Subject: letter
Date: Friday, September 11, 1998 6:33PM

Richard,

I have received the letter and reviewed it. It is exactly what I expected based upon our extensive conversations. I accept with unbridled enthusiasm. Let me add that I regard this as a tremendous honor and will commit all of my energies and abilities to make the Center successful. When I return on September 21, I will schedule appointments with my Internal Medicine Division Chief and Chair. At that point, I should have the signed original.

Now to move on to other matters. The head count has changed for our trip. It is now seven. Esther, my longstanding technician, has decided to stay behind, most likely to retire. She has been with me practically since the day I arrived. The following "cogs" in the "well-oiled" Radolf laboratory machine will accompany me:

1. Dmitriy and Olga Shevchenko. Dmitriy is currently a postdoc but will probably have to be promoted to some type of non-tenure track position in the not too distant future. Dmitriy is a superb molecular biologist who has several years of experience with both T. pallidum and B. burgdorferi. He is adept with both RNA and DNA and handles these difficult organisms with great proficiency. Olga is a research assistant I who provides technical support for Dmitriy. She is proficient in all of the commonly used molecular techniques. The two work together extremely well.

2. Ken and Joanie Bourell. Ken has been with me now for almost seven years. He is an outstanding light and electron microscopy technician who is proficient in a number of very demanding techniques including freeze-fracture EM and cryosection IEM. He also is skillful with the many animal models in use in my laboratory. Lastly, he is a computer wizard who makes it possible for me to "crank out" papers and grants. His skills will benefit greatly everyone within the center and enable us to get up and running in record time. Joanie is a teacher.

3. Debbie and Jeff Bouis. Debbie is a third year graduate student in our Molecular Microbiology prorgam who is about to take her qualifying exams. During the past year, she has gained proficiency in the various tissue culture methodologies related to our lipoprotein-immunology work. I believe she is poised to "take off" in the very near future. She is also a truly delightful person who is beloved by everyone in the laboratory. Jeff is a computer programmer who works for Lucent.

Please let me know if you need more info. We're pretty excited down here.

Best Regards,

Page 1

---

Handwritten notes:

Klinger
Rowe
Hard-Ken
Loew

Raisz -8007- Irady
Gillon
Krause   Robinson
Klinger
Berlin
dental fac.

tour of Bldg. -3:30 pm
Lefrancois -out-of-t
Pfeiffer