| University Policy Profile | |
|---|---|
| Policy Title: | Laws,By-Laws and Rules of the Board of Trustees |
| Policy Author: | Board of Trustees |
| Policy Effective Date: | 12/02/03 revision |
| Policy Applies To: | Employees, Faculty, Other, Students |
| Policy Last Reviewed: | 12/02/2003 |
| Policy Description: | Laws,By-Laws and Rules of the Board of Trustees |
| For More Information on Policy Contact: | President's Office |

## University Policy

# LAWS, BY-LAWS AND RULES OF THE UNIVERSITY OF CONNECTICUT
*Revised December 2, 2003*

## ARTICLE I – Board of Trustees

1. The functions of the Board of Trustees are legislative and not executive. The Board appoints the President; determines the general policy of the University, including the establishment of new schools and colleges; makes laws for its government; manages its investments; and directs the expenditure of funds. It shall be the duty of each Trustee to attend all meetings.

## ARTICLE II – Organization of the Board of Trustees

1. The corporate authority of the University of Connecticut is vested in a Board of Trustees.
2. Officers of the Board shall be elected at the July meeting.
3. The yearly schedule of regular meetings of the Board of Trustees shall be filed in advance in the Office of the Secretary of the State, as required by Statute. Prior written notice of any change in the scheduled time or location of a regular meeting shall be published and filed as required by Statute.
4. Special meetings of the Board of Trustees shall be called by the Chairman upon the written request of at least five members.
5. A written notice of regular meetings shall be mailed to each member at least one week before the date set for the meeting. Special meetings may be held no less than twenty-four hours after officially requested. Notice of special meetings shall specify the time and place of the meeting, and the business to be transacted. Emergency special meetings may be convened at any time without formal notice requirements. [1]

6. A majority of the current membership of the Board shall constitute a quorum for the transaction of all business.

7. Ordinarily the March meeting of the Board shall be the regular meeting for the recommendation by the Provost and Executive Vice President for Academic Affairs and the Executive Vice President for Health Affairs of promotion of members of the faculty and staff and for the award of academic tenure. The President, for those units and individuals reporting to him or her, or the Provost and Executive Vice President for Academic Affairs and the Executive Vice President for Health Affairs is authorized to appoint and to reappoint, from time to time, members of the professional staff who are in positions which do not lead to tenure or who are serving probationary appointments in positions which would ultimately lead to tenure. Such appointments and re-appointments will not require prior action by the Board, but will be reported to them for their information.

## ARTICLE III – Rules of Procedure and Order of Business

1. General parliamentary rules, except as modified by the rules and regulations of the Board, shall be observed in conducting the business of the Board in session.

2. So far as practicable, the following order of business shall be observed at all meetings:

a. Consideration of the minutes of the last meeting.
b. Election of officers.
c. Reports and recommendations of the President of the University.
d. Reports of committees.
e. Consideration of communications and petitions.
f. Unfinished business.
g. Miscellaneous or new business.

3. Recommended adjustments to tuition and fees shall be developed and presented to the Board for action during the academic year and the process shall provide an opportunity for campus community comment upon the recommended actions.

*4. Public participation*

> Under the conditions described below the Board shall hear brief oral presentations from members of the public who wish to express their views on issues pending before the Board or on other issues of concern to the University. The agenda for each regular public meeting of the Board shall allot up to thirty minutes for this purpose:

a. Requests to address the Board shall be made to the Chairman or the Executive Secretary of the Board prior to the public meeting. In signing up to

address the Board, each speaker shall specify the topic on which he or she wishes to remark.
b. The Chairman of the Board shall recognize each speaker in the order of signing up, shall request proper identification, and shall use the discretion of the chair in requiring adherence to such individual and total time limits as will permit the orderly progress of the Board through its agenda.
c. At a special meeting of the Board, comment by members of the public shall be limited specifically to the subject described in the call of the special meeting.

### ARTICLE IV – Officers of the Board of Trustees

1. The officers of the Board of Trustees, apart from the Governor, who is President *ex officio*, shall be a Chair, Vice-Chairs, and a Secretary.
2. *The duties of the Chair shall be as follows:*
a. To call special meetings of the Board when necessary.
b. To preside, in the absence of the Governor, at all meetings.
>The Chair is privileged to make or discuss motions, and to vote on all questions.

3. The chairs of all standing committees shall be designated vice-chairs of the Board of Trustees. At the Board's organization meeting in July, the Chair of the Board of Trustees shall designate a vice-chair who shall act for the Chair of the Board of Trustees in case of his or her absence or incapacity.
4. *The duties of the Secretary shall be as follows:*
a. To mail, or cause to be mailed, a written notice of all meetings to each member of the Board at least one week before the date set for the meeting.
b. To call meetings of the Board in the absence of the Chair and vice-chair designated by the Chair to act in his or her absence.
c. To call meetings of the Board in case the Chair fails to do so, upon receipt of a written request of at least five members of the Board.
d. To keep a record of all meetings and transmit a copy of the minutes of each meeting to every member of the Board at least one week prior to the next meeting.

### ARTICLE V – Committees of the Board of Trustees

1. The Board shall act as a committee of the whole on all matters requiring action with the exception of those listed in items 3 and 4 below.
2. The Board may appoint from time to time such special or standing committees as may be necessary to make studies or preliminary investigations necessary for determining Board action. Special committees are automatically discharged when their reports are acted upon by the Board.
3. The committee of the Board of Trustees having cognizance over financial

matters is authorized to buy and sell securities and the chairman of this committee is authorized to instruct the Vice President and Chief Financial Officer or the University Controller to execute the necessary assignment.
4. A standing committee shall be established with jurisdiction over the University of Connecticut Health Center including its schools, the John Dempsey Hospital, and its core administrative units.
a. The name of the committee will be "Board of Directors of the University of Connecticut Health Center."
b. Authority –
1. The Board of Directors is authorized to approve the following:
a. Grants, contracts and indemnifications
b. Compensation plans and labor contracts
c. Faculty promotion, tenure, reappointments, and sabbatical leaves
d. Medical staff appointments
e. Adjudication of all issues including but not limited to faculty grievances related to promotion, tenure, reappointments, compensation and merit or incentive pay
f. Staffing levels
g. Business contracts and arrangements
h. General operating policies and bylaws related to operations, administration and clinical affairs
i. Space allocations
j. Strategic planning
k. New academic programs or the elimination of academic programs
l. Changes in bylaws of the Schools
2. The Board of Directors will act in an advisory capacity to the Board of Trustees in the following areas:
a. Annual operating budget
b. Annual capital budget
c. Changes in the fundamental mission of the University of Connecticut Health Center
d. Development program
e. Declaration of fiscal exigency, closure of academic departments and/or changes in policies related to tenure
f. Any areas stated in state statute that specifically require the Board of Trustees to act as a committee of the whole
c) Membership – the Board of Directors of the University of Connecticut Health Center shall have 17 members.
1. Terms – With the exception of the President of the University and the Secretary of the Office of Policy and Management, members will serve for three year staggered terms. Members may serve a maximum of two terms as a

regular member plus a maximum of two additional terms when serving as an officer. Officers will include the chair, vice-chair/secretary, and treasurer who will serve as the Board of Directors Finance subcommittee chair.

2. Appointment process

a. One member appointed by the chair of the Board of the Trustees. This member will chair the Board of Directors.

b. Two members from the Board of Trustees appointed by the chair of the Board of Trustees.

c. The President of the University. This appointment runs co-terminus with the position of the President.

d. Three members appointed by the Governor. The initial terms of the first appointees shall be 1, 2 and 3 years respectively. Subsequently, each appointment shall be for a term of three years.

e. The Secretary of the Office of Policy and Management or a deputy undersecretary designated by the Secretary. This appointment runs co-terminus with holding the position of Secretary.

f. Nine additional members to be selected by a nominating committee.

1. Membership of the nominating committee – The first nominating committee shall consist of the members of the Health Affairs Committee, the Chair of the Board of Trustees, the President of the University, and the Executive Vice President for Health Affairs. Subsequently, the members will be chosen by the Board of Directors and shall include the Chair of the Board of Trustees and the Executive Vice President for Health Affairs as voting members.

2. The initial terms of the first nominees shall be apportioned into thirds for 1, 2 or 3 year terms. Subsequently, all terms will be for three years. An initial term of two or less years shall not count toward the term maximums.

d. Subcommittees – The Board of Directors may establish standing subcommittees or ad hoc committees as needed.

1. Membership -

a. The Board of Directors shall appoint the members of its subcommittees

b. With the exception of the Peer Review Committee, a minimum of one-half of the voting membership shall be comprised of Board of Directors members.

c. The Board of Directors may appoint non-voting members to its subcommittee.

2. Peer Review Committee

a. The Peer Review Committee will also be known as the "Joint Conference Committee"

b. The sole topics of discussion shall be those that require confidentiality protection.

c. Peer Review Activities – The Board of Directors functions in some of its activities as a Medical Review Committee conducting peer review as defined in

Chapter 368a of the Connecticut General Statutes, as amended from time to time. When acting as a Medical Review Committee, the Board reviews and acts on reports or recommendations from peer review committees of the hospital or medical staff and participates in the evaluation of the quality and efficiency of health care services ordered and performed, including but not limited to review of the credentials, qualifications and activities of medical staff members, or applicants; evaluating and improving the quality of health care services rendered; analyzing clinical practices within the hospital; reviewing studies of utilization and medical audits; reviewing studies of morbidity and mortality; and reviewing analysis of sentinel events or potential claims. When the Board, or its officers, committees or subcommittees on its behalf, participate in these or similar studies, reviews, discussions and actions, the Board is a Medical Review Committee conducting peer review. Proceedings of such peer review activities conducted by the Board, including data and information gathering and analyses and reporting by authorized individuals for the primary purpose of these peer review activities, as well as minutes and other documents from meetings or portions of meetings addressing peer review, shall be kept strictly confidential.

d. Reports of the Peer Review Committee shall be presented to the Board of Directors in executive session only.

3. Authority of subcommittees – The subcommittees will report to the Board of Directors. The Board of Directors may delegate selected duties and authority as it deems necessary and appropriate to a subcommittee if such authority is approved at any regular meeting of the Board of Directors by a recorded majority vote.

5. Two members of the University of Connecticut Health Center Board of Directors shall serve as voting members on the committee of the Board of Trustees having cognizance over financial matters. These members from the Board of Directors may not be Board of Trustees members.

## ARTICLE VI – Restrictions on Purchasing Sources

1. No equipment or supplies for the University of Connecticut shall be purchased from any Trustee of said institution, nor from any partnership in which any Trustee may be a member, nor from any corporation of which a Trustee of said institution, or any member of a Trustee's family shall be a substantial stockholder.

## ARTICLE VII – President of the University

1. The President of the University is the chief executive and administrative officer of the University. In this capacity the President is responsible for carrying out and enforcing all policies and regulations adopted by the Board for

the operation of the University and is given authority requisite to that end.
2. The President may participate in all discussions in Board meetings, but shall not vote. The President is *ex officio* a member of all committees of the Board, but shall not vote.
*3. The duties of the President shall be as follows:*
a. To attend all meetings of the Board except when the Board requests otherwise.
b. To submit to the Board from time to time such recommendations and information concerning any phase of University policy or administration as may seem necessary to the best interests of the University.
c. To appoint those members of the University staff who report to him or her.
d. To call and preside over meetings of the University Senate.
e. To oversee the development, implementation and regular updating of the University's Strategic Plan.
f. To appoint such committees as he or she deems necessary, and define their duties.
g. To act as the official medium of communication between the Board of Trustees and University officers and staff members.
h. To submit annually to the Board of Trustees for its approval a list of students recommended for graduation by the faculties of the various schools and colleges. Diplomas shall be signed by the President of the University.
i. To summarize and coordinate the budget estimates submitted by schools, colleges, divisions, and departments, and in consultation with the Provost and Executive Vice President for Academic Affairs, Executive Vice President for Health Affairs, and the Vice Presidents, prepare a budget adjusted to the income and the needs of the University.
j. To preserve at the University all papers and records ordered on file by the Board.
k. To present to the Board for prior approval the annual budget for each fiscal year.
l. To be the official representative of the Board of Trustees in all matters affecting the University which come before the General Assembly.
m. To be the official representative of the Board of Trustees in all matters affecting the University which involve other departments of State Government, or relations with the Federal Government.
n. To provide leadership in external relations, development and fund-raising.
o. To prepare such reports as are required by the Board, the State, and the Federal Government.
p. To make such organizational changes in University structure as do not affect degree programs or majors, and report these matters to the Board at the next Board meeting. All actions involving the degree programs and the structure of

schools and colleges will be brought to the Board for approval.

*4. The Division of Athletics is directly responsible to the President*

It is the function of the Division of Athletics:

a. To organize and carry out programs of athletic sports activities intended to meet the health and recreational needs of students and staff members.

b. To cooperate with the Division of Health Services in determining the students whose athletic and sports activities should be especially restricted.

c. To foster athletic and sports activities in line with good health and citizenship between this institution and competing institutions, and in the whole area of public relations.

5. The President shall consult with the senior officers of the University, and such other members of the administration as he or she may convene, on matters of University policy and procedure as he or she feels appropriate.

**ARTICLE VIII – The Provost and Executive Vice President for Academic Affairs, Executive Vice President for Health Affairs, and Vice Presidents**

**A.**

1. The Provost and Executive Vice President for Academic Affairs, Executive Vice President for Health Affairs, and Vice Presidents are responsible to the President for guidance and general supervision of the programs of the University which are assigned either directly to them or to the organizational components which report to them.

2. They shall give direction and assistance to the deans and directors in respect to their administrative duties and shall accept such other responsibilities as may be assigned to them by the President.

**B. Provost and Executive Vice President for Academic Affairs**

1. The Provost and Executive Vice President for Academic Affairs is the chief operating officer and in this capacity is responsible for managing the operation of the University except for those areas under the direct supervision of the President or the Executive Vice President for Health Affairs. He or she is the coordinator and supervisor of all of the University's programs of instruction and research, except for those aspects assigned to the Executive Vice President for Health Affairs. He or she also coordinates the formulation of policies and administration of all schools, colleges, divisions, institutes, and regional campuses of the University, except those specifically assigned to the President or the Executive Vice President for Health Affairs. The Provost and Executive Vice President for Academic Affairs oversees policies and administration of the University of Connecticut Research Foundation.

*2. The Provost and Executive Vice President for Academic Affairs shall:*

a. Serve as Acting President in the absence of the President.

b. Attend all meetings of the Board of Trustees, except when the Board

requests otherwise. He or she may participate in discussions but shall not vote.
c. Appoint those members of the University faculty and staff who report to him or her.
d. Preside at meetings of the Council of Deans and the Council of Vice Presidents.
e. Be a member of the University Senate, preside in the absence of the President at its meetings, arrange the schedule of its regular meetings, interpret its By-Laws, rules, and regulations, administer its rules and regulations in ways designated by the Senate, and be a member of all its standing committees.
f. Be a member of all faculties, except those organized under the supervision of the Executive Vice President for Health Affairs.
g. Supervise the negotiation of collective bargaining agreements with all professional staff of the University, and coordinate the carrying out of the Board of Trustees' responsibilities under those contracts, except those under the supervision of the Executive Vice President for Health Affairs.
h. Assume responsibility for those University catalogs with programs under his or her jurisdiction.
i. Conduct such studies and promote such activities in the University, in those components of the University under his or her supervision, as will result in effective educational and research programs.
j. Disseminate among members of the University staff such information as will promote the understanding, integration, and coordination of the education program of the University.
3. For components of the University not specifically organized under the supervision of the President or the Executive Vice President for Health Affairs, the Provost and Executive Vice President for Academic Affairs shall:
a. Approve the selection and adjustment in service of all personnel under his or her jurisdiction.
b. Eliminate so far as possible unnecessary overlapping and duplication in the offerings, functions and services of the academic parts of the University.
c. Carry on continuing studies of the effectiveness of personnel in the teaching, research, and administrative programs.
d. Assist deans and directors of divisions in preparing budgets, and recommend budgets and budget adjustments for the several schools, colleges, and divisions to the President.
e. Serve as an appellate agency for students or staff members in appeals from decisions of deans or directors, and from the decisions of the Vice Chancellor for Student Affairs under the Student Conduct Code which would result in the suspension or expulsion of a student.
f. Arrange the schedule for regular meetings of the faculties of schools and colleges under his or her jurisdiction and preside at such meetings.

g. Interpret the by-laws, rules and regulations of the schools and colleges under his or her jurisdiction.

h. Grant leaves of absence to members of the professional staff in conformity with the rules and regulations of the Board of Trustees in those components of the University under his or her supervision; and, in granting leaves of absence without pay, designate whether such leaves were or were not granted for educational purposes in conformity with the State statutes and the policies of the Board of Trustees; and coordinate the discharge of this responsibility by the Vice Presidents where appropriate.

i. Grant permission to consult or to accept other outside employment to members of the professional staff, in conformity with the rules and regulations of the Board of Trustees; and coordinate the discharge of this responsibility by the Vice Presidents where appropriate.

j. Direct the assignment of all plant facilities, including buildings, offices, classrooms, laboratories, equipment, and land, and establish uniform rules pertaining to their proper use, except for those areas under the jurisdiction of the Executive Vice President for Health Affairs.

k. Be a member of the President's cabinet.

**C. Executive Vice President for Health Affairs**

> The Executive Vice President for Health Affairs may be the Dean of the School of Medicine, the executive director of the University's Health Center and chief operating officer, subject to policies established by the Board of Trustees. At all times, he or she is responsible and accountable to the President for the implementation and execution of administration at the University Health Center. The Executive Vice President for Health Affairs will function as the Provost for the University Health Center.

1. The Executive Vice President for Health Affairs is the coordinator of the University's programs of instruction, research, and health care performed by the University Health Center, including the Schools of Medicine and Dental Medicine, and the John N. Dempsey Hospital. He or she is responsible to the President for the coordination and formulation of policies and administration of administrative, business and other support departments of the University Health Center.

*2. The Executive Vice President for Health Affairs shall:*

a. Attend all meetings of the Board of Trustees, except when the Board requests otherwise. He or she may participate in discussions but shall not vote.

b. Appoint those members of the University faculty and staff who report to him or her.

c. Be a member of all faculties in the teaching and research units described above.

d. Approve the selection and adjustment in service of all personnel under his or

her jurisdiction.
e. Assist deans and directors of divisions in preparing budgets, and recommend budgets and budget adjustments for the several schools, colleges, and divisions to the President.
f. Be responsible for all monies and funds of the University Health Center regardless of their source. He or she shall make provision for the safekeeping of such monies and funds, and for an accurate accounting of their receipt and expenditure.
g. Submit regular reports to the President and to the Board of Trustees showing the financial condition of the University Health Center and all of its constituent parts; and submit an annual statement showing the assets and liabilities of the various funds of the University Health Center.
h. Make such reports to the State Comptroller or to other State or Federal officials as may be required on the inventories, property, and financial operations of the University Health Center.
i. Serve as an appellate agency for students or staff members in appeals from decisions of deans or directors supervised by him or her.
j. Grant permission to consult or to accept other outside employment to members of the professional staff under his or her supervision, in conformity with the rules and regulations of the Board of Trustees.
k. Supervise the negotiation of collective bargaining agreements for the professional staff at the Health Center, and coordinate the carrying out of the Board of Trustees' responsibilities under those contracts.
l. Grant leaves of absence to members of the professional staff in those components organized under his or her supervision in conformity with the rules and regulations of the Board of Trustees; and, in granting leaves of absence without pay, designate whether such leaves were or were not granted for educational purposes in conformity with the State statutes and policies of the Board of Trustees.
m. Direct the assignment of all plant facilities, including buildings, offices, classrooms, laboratories, equipment, and land, and establish uniform rules pertaining to their proper use, except for those under the jurisdiction of the Provost and Executive Vice President for Academic Affairs.
n. Be a member of the President's cabinet.

**D. Vice President and Chief Financial Officer**
1. The Vice President and Chief Financial Officer is the chief financial officer of the University. Reporting to the President, he or she is responsible for overseeing long-range financial planning and management of the operating and capital budgets for all units of the University. Working closely with the Provost and Executive Vice President for Academic Affairs and the Executive Vice President for Health Affairs, the Vice President and Chief Financial Officer

oversees capital and operating budget development, monitoring and reporting; coordinates operating and capital budgets in conformity with policies set forth by the Board of Trustees; develops financial policy and plans; serves as point of contact for external agencies and partners on financial matters; acts as the President's representative on financial matters to University units and constituencies; and generally promotes the financial health and stability of the University. The officers charged with budget oversight and coordination at the Storrs-based programs and the Health Center report to the Vice President and Chief Financial Officer.

*2. The Vice President and Chief Financial Officer shall:*
a. Attend all meetings of the Board of Trustees, except when excused by the President or when the Board requests otherwise. He or she may participate in discussions but shall not vote.
b. Be a member of the University Senate.
c. In consultation with the President, approve the selection and adjustment in service of all personnel under his or her jurisdiction.
d. Assist the President in the preparation of the University budget and coordinate the activities of the Provost and Executive Vice President for Academic Affairs, the Executive Vice President for Health Affairs, and other University officers in preparation of those components of the budget that are under their jurisdiction.
e. Be responsible for all monies and funds of the University, regardless of their source. He or she shall provide for the safekeeping of such monies and funds, and for an accurate accounting of their receipt and expenditure.
f. Ensure the timely completion of combined University of Connecticut financial statements; submit regular reports to the President and, through the President, to the Board of Trustees showing the financial condition of the University and all of its constituent parts; and submit an annual statement showing the assets and liabilities of the various funds of the University.
g. Make such reports to the State Comptroller or to other State or Federal officials as may be required on the inventories, property, and financial operations of the University.
h. Manage and coordinate the University's responsibilities pertaining to bond financing of capital projects.
i. Provide support to the President, the Provost and Executive Vice President for Academic Affairs, the Executive Vice President for Health Affairs, and to those reporting to the Office of the President by providing fiscal planning, coordination, and financial analysis.
j. Oversee or monitor the execution of major financing agreements.
k. Administer such support units of the University as the President may designate.

l. Serve as an appellate agency for personnel supervised by him or her in appeals from decisions of personnel supervised by him or her.
m. Grant leaves of absence to members of the professional staff in those components organized under his or her supervision in conformity with the rules and regulations of the Board of Trustees; and, in granting leaves of absence without pay, designate whether such leaves were or were not granted for educational purposes in conformity with the State statutes and the policies of the Board of Trustees.

**E. Vice President and Chief Operating Officer**
1. The Vice President and Chief Operating Officer is the University's chief business and operations officer. Working closely with the Provost and Executive Vice President for Academic Affairs, the Executive Vice President for Health Affairs, and the Vice President and Chief Financial Officer, the Vice President and Chief Operating Officer oversees construction, renovation, operation, logistics andn security of the University's physical plant; human resources and payroll; purchasing; information technology; business services; and public and environmental safety. The Vice President and Chief Operating Officer is responsible for the formulation of strategy and policies to ensure effective administration, sound business practices, safety and regulatory compliance within these areas, inconformity with policies established by the Board of Trustees: serves as the University's point of contact for external agencies and partners on business and operational matters; acts at the President's representative on business and operational matters to University units and constituencies; and generally promotes the operational excellence of the University. The officers charged with administering business and operations functions for all units of the University report to the Vice President and Chief Operating Officer.
2. *The Vice President and Chief Operating Officer shall*:
a. Assist the President in preparation of strategic and tactical operations plans and initiatives and coordinate the activities of the Provost and Executive Vice President for Academic Affairs, the Executive Vice President for Health Affairs, and the Vice President and Chief Financial Officer in the preparation of similar plans for operational units that are under their jurisdiction.
b. Be a member of the University Senate.
c. In consultation with the President, approve the selection and adjustment in service of all personnel under his or her jurisdiction.
3. Be responsible for the development, renovation, maintenance and safekeeping of the physical assets of the University, regardless of their source.
4. Manage and coordinate the University's responsibilities pertaining to construction and renovation of facilities.

5. Direct the University's purchasing and contracting programs.
6. Provide executive leadership for the University's information technology initiatives and organization.
7. Provide support to the President, the Provost and Executive Vice President for Academic Affairs, and the Executive Vice President for Health Affairs in development of operational strategy, planning, coordination and analysis.
8. Administer such support units of the University as the President may designate.
9. Attend all meeting of the Board of Trustees, except when excused by the President or when the Board of Trustees requests otherwise.
10. Grant leaves of absence to members of the professional staff in those components organized under his or her supervision in conformity with the rules and regulations of the Board of Trustees; and, in granting leaves of absence without pay, designate whether such leaves were or were not granted for educational purposes in conformity with the State statutes and policies of the Board of Trustees.

**F. Vice Chancellor for Student Affairs**
1. The Vice Chancellor for Student Affairs is responsible to the Provost and Executive Vice President for Academic Affairs and shall be the chief student personnel officer of the University, and shall supervise the work of the Division of Student Affairs and Services and the Division of Health Services.
*2. The Vice Chancellor for Student Affairs shall:*
a. Attend all meetings of the Board of Trustees, except when the Board requests otherwise. He or she may participate in discussions but shall not vote.
b. Be a member of the University Senate.
c. Approve the selection and adjustment in service of all personnel under his or her jurisdiction.
d. Assist deans, directors, and department heads in preparing budgets, and recommend budgets and budget adjustments in his or her area to the Provost and Executive Vice President for Academic Affairs.
e. Serve as an appellate agency for students or staff members in appeals from decisions of deans or department heads supervised by him or her.
f. Grant leaves of absence to members of the professional staff in those components organized under his or her supervision in conformity with the rules and regulations of the Board of Trustees; and, in granting leaves of absence without pay, designate whether such leaves were or were not granted for educational purposes in conformity with the State statutes and the policies of the Board of Trustees.
g. Be a member of the President's cabinet and the Council of Vice Presidents.

**ARTICLE IX – The University Administration**

>The University shall in all its activities represent the highest and most unselfish form of service.

**A. Administrative Organization**

1. The administration of the University is determined in part by legislative enactment, in part by the Laws and By-Laws of the Board of Trustees, and in part by regulations made by the President, the University Senate, and the several faculties.

**B. Officers of Administration**

*1. Central*

a. President

b. Provost and Executive Vice President for Academic Affairs and Executive Vice President for Health Affairs

c. Vice Presidents

*2. Schools, Colleges, Divisions, Institutes and Centers, and Departments*

>Each school, college, division, institute, and center shall have a dean or director and such other administrative assistants as are authorized by the President and the Board of Trustees. Each department shall have an executive officer, the head.

3. Each administrative officer shall submit to the President such reports as are requested by the President.

**C. The Council of Vice Presidents**

1. The Council of Vice Presidents shall consist of all the Vice Presidents and the Provost and Executive Vice President for Academic Affairs who shall convene the Council.

2. The Council shall serve as an advisory body to the Provost and Executive Vice President for Academic Affairs in such matters as may be brought before it by the Provost or any other member of the Council.

**D. The Council of Deans**

1. The Council of Deans shall consist of the deans of the various schools and colleges except for those schools under the jurisdiction of the Executive Vice President for Health Affairs, the Dean of Students, the Dean of Continuing Studies, the Director of University Libraries and such others as the Provost and Executive Vice President for Academic Affairs deems appropriate. The Provost and Executive Vice President for Academic Affairs shall convene the Council.

2. The Council shall provide a forum in which the members may discuss matters of common interest.

**E. The Trustee-Administration-Faculty-Student Committee**

*1. Membership*

>The Trustee-Administration-Faculty-Student (TAFS) Committee shall consist of the members of the committee of the Board of Trustees having cognizance over academic matters; the President;

> the Provost and Executive Vice President for Academic Affairs; the Vice Presidents; the members of the Senate Executive Committee; the President, Undergraduate Student Government; the President, Student Union Board of Governors; the Chairman, Residence Hall Advisory Board; the President, Graduate Student Senate; and such other individuals serving in a non-voting capacity as may be designated.

2. *Functions*

> The TAFS Committee shall serve as a conference committee to facilitate communication among the groups represented thereon, and shall serve as an advisory body to the Board of Trustees on matters where Board action is requested by faculty or student groups and on any others matters which the Board deems appropriate.

3. The TAFS Committee shall meet at least once a year, with the first meeting called by the President no later than October of the new academic year. Subsequent meetings shall be convened by the chairperson of the TAFS Committee, when he or she deems it necessary or at the request of constituent unit members.

4. The Chairperson of the TAFS Committee shall be chosen by the Committee at its first meeting each academic year.

## ARTICLE X – The University Senate

> There shall be a University Senate which shall be a legislative body for the purpose of establishing minimum rules and general regulations pertaining to all undergraduate schools and colleges and with policy insofar as it pertains in a general way to the educational program of the institution and is not reserved to the Board of Trustees, to the administration, to the Graduate Faculty Council, or to the several faculties.

**A. Membership**

> The University Senate shall consist of *ex officio* and elected members. The *ex officio* members shall be the President, the Provost and Executive Vice President for Academic Affairs, the Vice President and Chief Financial Officer, the Vice Chancellor for Student Affairs, the Vice Chancellor for Academic Administration, the Vice Chancellor for Business and Administration, the Vice Chancellor for Information Services and University Librarian, the Vice Provost for Research and Graduate Education and Dean of the Graduate School, and the Vice Provost for Undergraduate Education and Instruction. These *ex officio*

members shall not vote.

The Senate shall contain ninety-one elected members, as follows:

1. Three administrative officers elected by and from a group composed of the deans of the schools and colleges which are Senate electoral constituencies, the Dean of the College of Continuing Studies and the Director of Library Services. Members of this group and the *ex officio* members listed above are not eligible to vote in or to be elected from any of the constituencies listed in Section B.2. or 3. below.
2. Seventy-two members of the faculty elected according to one or the other of the two faculty electoral processes described in B.2. below.
3. Nine professional staff members elected by and from the constituencies described in B.3. below.
4. Five undergraduate students.
5. Two graduate students.

**B. Elections**

The election of faculty and other staff members to the Senate shall normally be held between October and March and shall be conducted by secret ballot. A minimum of one week, excluding time when the University is in recess, shall be allowed between the distribution and collection of ballots for Senate elections. Those elected shall take office on July 1. All elections shall be in the charge of the Senate Executive Committee and the returns shall be certified by two inspectors of election selected by the Senate.

In any Senate election, persons eligible for election who feel unable to serve shall be given an opportunity to withdraw their names from the list of candidates for nomination. The names of those persons who have withdrawn, as well as the names of persons who are completing two consecutive terms, shall be indicated on the nominating ballot.

The ballot for the second vote (election ballot) in any Senate election must indicate the number of votes each nominee received. In addition, there must be listed the names of those persons who were not nominated but who received at least 70% of the number of votes received by the nominee with the fewest votes. After the election, the number of votes received by those persons who were elected and the number of votes received by nominees who were not elected must be made public.

The Senate Executive Committee shall retain on file the number of votes cast for each candidate in each constituency for each annual class whose term has not expired, and shall designate the available candidate with the highest vote at the last previous election in the proper constituency as the alternate to replace any senator whose place will be vacant in any semester because of resignation, retirement, or leave of absence from the

>University. Priority in case of tie votes shall be determined by lot. Such alternates shall be designated for one semester at a time and at the beginning of the semester unless the vacancy occurs later. When it is known that there will be a vacancy throughout the last year or last two years of a three-year term in a constituency not otherwise scheduled to participate in a regular annual election, then that constituency will participate in order to elect a replacement to serve for the one- or two-year period remaining in the unexpired term.
>The term of office of a senator shall begin on July 1 and shall extend for one year in the case of student members and for three years in the case of other elected members.
>Senators shall be eligible for re-election, except that a member who has completed two consecutive three-year terms shall be ineligible for re-election to serve during the year which immediately follows the period of consecutive service (which may have been extended by virtue of election to the Senate Executive Committee).

1. For purposes of electing the three administrative officers, the electors described in A.1. above, shall determine the procedure which they will follow.

2. Two electoral processes for faculty membership in the Senate shall be followed, (a) constituency and (b) at-large. Faculty members shall not be eligible to stand for election or to vote in the first regular election following their initial appointment to the faculty.

*a. Faculty constituency elections*

>>The voting members of the faculty (see Article XI.A.) of each of the following units shall for these purposes be deemed an electoral constituency: College of Agriculture and Natural Resources, School of Allied Health, School of Business Administration, Neag School of Education, School of Engineering, School of Family Studies, School of Fine Arts, School of Law, College of Liberal Arts and Sciences, School of Nursing, School of Pharmacy, School of Social Work, and the Avery Point, Hartford, Stamford, Torrington and Waterbury Regional Campuses. A person who is a voting member of more than one faculty will belong to only one constituency, that of the faculty in which his or her principal appointment is held.
>>The number of senators to be elected from each constituency will be one for each thirty faculty members or major fraction thereof within that constituency, with the proviso that each school, college or regional campus will have at least one senator. The faculty of a school, college or

> regional campus that is thus allocated more than one senator will have the option of establishing non-overlapping subconstituencies. Senators chosen from a constituency will be elected by and from among the members of that constituency. The determination of the proper number of senators to be allocated to each constituency will be reviewed annually by the Provost and Executive Vice President for Academic Affairs. The annual schedule for electing members from each constituency shall be determined by the Provost and Executive Vice President for Academic Affairs in such a way as to provide for the optimum staggering of three-year terms within each constituency and for a reasonable degree of uniformity in the total number of members to be elected each year from all constituencies. To achieve these objectives, when a constituency becomes eligible to elect an additional senator, the initial term may be limited to one or two years in order that succeeding three-year terms may begin in the most appropriate years.

*b. At-large elections*

> The number of faculty elected at-large will be the number remaining after the number of senators to be elected from constituencies is subtracted from seventy-two. Senators chosen at-large will be elected by and from the faculty electoral constituencies.

3. The professional staff[2] members shall be elected according to procedures approved by the Provost and Executive Vice President for Academic Affairs from four constituencies as described below. Staff members are ineligible to stand for election or to vote in the first regular election following their initial appointment to the staff.
a. Division of Student Affairs and Services, Enrollment Management, and Registrar's Office (excluding regional campuses), who shall elect two senators.
b. University libraries (excluding regional campuses), who shall elect one senator.
c. Regional campuses, who shall elect one senator.
d. All professional staff shall elect five at-large senators.
4. Undergraduate student members shall be selected by procedures established by the Undergraduate Student Government with the approval of the Provost and Executive Vice President for Academic Affairs.
5. Graduate student members shall be selected by procedures by the Graduate Student Senate with the approval of the Provost and Executive Vice President