for Academic Affairs.

**C. Functions**

> The University Senate is a legislative body and concerns itself with minimum rules and general regulations pertaining to all undergraduate schools and colleges and with policy insofar as it pertains in a general way to the educational program of the institution and is not reserved to the Board of Trustees, to the administration, or to the several faculties.

**D. Officers**

> The President of the University shall be chairman of the University Senate. If the President chooses not to preside, the presiding officer of the Senate shall be a Moderator elected from its membership for an annual term beginning in September. At a meeting called at the request of at least twenty-five percent of the members, the presiding officer shall be the Chairman of the Senate Executive Committee.
>
> A recording secretary of the Senate, elected by the Senate, is normally responsible for making minutes of Senate meetings and distributing these to the professional staff.

**E. Meetings**

> Meetings of the University Senate shall be held regularly at times to be fixed by the President on the advice of the Senate. The times of meetings shall be published in the catalog.
>
> Special meetings of the University Senate may be called by the President, or by the Secretary at the request of at least twenty-five percent of the members. Such request, with signatures, shall be presented in writing to the Secretary. The call for a special meeting shall be issued at least a week in advance of the meeting and shall state the purpose of the meeting.
>
> On the request of any member of the Senate, if supported by four colleagues, a record vote shall be taken. These record votes shall be made a part of the minutes.

**F. Minutes and Reports**

> Copies of the minutes of the meetings of the University Senate shall be filed, one in the President's Office, one with the Provost and Executive Vice President for Academic Affairs, one with each of the Vice Presidents, one in the Registrar's Office, one in the University Library and one in the University Archives. The University Archives shall be the central place for filing actions of the University Senate, and the University Archives' copy shall be the official copy. Copies of the minutes shall also be mailed to members of the Senate, upon request to all members of the staff on the Storrs campus and at the regional

campuses with the rank of instructor or above, and to a selected list of administrative officers.

## G. Committees

The Senate Executive Committee shall consist of eight faculty members, one professional staff member and one student member. The faculty and professional staff members shall be elected by the Senate from among the elected members of the Senate who are not primarily administrators. The student member shall be elected from among and by the student members of the Senate. Department heads and directors are not regarded as primarily administrators. Elections shall follow the annual election of such members, and shall normally take place in April. For faculty and professional staff members, a term of service on the Executive Committee shall begin on July 1 and shall be for three years. The term of membership in the Senate of a faculty or professional staff representative elected to the Executive Committee shall be automatically extended, if necessary, to be coterminal. For the student member, the term of service shall be one year, renewable to a maximum of three consecutive years. Three of the eight faculty members shall be elected as a class in 1994, two more as a class in 1995 and the remaining three as a class in 1996 and, in each case, at three-year intervals thereafter. The professional staff member shall be elected in 1995 and at three-year intervals thereafter. No school or college shall have more than one faculty representative in any class, except the College of Liberal Arts and Sciences which may have as many as two representatives in any class but not more than a total of four members at any time and no other school or college may have more than a total of two members at any time. No faculty or professional staff senator shall be eligible for immediate re-election to the Executive Committee. A vacancy shall be filled by election for the duration of the vacancy. After the annual election, the Senate shall elect one of the nine faculty and professional staff members to serve as Chair of the Executive Committee for a one-year term which may be renewed. The Senate Executive Committee is responsible for organizing and coordinating the business of the Senate and of Senate committees. To this end it shall maintain a clerical staff and an office. It shall distribute an agenda for each Senate meeting to the faculty and professional staff at least five days before the meeting. (Items of an extraordinary nature may be considered at a Senate meeting which have not been included in the agenda for that meeting.) It shall receive the reports of Senate committees before they are forwarded to the Senate. It also shall be available to be consulted as the voice of the Senate, especially in reference to resolutions of the Senate which are designed to be

transmitted ultimately to the Board of Trustees. Its members shall also constitute the faculty membership of the Trustee-Administration-Faculty-Student Committee.

The Committee of Three, which functions in faculty dismissal and grievance procedures, is to be constituted as follows: Each spring, after the Senate elections for faculty are completed, the Executive Committee will distribute to Senate members a first ballot with the names of newly elected faculty members (excluding those who have the administrative titles of department head or higher). A second ballot with the names of the two Senators receiving the highest number of votes will then be distributed to the members of the Senate. The Senator receiving a majority of the votes cast will be a member of the Committee of Three until the end of his or her term. Whenever a vacancy shall occur in the membership of the Committee of Three, the Senate shall elect in the same manner from the faculty group in which the vacancy exists, and the Senate may in a similar fashion elect a substitute for a member of the Committee of Three to serve while such member is absent from the campus, with, in case of emergency, the remaining members of the committee being authorized with the approval of the Senate Executive Committee to fill the position until the election is completed. [3]

The Senate may appoint and define the duties of such standing or special committees as it desires. The Provost and Executive Vice President for Academic Affairs shall be *ex officio* a member of all standing committees.

Each standing committee shall keep an accurate typewritten record of its proceedings and shall file copies thereof with the Senate Executive Committee to be forwarded to the appropriate offices. Reports shall be presented to the University Senate as often as the amount and nature of business warrants, and at least annually.

Special committees shall be considered as discharged, without formal vote, when their final reports have been received by the Senate.

## ARTICLE XI – The Schools and Colleges

### A. Membership

With the exception of the Graduate School, the faculty of each school or college shall consist of the President, the Provost and Executive Vice President for Academic Affairs or the Executive Vice President for Health Affairs, dean of the school or college, and all full-time professors, associate professors, assistant professors, and instructors belonging to departments administratively organized in the school or college, and others who are appointed by the Provost and Executive Vice President

for Academic Affairs or the Executive Vice President for Health Affairs, either as voting members of the faculty or as associates and consultants without voting rights. The faculty of the Graduate School shall include the President, the Provost and Executive Vice President for Academic Affairs, the Executive Vice President for Health Affairs, the Dean of the Graduate School, and all members of the University staff appointed as graduate advisors by the Provost and Executive Vice President for Academic Affairs and the Executive Vice President for Health Affairs.

**B. Functions**

Staffs with definite legislative powers are organized and held responsible for carrying out effectively certain major functions. The several schools and colleges represent organized responsibility for carrying out these functions.

It is the function of each school or college:

1. To enforce the rules and regulations of the University Senate as they apply.

2. To set up and administer curriculum and degree requirements appropriate to its responsibility, for its own students; standards less rigid or less specific than those established by the University Senate for the University as a whole may not be set up, but by vote of the faculty, standards more rigid or more specific than those outlined for the University as a whole may be imposed.

3. To administer courses established by the Senate that serve to meet the curriculum requirements of the Senate, as appropriate, and to establish and administer other courses in fields appropriate to the school or college, provided that all courses open to freshmen and sophomores are approved by the Senate.

4. To set up admission requirements in line with the purpose and responsibility of the school or college.

5. To set up and administer curriculum and degree requirements appropriate to its mission, with particular reference to the junior and senior years and graduate programs as appropriate, and to suggest basic and prerequisite courses for the freshman and sophomore years and graduate programs, as appropriate. A degree program in a particular major at a campus of the University of Connecticut must be approved by the appropriate faculty and dean of a school or college. To gain such approval, the campus must ordinarily offer, over a two year period, a collection of courses at the 200's level which is sufficient for students to complete that major.

6. To submit to the President for transmittal to the Board of Trustees the names of its students who have completed graduation requirements.

7. To plan and execute programs of research and service in line with the general policy of the University and the available staff and facilities.

8. To study the scholastic, professional, and general progress of its students and assist them in vocational and educational planning and placement.

9. To maintain adequate records and reports on students, staff, programs and services, and budget.

10. To integrate its program with the general program of the University and to foster effective coordination of effort.

11. To secure the safety and proper inventory of all University property assigned to it for instructional, research, or service purposes.

In addition to the above functions, as appropriate, the function of the Graduate School is to facilitate graduate education and research at the University. It administers, promotes, and reviews all University postbaccalaureate educational programs and the curricular components contained therein, with the exceptions of programs in Law, Medicine, Dental Medicine, and the Sixth-year Professional Diploma in Education. It serves as the primary advocate for the University's research mission by creating opportunities for research and fostering the scholarly basis for new and continuing research efforts.

**C. Officers**

The Provost and Executive Vice President for Academic Affairs or the Executive Vice President for Health Affairs shall preside at meetings of the faculties of the several schools and colleges.

In the absence of the Provost and Executive Vice President for Academic Affairs or the Executive Vice President for Health Affairs, the dean of the school or college concerned shall preside, or, if the dean prefers, the faculty may elect a presiding officer.

The dean of each school or college shall be its executive officer. The dean shall be responsible to the Provost and Executive Vice President for Academic Affairs or the Executive Vice President for Health Affairs for the work and proper administration of the school or college.

With the exception of the Graduate School, each school or college shall elect annually a secretary who will call the meeting to order in the absence of the Provost and Executive Vice President for Academic Affairs or the Executive Vice President for Health Affairs, and the dean. For the Graduate School, the Secretary shall be appointed according to the Graduate School Bylaws.

**D. Meetings**

Meetings of the schools and colleges shall be held regularly at times to be fixed by the Provost and Executive Vice President for Academic Affairs or the Executive Vice President for Health Affairs, on advice of the school or college.

Special meetings of the several schools and colleges may be called by

the Provost and Executive Vice President for Academic Affairs or the Executive Vice President for Health Affairs; or by the secretary, at the request of at least twenty-five percent of the voting members. Such request, with signatures, shall be presented in writing to the secretary. The call for a special meeting shall be issued at least a week in advance of the meeting and shall state the purpose of the meeting.

### E. Minutes and Reports

Copies of the minutes of the meetings of the several schools and colleges shall be filed, one in the President's office, one with the Provost and Executive Vice President for Academic Affairs or the Executive Vice President for Health Affairs, one with the dean of the school or college concerned, one in the Registrar's Office, and one in the University Archives. The University Archives shall be the central place for filing actions of all faculties, and the University Archives' copy shall be the official copy. The Provost and Executive Vice President for Academic Affairs or the Executive Vice President for Health Affairs shall communicate in writing to the secretaries of the various schools and colleges and of the University Senate, insofar as they are mutually concerned, such actions of policy by these bodies as will, if reported, promote the understanding, integration, and coordination of the educational program of the University.

### F. Committees

*1. Standing Committees*

Except for the Graduate School, the President, the Provost and Executive Vice President for Academic Affairs, and the Executive Vice President for Health Affairs shall appoint and define the duties of standing committees. For the Graduate School, the standing committees are defined and created according to the Graduate School Bylaws.

The Provost and Executive Vice President for Academic Affairs or the Executive Vice President for Health Affairs, and the dean of the school or college concerned shall be *ex officio* members of all standing committees.

Each standing committee shall keep an accurate typewritten record of its proceedings and shall file copies thereof with the President, the Provost and Executive Vice President for Academic Affairs or the Executive Vice President for Health Affairs, the Registrar, the University Archives, and the dean of the appropriate school or college. Reports shall be presented to the appropriate school or college as often as the amount and nature of business warrants, and at least annually. A condensed report may be made

at the discretion of the committee chairman unless a full report is requested.

*2. Special Committees*

Special committees may be set up by the President, the Provost and Executive Vice President for Academic Affairs or the Executive Vice President for Health Affairs, the deans of schools and colleges, or the faculties of schools and colleges at any time. The members of special committees in the several schools and colleges shall be selected by the appropriate dean unless the faculty specifies some other means of selection.

All special committees shall report to the authority which initiated their appointment and shall be considered as discharged, without formal vote, when their final reports have been made.

**ARTICLE XII – The Divisions**

*1. Membership*

Each division shall consist of an executive officer and a staff of assistants**.** Except for a division which is directly responsible to the President each executive officer shall be responsible to the Provost and Executive Vice President for Academic Affairs or the Executive Vice President for Health Affairs or Vice Presidents for the work and proper administration of the division, including the hiring of professional personnel.

*2. Minutes and Reports*

Each executive officer shall keep adequate records of all personnel, programs, and budgets of the division and shall submit such reports as are required.

*3. Committees*

Each executive officer shall have an advisory committee appointed by the President or the Provost and Executive Vice President for Academic Affairs or the Executive Vice President for Health Affairs or Vice Presidents**.** Such committees shall report annually to the Senate for information. These committees are advisory to the executive officers of the divisions, and not to the Senate, nor are they responsible to the Senate.

Special committees shall be established by the President or the Provost and Executive Vice President for Academic Affairs or Executive Vice President for Health Affairs or appropriate Vice President or the executive officers as required.

*4. Functions*

The divisions as administrative units are non-legislative in character and do not administer curricula or determine course offerings. They are units whose programs and services cross-section the University.

It is the function of each division (a) to integrate its program with the general program of the University and to foster effective coordination of effort, and (b) to secure the safety and proper inventory of all University property assigned to it for instructional, research, or service purposes.

## ARTICLE XIII – The Institutes and Centers in University Affairs

### A. Membership

Each institute and center shall consist of a director, affiliated faculty, and possible classified and professional staff support. The director will be appointed by the dean to which the unit reports, in consultation with the Provost and Executive Vice President for Academic Affairs. Each director shall be responsible for appointing classified and professional staff. Tenure for faculty continues to be granted through academic departments/schools of the University.

### B. Functions

A center or institute provides a venue for activities (research, service or outreach) which cannot flourish within existing academic structures. Its purpose must be congruent with the goals of the institution and capable of enhancing the achievement of these goals more efficiently than existing departments.

### C. Reports

Each institute or center must have clear lines of responsibility, usually through a dean to the Provost and Executive Vice President for Academic Affairs. Centers may be primarily responsible to a department head, if department heads of affiliated faculty and the relevant dean approve. Externally sponsored activities (e.g., research/training grants, donations/gifts, fees for services and contracts and letters of agreement) of institutes and centers must have prior approval from the responsible administrative officers.

All centers and institutes will be reviewed on a five-year cycle to determine their continued contribution to the University's mission. Each year, as part of the Annual Report process, a list of those centers and institutes which have received 3 or more years of external support equivalent to one-half a professional position, or receive the equivalent of more than one-half a professional position from the University, will

be provided to the Provost and Executive Vice President for Academic Affairs by the deans. He or she will routinely inform the Board of the establishment of significant centers and institutes.

## ARTICLE XIV – The Departments

**A. Membership**

Each department faculty shall consist of all members of its professional staff including resident instructors at the Storrs and Regional campuses, extension, and experiment station workers. Each faculty member is assigned to a position at a primary campus and when granted tenure, is tenured throughout the University. Should the primary campus cease to exist or a tenured faculty member's program terminate at the primary campus, the faculty member would be assigned to another campus with that program.

**B. Functions**

The departments are organized in terms of subject matter areas. They bear definite cross-relationship, but their organization into distinct administrative units is intended to assure that the attention of small groups of faculty members will be centered on the problems of teaching, planning, research, and service in these areas.

It is the function of each department:

1. To develop an educational program designed to meet the needs of the students in the various schools and colleges and of other individuals and groups served by the instructional, research, and service programs.

2. To study and employ ways and means of making its instructional work more effective.

3. To recommend to the faculty of the school or college within which it is organized changes intended to improve the work of the department.

4. To secure the safety and proper inventory of all University property assigned to it for instructional, research or service purposes.

5. To integrate its program with the general program of the University and to foster effective coordination of effort.

**C. Officers**

Each Storrs-based department shall have an executive officer, the head who shall represent his or her department and who shall report to the dean of the school or college within which the department is organized. A head shall not serve more than two consecutive terms unless the majority of his or her department recommends otherwise.

Each department shall have a secretary.

**D. Meetings**

Each department shall meet as often as is necessary to keep the work of the department adjusted to University needs and the staff informed and cooperative as to purposes, problems, programs, and general division of labor.

Meetings of the department may be called by the head of the department, the dean of the school or college within which the department is organized, or the Provost and Executive Vice President for Academic Affairs or the Executive Vice President for Health Affairs.

## ARTICLE XV – The University Staff

**A.** Members of units and other individuals reporting to the President shall be appointed by the President. All other members of the faculty and professional staff shall be appointed by the Provost and Executive Vice President for Academic Affairs or the Executive Vice President for Health Affairs. Continuous tenure shall not be granted except by vote of the Board of Trustees.

Termination for cause of a continuous appointment or the dismissal for cause of a faculty member previous to the expiration of a term appointment shall be made only by the affirmative vote of at least eleven members of the Board of Trustees.

**B.** The policies and practices in this section and the following sections C. through H. relating to academic freedom and tenure of professional members of the staff apply to all members of the professional staff of the University, with the exception that, concerning tenure, the Provost and Executive Vice President for Academic Affairs or the Executive Vice President for Health Affairs shall recommend to the Board of Trustees the categories of the professional staff to which the regulations concerning academic tenure apply. The Provost and Executive Vice President for Academic Affairs shall consult with the University Senate before making such recommendation to the Board of Trustees. Regulations and policies pertaining to the professional staff in positions leading to tenure, or to staff members with tenure, do not apply to professional staff members not in those categories. No professional staff member who has not attained tenure by vote of the Board of Trustees, as set forth herein, shall have a claim that he or she has tenure.

1. All members of the faculty, whether tenured or not, are entitled to academic freedom set forth in the 1940 Statement of Principles on Academic Freedom and Tenure formulated by the Association of American Colleges and the American Association of University Professors. The faculty member is entitled to full freedom in research and in the publication of the results, subject to the adequate performance of his or her other academic duties, but research for pecuniary return should be based upon an understanding with the authorities of the University.

2. The faculty member is entitled to freedom in the classroom in treating his or her subject and in conducting a class. The faculty members should not contravene the free speech and academic freedom of other members of the professional staff, nor impede teachers, other members of the professional staff, or students, in their central tasks of teaching, research, and learning.

3. The faculty member is a citizen, a member of a learned profession, and an officer of an educational institution. When the faculty member speaks or writes as a citizen, he or she should be free from institutional censorship or discipline, but the faculty member's special position in the community imposes special obligations. As a person of learning and an educational officer, he or she should remember that the public may judge the faculty member's profession and the University by his or her utterances. Hence, he or she should at all times be accurate, should exercise appropriate restraint, should show respect for the opinions of others, and should make every effort to indicate that he or she does not speak for the institution.

4. Membership in the academic community imposes on students, faculty members, administrators, and trustees an obligation to respect the dignity of others, to acknowledge their right to express differing opinions, and to foster and defend intellectual honesty, freedom of inquiry and instruction, and free expression on and off the campus. The expression of dissent and the attempt to produce change, therefore, may not be carried out in ways which injure individuals or damage institutional facilities or disrupt the classes of one's teachers or colleagues. Speakers on campus must not only be protected from violence, but given an opportunity to be heard. Those who seek to call attention to grievances must not do so in ways that significantly impede the functions of the institution.

Students are entitled to an atmosphere conducive to learning and to even-handed treatment in all aspects of the teacher-student relationship. Faculty members may not refuse to enroll or teach students on the grounds of their beliefs or the possible uses to which they may put the knowledge to be gained in a course. The student should not be forced by the authority inherent in the instructional role to make particular personal choices as to political action or the student's own part in society. Evaluation of students and the award of credit must be based on academic performance professionally judged and not on matters irrelevant to that performance, whether personality, race, religion, degree of political activism, or personal beliefs.

It is a teacher's mastery of his or her subject and the teacher's own scholarship which entitle him or her to the classroom and to freedom in the presentation of his or her own subject. Thus, it is

improper for an instructor persistently to intrude material which has no relation to his or her subject, or to fail to present the subject matter of the course as announced to the students and as approved by the faculty in their collective responsibility for the curriculum.

Because academic freedom has traditionally included the instructor's full freedom as a citizen, most faculty members face no insoluble conflicts between the claims of politics, social action, and conscience, on the one hand, and the claims and expectations of their students, colleagues, and institutions, on the other. If such conflicts become acute, and the instructor's attention to his or her obligations as a citizen and moral agent precludes the fulfillment of substantial academic obligations, the instructor cannot escape the responsibility of that choice, but should either request a leave of absence or resign his or her academic position.

5. The University, in fulfilling an essential function as a forum for the free expression of ideas, shall endeavor to preserve and facilitate the full enjoyment of constitutionally protected civil liberties.

Members of the professional staff shall have equal opportunity in their employment regardless of sex, race, religion, national origin or handicap. The highest standards shall be sought in the protection of all forms of freedom of thought, expression, association, and peaceful assembly. In the exercise of these civil liberties the members of the professional staff are obliged to protect the same rights of others and to bear in mind their respective obligations to their profession and to the University.

## C. Academic Appointment and Tenure [4]

1. The terms and conditions of every appointment to the faculty will be stated or confirmed in writing, and a copy of the appointment document will be supplied to the faculty member. Any subsequent extensions or modifications of an appointment, and any special understandings, or any notices incumbent upon either party to provide, will be stated or confirmed in writing and a copy will be given to the faculty member.

2. With the exception of special appointments clearly limited to a temporary association with the institution, all full-time appointments to the rank of instructor or higher are of two kinds: (1) probationary appointments; (2) appointments with continuous tenure.

3. Except for faculty members who have tenure status, every person with a teaching or research appointment of any kind will be informed each year in writing of the terms of his or her appointment.

4. Beginning with appointment to the rank of full-time instructor or equivalent

or a higher rank, the probationary period shall not exceed seven years, including within this period full-time service in all institutions of higher education except when the original appointment is in January. Then the probationary period shall not exceed seven and one-half years. Subject to the proviso that when, after a term of probationary service of more than three years in one or more other institutions, a faculty member is called to the University, it may be agreed in writing that his or her appointment is for a probationary period of not more than four years, even though thereby the person's total probationary period in the academic profession is extended beyond the normal maximum of seven years. The University ordinarily requires of all new appointees a probationary period of at least one year in this institution; but continuous tenure may be granted at any time thereafter and before the expiration of the maximum probationary period by vote of the Board of Trustees. In appropriate circumstances, tenure may be granted by the Board of Trustees upon arrival at the University at the rank of Professor, and, in special circumstances, at the rank of Associate Professor. After the expiration of a probationary period, faculty members shall have continuous tenure, and their services shall be terminated only for adequate cause, or under extraordinary circumstances of financial exigencies. During the probationary period, the faculty member shall have the academic freedom that tenured members of the faculty have. Ordinarily, a leave with or without pay awarded for the purpose of pursuing scholarly research activities shall be included in the probationary period toward tenure. A leave for personal or other reasons ordinarily will not be so included; at the written request of the faculty member and with the written agreement of the department head, dean and the Provost and Executive Vice President for Academic Affairs or the Executive Vice President for Health Affairs, a leave for personal or other reasons may be counted toward the probationary period. All conditions of leaves and associated agreements must be specified in writing.

5. Regardless of the stated term or other provisions of any appointments, written notice that a probationary appointment is not to be renewed will be given to the faculty member in advance of the expiration of his or her appointment, as follows: (1) Not later than March 15 of the first academic year of service, if the appointment expires at the end of that year; or, if a one-year appointment does not coincide with an academic year, at least three months in advance of its termination; (2) not later than December 15 of the second academic year of service, if the appointment expires at the end of that year; or, if an initial two-year appointment terminates during an academic year, at least six months in advance of its termination; (3) at least twelve months before the expiration of an appointment after two or more years of service at the institution. The institution will normally notify faculty members of their

renewals by March 31.

### D. Resignation of a Faculty Member

A faculty member may resign effective at the end of an academic year, provided that he or she gives notice in writing at the earliest opportunity, but not later than May 15, or 30 days after receiving notification of the terms of his or her appointment for the coming year, whichever date occurs later. The faculty member may properly request a waiver of this requirement of notice in case of hardship or in a situation where he or she would otherwise be denied substantial professional advancement or other opportunity.

### E. Termination of Appointments by the Institution

1. Dismissal, defined as termination of an appointment with continuous tenure, or of a special or probationary appointment before the end of the specified term, may be effected by the institution only for adequate cause. Termination of a special or probationary appointment at the end of the specified term shall not be defined as dismissal.

2. If termination takes the form of a dismissal, it will be pursuant to the procedure specified in Section F, below.

3. Where termination of appointment is based upon financial exigency, or bona fide discontinuance of a program or department of instruction, Section F will not apply, but faculty members shall be able to have the issues reviewed under the grievance procedure as provided in Section Q. In every case of financial exigency or discontinuance of a program or department of instruction, a tenured faculty member concerned will be given notice as soon as possible, and never less than 12 months' notice, or in lieu thereof he or she will be given severance salary for 12 months. Before terminating a tenured or probationary appointment because of the abandonment of a program or department of instruction, the University will make every effort to place affected faculty members in other suitable positions. If a tenured or probationary appointment is terminated because of financial exigency, or because of the discontinuance of a program of instruction, the released faculty member's place will not be filled by a replacement within a period of two years from the date of termination unless the released faculty member has been offered reappointment and a reasonable time within which to accept or decline it.

### F. Dismissal Procedures

1. Adequate cause for dismissal will be related directly and substantially to the fitness of the faculty member in his or her professional capacity as described in Section B. Dismissal procedures will not be used to restrain faculty members in the exercise of their academic freedom or their rights as citizens.

2. (a) If circumstances arise that, on their face, cause the Provost and Executive Vice President for Academic Affairs or the Executive Vice President for Health

Affairs to anticipate the reasonable possibility of dismissal being recommended for a faculty member with continuous tenure, or with a special or probationary appointment before the end of the specified term, the appropriate administrative officer (usually the Provost and Executive Vice President for Academic Affairs or the Executive Vice President for Health Affairs or his or her representative) will initiate discussion of the matter with the faculty member, looking towards a mutually acceptable settlement. (b) If such settlement is not reached the question will be referred to the Committee of Three within 14 days[5] of the invitation of the administration to the faculty member to discuss the matter. The Committee of Three will proceed to an informal inquiry, including further attempts at conciliation. The Committee shall report to the Provost and Executive Vice President for Academic Affairs or the Executive Vice President for Health Affairs within 14 days from the date it enters the case its recommendations based on the results of its inquiry and efforts toward conciliation. (c) If continued action seems to the Provost and Executive Vice President for Academic Affairs or the Executive Vice President for Health Affairs to be warranted, then he or she or his or her representative, taking into account the report of the Committee of Three, shall frame with reasonable particularity a statement of charges. The statement will then be provided to the concerned faculty member within 14 days after the Provost and Executive Vice President for Academic Affairs or the Executive Vice President for Health Affairs receives the recommendations of the Committee of Three.

3. A dismissal, as defined in Section E.1., must be preceded by the sequence of steps outlined in F.2., culminating in the statement of charges provided for in F.2.c. Both the individual concerned and the Provost and Executive Vice President for Academic Affairs or the Executive Vice President for Health Affairs will have the right to have the matter heard by a committee of five. In order to exercise this right, the faculty member, or the Provost and Executive Vice President for Academic Affairs or the Executive Vice President for Health Affairs, within 7 days of the faculty member's receipt of the statement of charges must request the Committee of Three to form a hearing committee. The essential functions of the hearing committee are to assemble and review pertinent information and to make appropriate recommendations. In constituting a hearing committee, the Committee of Three shall choose a panel of nine members of the faculty from which either party, within 5 days of notification of the panel, may strike not more than two names. In the event that more than five names remain after the completion of this process, the Committee of Three shall select five to serve as the hearing committee. The hearing committee shall, within 7 days after its appointment, select its own presiding officer and immediately notify the Provost and Executive Vice President for Academic Affairs or the Executive Vice President for Health

Affairs and the Committee of Three of the name of the presiding officer and the date of selection. If the hearing committee wishes to retain independent counsel, prior approval of the Attorney General of the State of Connecticut is necessary. The University will bear any costs of the hearing procedure, except that the individual concerned will be responsible for any fees he or she incurs for counsel, expert witnesses, and other defense expenses, and for the expense of any witness provided for the individual by the University.

a. Within 7 days of the selection of a presiding officer for the hearing committee, written notice of specific charges will be served. The faculty member may respond to the charges in writing within 7 days. The date for the hearing shall not be set until the faculty member has responded, or the time limit for such response has expired. If the faculty member denies the charge against him or her or asserts the charges do not support a finding of adequate cause, or waives his/her right to appear, or refuses to participate in the hearing in person or in writing, the hearing committee will evaluate all available evidence, and rest its recommendation upon the evidence in the record.

b. Since the hearing deals with personnel matters, it shall be closed unless the faculty member requires in writing that it be open.

c. During the hearing the faculty member will be permitted to be represented by or to have with him or her an academic adviser and/or legal counsel of his or her own choosing. The Provost and Executive Vice President for Academic Affairs or the Executive Vice President for Health Affairs may be accompanied by or represented at the hearing by a delegate and/or legal counsel of his or her own choosing.

d. At the request of either party or the hearing committee, representatives of professional organizations shall be permitted to attend the hearing as observers.

e. A verbatim record of the hearing or hearings will be taken and a typewritten copy or legible facsimile thereof will be made available without cost to the faculty member and to the hearing committee. The requirement of a verbatim record may be waived by mutual consent of the hearing committee and both parties.

f. The burden of proof that adequate cause exists rests with the institution, and shall be satisfied only by clear and convincing evidence in the record considered as a whole.

g. The faculty member will be afforded an opportunity to obtain necessary witnesses and documentary or other evidence, and the administration of the institution will, insofar as it is possible for it to do so, secure the cooperation of such witnesses and make available necessary documents and other evidence within its control.

h. The hearing committee may grant adjournment to enable either party to investigate evidence as to which a valid claim of surprise is made.

i. The faculty member and the administration will have the right to confront and cross-examine all witnesses. Where the witness cannot or will not appear, but the committee determines that the interest of justice require admission of his or her statement, the committee will identify the witness, disclose his or her statement, and if possible, provide for written interrogation.

j. In the hearing of charges of incompetence, the testimony shall include that of qualified faculty members from this or other institutions of higher education.

k. The hearing committee will not be bound by strict rules of legal evidence, and may admit any evidence which is of probative value in determining the issues involved. Every reasonable effort will be made to obtain the most reliable evidence available.

l. The findings of fact and the decision will be based solely on the hearing record.

m. Except for such simple announcements as may be required covering the time of hearing and similar matters, public statements and publicity about the case by the hearing committee, the faculty member, and the administrative officers will be avoided until the proceedings have been completed, including consideration by the Board of Trustees. The Provost and Executive Vice President for Academic Affairs or the Executive Vice President for Health Affairs and the faculty member will be notified of the recommendation in writing and will be given a copy of the record of the hearing.

4. The hearing committee shall report to the President within 30 days after the selection of its presiding officer. The committee may conclude, and shall report to the President, that the conduct with which the faculty member is charged (a) merits dismissal or (b) does not merit dismissal. If the committee concludes that the conduct does merit dismissal, but that there are circumstances that warrant clemency, it will so recommend, with supporting reasons. If the committee concludes that the conduct does not merit dismissal, (a) it may recommend that the conduct does not merit any disciplinary action or (b) it may recommend a penalty short of dismissal. If the President does not accept the recommendation of the hearing committee, he or she will state the reasons therefor to the hearing committee and to the faculty member within 14 days after receiving the report of the hearing committee. The hearing committee shall, within 14 days, prepare a rejoinder or notify the President that it intends no rejoinder. The President shall within 10 days notify the faculty member, the hearing committee, and the Committee of Three of his or her decision in the case, together with reasons therefor if he or she does impose a penalty. The President shall report to the next meeting of the Board of Trustees any action taken by him or her in response to the report of a hearing committee. If dismissal or other penalty is invoked, the faculty member may within 30 days request the President to notify the Board of Trustees that the faculty member

wishes to appeal the decision. The President shall then within 10 days transmit to the Board the record of the case. In such an event, the Board's review will be based on the record of the committee hearing and the correspondence between the hearing committee and the President after the hearing committee makes its recommendation. This review will provide opportunity for argument, oral or written or both, by the principals at the hearing or by their representatives. Such a review must be scheduled within 21 days of the date on which the Board members are supplied with the record. Since the review deals with personnel matters, it will be closed unless the faculty member requires in writing that it be open. If the Board disagrees with the recommendations of the hearing committee, it will so notify the committee with specific objections. Taking into account the stated objections, and receiving new evidence if necessary, the committee will then reply to the Board within 10 days. The Board will make a final decision only after study of the committee's reply.

5. Expeditious completion of these procedures is in the best interests of all parties concerned. The time limits specified are maxima. The Committee of Three may, upon request, extend, for cause, any of the foregoing time limits.

**G. Suspensions**

    Until the final decision on dismissal has been reached, the faculty member may be suspended, or assigned to other duties in lieu of suspension, only if immediate harm to himself or herself or others is threatened by his or her continuance. Before suspending a faculty member, pending an ultimate determination of his status, the administration will consult the Committee of Three. Suspension is appropriate only pending a hearing; a suspension which is intended to be final is a dismissal, and will be dealt with as such. Salary will continue during the period of suspension.

**H. Terminal Salary**

    Faculty members on continuous appointment who are dismissed for reasons not involving moral turpitude will receive their salaries for at least a year from the date of notification of dismissal, whether or not they are continued in their duties at the University. Faculty members on probationary appointment will receive their salaries to the end of the current year.

**I. Retirement**

1. A faculty member's decision to retire is understood to be an individual one, but in the interests of continuity and proper academic planning, it is expected that the faculty member will give notice of his or her plans at lease a year in advance.

2. Since it is in the interest of the University and the public that emeriti, as defined in paragraph 5, continue their scholarly activities, the University

encourages the maintenance of informal and scholarly contacts between emeriti and their active colleagues and will endeavor to provide working space, equipment, library facilities, and the like to all who can demonstrate reasonable need. Such support will be contingent upon availability of resources at the time. Deans and department heads, where appropriate, will seek to enlist the services of emeriti in professional activities such as lecturing, serving on academic committees, and advising students.

3. The President will annually hold an appropriate event to honor non-faculty professional staff with at least fifteen years service to the University and all retiring faculty. The President will present a certificate of service and such other marks of recognition as he or she may deem suitable. Those honored each year will be those with retirement dates on October 1 of that year or during the year preceding October. Their names will appear in the program for the Commencement held during that year. Especially distinguished retirees will be honored by appropriate special recognition by the University.

4. There shall be a standing committee on retirement of members of the professional staff. Whenever a member of the professional staff applies for retirement, the committee will be notified of the fact. The committee will then gather together whatever evidence it feels necessary to formulate a recommendation to the President as to whether the retiring staff member should be given special recognition by the University or whether any such recognition should be left to the individual school or college. In most cases, the committee will recommend that the matter of recognition be left to the individual school or college.

5. Any member of the faculty, who at the time of retirement is at the University of Connecticut and retires under the provisions of the State Retirement Act or the Alternate Retirement Plan, may by vote of the Board of Trustees become an emeritus member of the faculty provided that one of the following conditions is met:

a. The faculty member has served at least 25 years at collegiate institutions including at least five years at the University of Connecticut.

b. The faculty member has attained the rank of full professor at the University of Connecticut.

> Faculty not meeting either condition may become emeriti by vote of the Board of Trustees following recommendation of the President and University of Connecticut Faculty Retirement Committee. Other professional staff are also eligible for this designation following recommendation of the President and the University of Connecticut Retirement Committee.

**J. Policies and Procedures Relating to Rank, Salary, and Advancement**

1. A University exists for the twofold purpose of teaching and research–the