dissemination of knowledge and the extension of the boundaries of the known. Though it must have buildings and equipment, wise administrators, and earnest and intelligent students, it is obvious that its purpose cannot be accomplished unless its teachers are without exception competent, and in as many cases as possible, distinguished to a greater or less degree.

The policies of the University in respect to rank, salary, and advancement of teachers evidently have an important bearing on its success. Along with favorable working and housing conditions, a reasonable teaching load, a stimulating intellectual climate, the assurance of academic freedom and tenure and a liberal retirement system, they make it possible to attract and retain desirable teachers, despite the competition of other comparable colleges and universities and of non-academic employers. These policies are therefore established and carried out primarily to enable the University to fulfill its function. If through shortsightedness or lack of funds it falls below accepted standards in its financial relations with its teachers, it cannot increase nor even hope to maintain its value to society.

A teacher's salary is in large part a payment for services rendered, determined at their current value. However, except for those who have reached the climax of their careers, it includes an additional element which is an investment by the University in the potentialities of the teacher. As members of a learned profession, teachers may be expected to be conscious of their responsibility to themselves, to the University, and to society. They cannot fulfill their responsibility without continuing, throughout their active lives, to invest a part of their time, energy, and money in their own intellectual growth. Adequate salaries will permit the assumption of the expenses of travel and study and other professional and cultural activities, will relieve teachers of the drain on their time caused by the performance of routine tasks beyond the demands of exercise and recreation, and will provide in other respects an appropriate standard of living. Inadequate salaries are contrary to the interest of the University, because they curtail faculty development, or force faculty to supplement earnings at the expense of the time needed for study, thought, and research–and may, of course, even involve the loss of valuable staff members.

Policies for promotion should operate to advance the most promising, and to hold back, or, in accordance with established practices regarding tenure, to eliminate the incompetent and the

mediocre. They should give careful consideration both to current performance and to future promise, and should convey an assurance of impartiality by recognizing and rewarding accomplishment and by maintaining opportunities for advancement. To do this they must be based on merit, determined on the broadest possible basis, and must not be matters of routine or mere seniority.

The value of a teacher to the University results from the possession of a number of different qualities. In enumerating certain of these, it is not intended to formulate a rigid set of standards, nor to require that all teachers attain a stated minimum in each of the items. The value of each person is rather to be judged by considering both his or her strong and weak points so as to arrive at an estimate of his or her total contribution. No fixed numerical weighting can be prescribed, though greater emphasis should be placed on scholarship, teaching ability, and activity in research than on other characteristics.

Tenure and promotion in the professorial ranks will be granted only to persons of outstanding achievement. Specific evidence of superior performance in scholarship and in teaching is of primary importance. As a minimum standard for tenure and/or promotion there must be evidence of strong performance in both scholarship and teaching and superior achievement in at least one of these areas. In addition, other contributions to the University will be considered. In individual cases where it is demonstrated that there has been meritorious professional service through which the faculty member has achieved distinction in the profession, such service may also receive significant weight.

*2. Qualities desired in teachers of all ranks*

All candidates for appointment and promotion, as well as all other teachers, are expected to show satisfactory attainment and continuous growth in the following qualities, though in varying degrees and in different proportions. The teacher's accomplishment in each should be evaluated on every occasion when advancement in salary or rank is being considered, and particular care must be exercised when it is proposed to terminate the probationary period by placing him or her on permanent tenure or otherwise.

a. Professional competence in the field of his or her specialization, as evidenced initially by the record of his or her training and scholastic achievement, and later by the opinion of professional colleagues here and elsewhere; and in

certain fields by the execution of professional commissions, the giving of expert testimony, and the like; or by the holding of a license for professional practice, where licensing has been established.

b. Teaching ability and performance, beginning with the capacity to excite interest and evoke response in students, to broaden their outlook, to impart knowledge, to see and convey relationships, to encourage the faculty of criticism, and to stimulate a sense of inquiry. The educational role of the faculty member is not confined to the classroom. It should include willing skillful attention to the individual student who can profit from additional help in the mastery of a course to which the teacher is assigned. Also important is the role of academic advisor, in which a good teacher will encourage students to gain as much as possible from the educational resources of the University, and will guide the student to the proper selection of courses consistent with his or her academic and life goals.

c. Research and such other scholarly activity as gives evidence of the effective utilization and continuing development of his or her natural endowment. This will ordinarily eventuate in publications, lectures, or papers at professional meetings, and should in any case be reflected in the vitality of the person's teaching. Such activity will take many forms, some of which are:

Study, including reading, laboratory work, and museum work;

Membership and appropriate activity in one or more professional societies;

Writing–creative, critical, analytical, summarizing, or editorial;

Creative work in other fields, such as the arts and engineering;

Research, including both the routine application of known techniques to the accumulation and analysis of new data, and the invaluable gift of making fundamental contributions to knowledge–the former to be expected of many teachers, and the latter to be hoped for in a few.

Creative activity in the arts, and the ability to make research contributions of the second or fundamental kind will be especially noted and rewarded.

Although the three qualities listed above are the ones that should receive the greatest consideration, the following items bearing on professional fitness also should be taken into account, particularly when new appointments are being made and at the end of the probationary period. Ordinarily

these qualities do not offer the same opportunity for continuous development as do those in the first list.

d. Personal attributes; integrity, industry, open-mindedness, objectivity, friendliness, effectiveness in speaking, capacity for leadership and cooperation, breadth of intellectual interests.

e. Concern for the educational, social, and personal welfare of students, such as is demonstrated, for example, by success in counseling.

f. Willingness and ability to assist in the various types of service which a state University renders, in the answering of inquiries, the giving of advice, the conduct of surveys, and the like.

g. Competence in fulfilling responsibilities toward democratic University government, as in department and faculty meetings, committee work, and administrative duties.

h. A sympathetic but discriminating interest in the development of the University, and the assumption of a share of responsibility for the efficient execution of its functions; or, in the case of recent appointees, indication that this interest will develop in due time.

3. In addition to these general desiderata, the following special qualifications will be borne in mind in making appointments or promotions to the several ranks.

*a. Special qualifications for instructors*

1. Training or experience appropriate to the performance of his or her assigned responsibilities. In many cases this will mean the possession of, or evidence of substantial progress toward, the Ph.D. degree, or its equivalent. If a young teacher who does not hold that degree is appointed, the University should in most cases insist that this essential preparation be completed early, and should afford such practical assistance as is reasonable by providing working facilities and by lightening his or her load or granting leave.

2. A consensus on the part of those qualified to judge that the faculty member's training, experience, and interest in his or her subject are appropriate for the performance of the duties to be assigned.

Note: Two years is regarded as the normal length of service in the rank of instructor for those who are qualified for advancement at the end of this period.

For certain types of teaching, it may be more desirable to appoint persons whose qualifications will not ordinarily entitle them to advance into the upper levels of rank and salary. In some fields, for example in the creative arts, the possession of the Ph.D. is not the best criterion of professional competence.

*b. Special qualifications for assistant professors*
1. The possession of the Ph.D. degree, or its equivalent.
2. A record of success in his or her work, based on all obtainable information. This may include the judgment of colleagues, information from students, and occasionally the comparisons of the progress and achievement of his or her students with that of groups of approximately equal ability in the same or similar courses.

> Note: Ordinarily, six years is regarded as the normal length of service in the rank of assistant professor.

3. Ordinarily, those in the rank of assistant professor are not eligible for tenure. Continued reappointment of a person, after it is clear that he or she will not become eligible for permanent tenure, cannot be justified on grounds of immediate convenience.

> In his or her own interest and that of the University, he or she should be released after the customary notice.

*c. Special qualifications for associate professors*
1. Continued growth in the qualities desired in all teachers, especially, evidence that he or she is keeping abreast of the times in method and subject matter, and a consensus among colleagues that the faculty member is making a substantial contribution to the advancement of knowledge in his or her field.

*d. Special qualifications for professors*
1. Service here or elsewhere as an associate professor of at least five years except when there is evidence that he or she is of superior ability as compared with other associate professors.
2. Evidence that he or she is regarded by colleagues within and without the University as a capable, mature teacher, and a recognized scholar.

*4. Procedure*
a. The status of every teacher with regard to salary and rank shall be considered at least once each year. The head of the department shall ordinarily be responsible for seeing that this is done.
b. It is the duty of each department head to conduct a continuing appraisal of the work and potentialities of the people in the department, and by informal consultation to ascertain the views of the other members of the department. It is his or her responsibility not only to give his or her own appraisal but also to transmit that of his or her colleagues within the department. In this connection it should be emphasized that all such evaluations are to be based on the criteria listed above. Recommendations with supporting data shall be sent to the dean of the school or college, and by the dean, with his or her own recommendations, to the Provost and Executive Vice President for Academic Affairs or the Executive Vice President for Health Affairs.

c. Before a teacher is placed on permanent tenure the Provost and Executive Vice President for Academic Affairs or the Executive Vice President for Health Affairs shall appoint at least five teachers to act as advisers, and he or she may follow the same procedure in other cases of proposed advancement, or at the request of a teacher who desires such consideration. These advisers shall normally include representatives both of the candidate's department, and of at least two other departments. The selection of advisers shall be confidential, and those who serve shall, without meeting as a committee, report individually to the Provost and Executive Vice President for Academic Affairs or the Executive Vice President for Health Affairs their answers to such questions as he or she may submit to them. Reports shall be confidential, and record thereof kept in summary form only.

d. The Provost and Executive Vice President for Academic Affairs and the Executive Vice President for Health Affairs should experiment with various plans for ascertaining the judgment of a candidate's colleagues concerning proposed advancement, and should report the results to the Senate for further consideration.

e. The research activities of candidates shall be judged by those who are reasonably competent in the general field, who have read the publications of the candidate, and who are familiar with the progress of his or her unpublished work. Care must be exercised to determine the actual amount and true nature of the work. It will be well not to place undue emphasis upon mere volume of publication.

f. In view of the paramount importance of good teaching, and the difficulty of judging the quality of a teacher's performance, a survey of student opinion may be made at the teacher's request, or when his or her promotion is under consideration. It shall be conducted according to a general plan approved by the University Senate on February 10, 1947 as amended on December 11, 1967 and on April 11, 1977. Caution must be observed to discount mass prejudices, and to avoid overestimating the impressions of the moment, which may well be different from the considered judgment of later years. If the teacher has requested the survey, the general nature of the results shall be communicated to him or her, and this may be done in any case. The results shall also be available to deans and heads of departments, but the actual replies are confidential and shall be destroyed after they have been summarized.

The Provost and Executive Vice President for Academic Affairs and the Executive Vice President for Health Affairs will accept from teachers at any time information about qualifications which they think are apt to be overlooked, and may request such data from teachers.

g. Final action on promotions and increases in salary will be based on all available evidence, and will be taken by the Board of Trustees upon the joint recommendation of the Provost and Executive Vice President for Academic Affairs or the Executive Vice President for Health Affairs, the dean of the college, the department head, and such other officers as may from time to time be charged with this responsibility.

*5. Special Titles*

a. Board of Trustees Distinguished Professor

1. The title "Board of Trustees Distinguished Professor" should be reserved exclusively to recognize faculty who have achieved exceptional distinction in scholarship, teaching and service while at the University of Connecticut.

2. The Board of Trustees Distinguished Professor title will be conferred as a result of a peer review process. The Review Committee will solicit and screen initial nominations. After selecting a list of finalists, the Review Committee will obtain detailed information including materials from external sources and recommend candidates to the Board of Trustees via the Provost.

3. The title may be awarded to up to five persons per year up to a maximum of 5% of the full professors on the active faculty.

## K. Leaves of Absence

*1. Sabbatical Leaves*

a. Sabbatical leave is a privilege to be applied for in each case and is in no instance to be considered an earned perquisite. Such leaves may be granted on application for the purpose of the advancement of knowledge or professional improvement of mutual benefit to the University and the individual. Following such leave, individuals are obligated to return to active service at the University for a minimum of one year. The applicant should file a specific written application accompanied by a statement as to how the leave is to be used. This application should be passed on by the department head and the dean or director, to the Provost and Executive Vice President for Academic Affairs or the Executive Vice President for Health Affairs, who in turn, will submit it to the Board of Trustees with his or her recommendation.

b. The privilege is open to all full-time resident teachers, experiment station and extension staff workers, who have at least the rank of assistant professor or a corresponding rank, and who have been in continuous full-time service at the institution for at least six years. Following a grant of sabbatical leave the privilege may be renewed after an additional period of continuous full-time service of at least six years. Each sabbatic leave eligibility is for a period of one year (two semesters). Leave may be taken for the full period at half pay or for up to half the period at full pay. After each period of eligibility in which a sabbatic leave is taken, whether for all or a portion of the period, there must be at least six years of continuous full-time service before the next eligibility

period. Thus the timing of eligibility periods is not affected by whether leave is taken for a full period at half pay or for up to half the period at full pay. Faculty members are not eligible for sabbatic leave before the last year of their probationary periods.

> Exception in regard to continuous service may be made upon recommendation of the Provost and Executive Vice President for Academic Affairs or the Executive Vice President for Health Affairs and the approval of the Board.

c. The duration of the leave granted shall be determined by the Provost and Executive Vice President for Academic Affairs or the Executive Vice President for Health Affairs. Leave for members of the resident instruction division employed on an eleven months' basis, may be for a period of up to six months with full pay, or for a period up to twelve months with half pay. Leave for members of the resident instruction division employed for nine months of the year may be for one semester with full pay, or two semesters with half pay. Leave for members of the Extension and Experiment Station divisions may be a corresponding length of time, taken at a period of the year when their work will be least interrupted by absence. The receipt of grant or fellowship funds to cover travel and other expenses incidental to the leave will not ordinarily interfere with the granting of a request for such leave. Sabbatical leave, whether at full or reduced pay, is considered full-time service, and therefore persons on sabbatical leave are not permitted to engage in paid employment elsewhere. If a staff member is considering an arrangement in which he or she will receive compensation for services from the University and from outside agencies which will together exceed his or her regular University salary, the staff member is expected to take a leave without pay rather than a sabbatical leave.

> The recommendation of the head of the department and of the dean in charge of the school or college shall accompany applications for leave.

d. Members of the administrative groups are in a separate classification. They shall make their application directly to the President if the unit reports to the President; or to the Provost and Executive Vice President for Academic Affairs or the Executive Vice President for Health Affairs, through the appropriate Vice President, if any.

e. All applications should be made at least one year prior to the date when the leave is to begin. Ordinarily the grantee will receive notification that the leave is granted at least two months before the end of the semester previous to the one in which the leave is to begin.

f. Arrangements for carrying on the duties of a person on leave shall be made by the appropriate department head and dean. The department head is expected to certify whether or not the work of the department can be carried on if the

leave is granted substantially as it would have been otherwise. If courses would have been withdrawn or other changes made in the department's program even without the granting of the leave, the changes may be made during the leave; but it is not expected that sabbatical leaves will be granted if they must be taken at the expense of the students or of the regular departmental program.

g. In case a leave, after being approved, is postponed for a period by the administration, and then taken, the applicant's next leave may be granted for the year in which it would have fallen if there had been no such postponement. Except in such instances service in excess of six years is not cumulative.

h. Leaves are granted in the expectation that the recipient will resume his or her previous duties at the end of the leave. Ordinarily the staff member will return at the same rank and salary which he or she had when the leave began. This understanding, however, is subject to the qualification (which applies in the same degree to those in residence) that the Board may sometimes find it necessary to change the compensation or duties of some or all staff members because of changes in enrollment, financial exigencies, or other circumstances beyond its control. The grant of leave does not change the tenure-status of the recipient.

i. After leave has been taken, a written report of the work done shall be made to the officer who approved the leave through the department head and the dean or director.

## 2. Leave Without Pay

Leave of absence without pay may be granted by the President for those units which report to the President or by the Provost and Executive Vice President for Academic Affairs or the Executive Vice President for Health Affairs for reasons considered to be in the best interest of the University and in the interests of professional growth and improvement of the staff member concerned. All such cases are treated as special cases, and are in the first instance ordinarily granted for up to a year. Staff members desiring such leaves should apply through their department heads and deans and through the appropriate Vice President, if any. A report of all such leaves as are granted shall be made to the Board of Trustees for their information.

## 3. Military Leave

a. Members of the professional staff who have been in continuous full-time service at the University for a period of six months or more and who leave the University to enter the armed forces of the United States will be granted military leave for the time served in such military or naval service, plus ninety days additional. Part-time employees will be granted such leave if they have worked the equivalent of six months or more full time. Thus, an employee

would become eligible after twelve months of half-time employment, etc.

b. Any position which becomes available because of the approval of military leave for a member of our professional staff may be filled after securing proper approval, but only for the duration of the military leave of the employee entering military service. Persons employed to fill such vacancies earn no tenure rights, and should be so notified in advance by the employing department head.

c. The State law provides that any member of the professional staff granted military leave "will be reinstated in his former position and duties, providing that he makes application to return to the University within ninety days after he is discharged from the armed forces, and he is mentally and physically able to work, and work is available."

*4. Sick Leave for Members of the Professional Staff, With or Without Pay*

> Each case is considered separately and involves careful consideration of length of service, nature of the illness, and anticipated length of disability. Application for sick leave should be made not later than ten days after the staff member's return to work.

*5. Other Regulations Regarding Leave of Absence*

a. No employee of the University of Connecticut shall receive leave of absence with pay for service in any elective political office.

b. No member of the professional staff shall be absent from his or her proper duties at the University except by permission of the department head. Short leaves to cover emergency situations may be granted by the department head, who will make such arrangements as are feasible to re-assign the absent staff member's work. In each such case the department head will file a record of the matter with the dean. No such emergency leave shall be granted for a longer period than ten days without previous permission of the President for those units which report to the President or by the Provost and Executive Vice President for Academic Affairs or the Executive Vice President for Health Affairs. (All classified employees shall be governed by regulations of the State Personnel Department as to hours of employment, sick leave, and vacations.)

c. No professional staff members or employees except classified employees shall be entitled to receive extra compensation for any service performed by them for the University, unless upon express authority of the Board.

**L. Professional Staff Loads**

1. While members of the professional staff of this University are employed for a variety of duties, as a general rule the University will expect to assign to each full-time member of the professional staff duties which are reasonable and consistent with good and effective teaching practices at both the undergraduate and graduate levels. In conjunction with this, staff members will be expected to

carry a reasonable amount of ordinary departmental duties and routine committee responsibilities and to undertake those activities of self-improvement and professional development which are part of every faculty member's investment in his or her own future. Such assigned responsibilities as unusually heavy loads of student counseling, the chairmanship of committees which are unusually time-consuming, research projects which have been designated as a part of the staff member's assigned load, unusually heavy enrollments in courses, and assigned administrative duties will be considered in determining the number of contact hours assigned to any individual.

> Assignment of duties will be made by the appropriate deans, directors, and department heads, subject to review as to general policy by the Provost and Executive Vice President for Academic Affairs or the Executive Vice President for Health Affairs or Vice President and President. In so far as it is possible, consistent with the development of a balanced offering of University services, these assignments should take into account the aptitudes and wishes of individual staff members and their opportunities for long-run professional development.

2. In general, the teaching duties of each department shall be regarded as a joint responsibility of all its members, to be divided as far as possible by mutual agreement, with proper attention to the interests and activities of all. It shall be the responsibility of the department head to make decisions when agreement is lacking, and to submit the complete schedule of teaching engagements to the appropriate dean.

> The preceding paragraph does not imply that teaching loads and assignments of individual faculty members are to be determined by departmental vote. Departmental action is to be limited to consideration of general policy.

3. In settling details of teaching schedules within the department or in meeting situations that arise on short notice, the department head has a three-fold responsibility which should be kept in mind:

a. The responsibility to understand and put into effect the general policies and program of the University.

b. The responsibility to act on behalf of and as a representative of the department. The entire professional staff of the department, in departmental meeting, should consider the department's professional program. All members should participate in the formulation of general departmental policy, both for long-run development and current decisions.

c. The responsibility to individual members of the departmental staff. The department head should discuss with each member of the department his or her ambitions and aspirations within the University and within the profession.

While no one is completely a free agent to lay out a program exactly as one pleases, scholarly activity flourishes best in an environment of self-direction and self-propulsion.

**M.** No member of the professional staff or other employee in the service of the University shall devote to private purposes any portion of the time due the University without consent**.** Members of the professional staff may take on outside consulting and research activities only after the specific project has been approved by the appropriate University official. For those units and individuals who report to the President, except for staff members in Institutional Advancement, the approval of the President is required. For those units that report to the Vice President and Chief Financial Officer, or the Vice Chancellor for Student Affairs, the approval of the appropriate Vice President is required. For all other employees, the approval required is that of the Provost and Executive Vice President for Academic Affairs or the Executive Vice President for Health Affairs, as appropriate. Such approval shall take into account the time required, the nature of the service, potential conflict of interest, and the contribution of such activities to the professional advancement of the staff member. Any changes with respect to these matters after the project has been initiated shall also require approval in advance. Nothing herein contained shall be construed as authorizing any private practice by any full-time member of the faculty of either the School of Medicine or the School of Dental Medicine.

**N.** To the extent that there are facilities available, University employees are entitled to receive from the University unit responsible for student health services immediate care for injuries incurred in the line of duty. This unit is to offer limited primary medical care services to University employees within available resources, on a fee for service basis.

**O.** The University Libraries shall make available for maximum use by the staff and students, and by the people of the State, the library materials and plant and shall cooperate with individual staff members in making available to students in specific areas of work the full resources of the library.

**P.** Members of the faculty are permitted to audit courses without payment of fees, subject to consent of instructor and availability of library, laboratory, and classroom facilities.

**Q.** No full-time member of the professional staff may take for credit any academic work at this institution or elsewhere during that employee's regular working hours, without prior written approval of the President for those units which report to him or her or the Provost and Executive Vice President for Academic Affairs or the Executive Vice President for Health Affairs.

**R.** The existence of a close family relationship to a staff member does not affect the eligibility of any person for employment by the University. To avoid

potential conflict between personal and institutional interests, no staff member may be assigned responsibility for supervising the work of a close family member without the consent of the President. Where a potential conflict of interest exists, the President shall designate a surrogate to make recommendations concerning appointment, salary, promotion, or tenure.

**S. University Faculty Grievance Procedure**[6]

> If a member of the faculty under the jurisdiction of the Provost and Executive Vice President for Academic Affairs believes there is a cause for grievance which cannot be resolved by ordinary means, the complainant may request the Committee of Three (Section X.G.) to appoint a hearing committee to evaluate the grievance and to make appropriate recommendations concerning its resolution.

1. Complaints involving promotion, tenure, and reappointment decisions may be brought to the Committee of Three only at the end of a sequence of peer review procedures, including those of the Faculty Review Board.

2. Other complaints may be brought to the Committee of Three only after appropriate administrative remedies have been exhausted.

3. If, after consultation with the complainant, the person or persons against whom the grievance is lodged, and such other persons as the committee deems appropriate, the Committee of Three has been unable to mediate the complaint informally and believes that there may be such substance to the grievance as to justify further investigation, it shall appoint an ad hoc hearing committee of three or five faculty members and convey the grievant's written statement of the grievance to the hearing committee with a copy (or copies) to be sent to the person(s) against whom the grievance is lodged. The hearing committee shall be empowered to have access to information it deems pertinent, to hold hearings and interviews, and to seek informal resolution of the issues raised. The hearing committee, after consulting all parties to the dispute, may decide to conduct its proceedings in confidence, or, with the concurrence of the grievant, to hold public hearings. Parties to the proceedings may, if they choose, be represented. It is incumbent upon all parties to refrain from aggravation of the issues during the course of grievance proceedings.

4. The hearing committees appointed by the Committee of Three shall be instructed by the Committee of Three to determine:

a. Whether the relevant procedures established by the University have been followed in the case before them.

b. Whether in substance the grievant has just cause for complaint.

c. In cases involving promotion, tenure, and reappointment:

1. the sufficiency and relevance of the evidence employed in making the decision.

2. whether the decision arrived at was in reasonable conformity with the

evidence considered.

d. Appropriate remedy, if any.

5. The hearing committee will make a report of its findings and recommendations to the Provost and Executive Vice President for Academic Affairs, with copies to the grievant, the person(s) against whom the grievance is lodged, and the Committee of Three. In those cases involving a grievance against the Provost and Executive Vice President for Academic Affairs the report shall be sent to the President. The collective bargaining agent shall be informed by the hearing committee of the substance of its report to the President or Provost and Executive Vice President for Academic Affairs. Within thirty days of receipt of the hearing committee's report, the President or Provost and Executive Vice President for Academic Affairs shall inform the hearing committee in writing, of his or her response to its recommendations, with copies to the grievant, the person(s) against whom the grievance is lodged, and the Committee of Three.

> The collective bargaining agent shall be informed by the President or Provost and Executive Vice President for Academic Affairs of his or her response. The Committee of Three may make the hearing committee's findings and the response of the President or Provost and Executive Vice President for Academic Affairs known to persons or groups it deems appropriate.

6. If not satisfied with the outcome of the hearing committee's investigation and the action of the President or Provost and Executive Vice President for Academic Affairs in response thereto, the grievant may within thirty days of receiving the response, address a written appeal to the Board of Trustees through the President or Provost and Executive Vice President for Academic Affairs. The Board of Trustees will respond to the appeal in writing within a reasonable time.

**T. Health Center Faculty Grievance Procedure [7]**

> Under most circumstances, a faculty member under jurisdiction of the Executive Vice President for Health Affairs who has a grievance will seek resolution of the grievance through the usual channels of administrative authority (e.g., initial referral of the grievance to the Department Head, to the Dean of the appropriate school and then to the Executive Vice President for Health Affairs) or through the appropriate standing fculty appeals committees (e.g. space or compensation appeals committees) if any. If resolution is not possible or if the aggrieved party is dissatisfied with the proposed resolution(s), faculty peer review committees are empowered to hear grievances. Grievances related to promotion, reappointment and tenure issues shall first be referred to the Health Center Faculty Review Board (HCFRB). In the case of a possible

dismissal of a tenured faculty, the grievance will be referred to the University of Connecticut Committee of three at Storrs [see bylaws Article XV F]. All other appeals and grievances will be referred directly to the Health Center Appeals Committee (HCAC).

1. The Health Center Faculty Review Board (HCFRB)

a. The Health Center Faculty Review Board (HCFRB), in its advisory role to the Executive Vice President for Health Affairs, shall be the primary body to hear grievances related to promotion, reappointment and tenure. It shall consist of a standing committee of seven (7) members, with two (2) representatives from basic science departments, two (2) from clinical dental departments, and three (3) from clinical medical departments. A member must be a full-time faculty member of senior rank, may not hold administrative title or office, or be a current member of the Committee on Appointments and Promotions of either the School of Medicine or School of Dental Medicine. The term of service is three (3) years. The chair will be selected from the membership by the HCFRB. Each year, a nominating committee consisting of the chairpersons of the Medical and Dental School Councils shall select at least two (2) candidates from the appropriate constituency to fill vacancies. The members of the HCFRB shall be elected by the entire full-time faculty.

b. Grievances may br brought to the HCFRB by the aggrieved party or referral by the Executive Vice President for Health Affairs and must be submitted to the Chair of the HCFRB in the form of a cover letter and accompanied by supporting documents. Copies of the cover letter and materials will be sent to the Executive Vice President for Health Affairs and to the person or persons against whom the grievance is lodged. The process of referral or evaluation of a grievance shall commence within 15 working days after formal filing of the grievance.

c. The HCFRB may conduct its proceedings in closed session or, with the concurrence of the grievant, hold public hearings. Parties to the proceedings may choose to be represented. The HCFRB shall evaluate the grievance in a prompt and timely manner. The HCFRB will develop, revise as necessary and post rules governing its processing of grievances that remain in compliance with the University's Laws and By-Laws.

d. The HCFRB will submit its report and recommendations to the Executive Vice President for Health Affairs. Copies of its report shall be sent to the grievant and to the person(s) against whom the grievance is lodged. In cases of grievances against the Executive Vice President for Health Affairs, a copy of the report shall be sent to the President. Final disposition of grievances shall be effected without unnecessary delay.

e. If not satisfied with the outcome of the HCFRB investigation and the action of the Executive Vice President for Health Affairs in response thereto, the

grievant or the person or persons against whom the grievance is lodged may within thirty days of receiving the response, address a written appeal to the HCAC.

2. Health Center Appeals Committee (HCAC).

a. This committee shall be a standing committee consisting of three (3) permanent members. The permanent members will include one (1) representative each from a basic science department, a clinical dental department, and a clinical medical department. Permanent members shall be full-time faculty of professorial rank and elected by the members of both councils from a slate of candidates nominated by the chairs of the councils of both schools to serve staggered terms of six (6) years. Permanent members may not be a current member of the HCFRB or the Committee on Appointments and Promotions of either school, or hold administrative title or office.

b. Grievances may be brought to the HCAC directly by the aggrieved party or referral by the Executive Vice President for Health Affairs and must be submitted to the Chair of the HCAC in the form of a cover letter and accompanied by supporting documents. The process of referral or evaluation of a grievance shall commence within 15 working days after formal filing of the grievance.

c. If, after consultation with the complainant, the person or persons against whom the grievance is lodged. And such other persons as the committee deems appropriate, the HCAC has been unable to mediate the complaint informally and believes that there may be such substance to the grievances as to justify further investigation, it shall appoint an ad hoc hearing committee to convey the grievant's written statement of the grievance to the hearing committee with a copy (or copies) to be sent to the Executive Vice President for Health Affairs and the person(s) against whom the grievance is lodged. The HCAC may not come to a decision that there is insufficient substance to justify further investigation without first providing the grievant an opportunity to address the HCAC in person. In such a case the grievant may be represented. The HCFRB will develop, revise as necessary and publish rules governing its processing of grievances that remain in compliance with the University's Laws and By-Laws.

d. The ad hoc hearing committee will consist of five faculty members of senior rank, but not necessarily full professors, with the same restrictions on eligibility as described for members of the HCFRB and HCAC, respectively.

e. The hearing committee shall be empowered to have access to information it deems pertinent, to hold hearings and interviews, and to seek informal resolution of the issues raised. The grievant and the person or person(s) to whom the grievance is lodged will be afforded the opportunity to directly address the ad hoc committee in person. The hearing committee after consulting all parties to the dispute, may decide to conduct its proceedings in

private, or, with the concurrence of the grievant, to hold public hearings. Parties to the proceedings may, of they choose, be represented. It is incumbent upon all parties to refrain from aggravation of the issues during the course of grievance proceedings.

The hearing committees appointed by the HCAC shall be instructed to determine:

1. Whether the relevant procedures established by the University have been followed in the case before them.

2. Whether the grievant has just cause for complaint.

3. In cases involving promotion, tenure and reappointment:

a. Whether the evidence employed in making the decision was sufficient and relevant.

b. Whether the decision was reasonable considering the evidence presented.

4. An appropriate remedy, if any.

f. The Health Center Appeals Committee will issue its report and recommendations to the Executive Vice President for Health Affairs. In those cases involving a grievance against the Executive Vice President for Health Affairs the report shall be sent to the President. Within thirty days of receipt of the haring committee's report, the President or the Executive Vice President for Health Affairs shall inform the hearing committee in writing, of his or her response to its recommendations, with copies to the grievant, the person(s) against whom the grievance is lodged, and the HCAC. Final disposition of grievances by the Health Center Appeals Committee shall be effected without unnecessary delay.

g. If not satisfied with the outcome of the Health Center Appeals Committees' investigation and the action of the President or Executive Vice President for Health Affairs in response thereto, the grievant, the person against whom the grievance is lodged, the University President or Executive Vice President for Health Affairs may within thirty days of receiving the response, address a written appeal to the University of Connecticut Board of Trustees through the President or Executive Vice President for Health Affairs.

3. Board of Directors

The Board of Directors or its designee will examine the grievance for the process and will respond to the appeal in writing within a reasonable time. At its discretion, the Board of Directors or its designee may elect to mediate the grievance, conduct further investigation, and/or act on the grievance. If the Board of Directors or its designee elects to hold interviews or hearings, these may only be held in public only with the concurrence of the grievant. All parties to interviews and hearings may be represented.

**U. Grievance Procedure for Other Professional Staff**

A member of the non-faculty professional staff who believes he or she has cause for a grievance that cannot be adjusted by informal means may present a formal grievance under the following procedure:

1. The employee, with or without a representative, shall first present the grievance to the immediate supervisor. The immediate supervisor shall answer in writing to the employee within seven calendar days from the date the grievance is submitted.

2. When the answer is not satisfactory to the employee, the employee, with or without a representative, shall present the grievance to the dean of the school or college, or the director of the division in which the aggrieved staff member is employed. The dean or director shall answer in writing to the employee within seven calendar days thereafter.

3. An employee who is still aggrieved may appeal the grievance to the Appeal Board. Members of the Appeal Board shall be appointed by the President and shall include at least four members of the non-faculty professional staff. The Appeal Board shall consist of seven members, who shall serve for three-year terms. Initially, however, two members shall be appointed for a one-year term, two members for a two-year term, and three members for a three-year term. The Appeal Board may establish rules for its own procedures, including rules which will permit hearings and other activities of the Board to be conducted by fewer than all seven members. The grievant may be represented in matters before the Appeal Board. The decision of the Appeal Board shall be in writing and shall be in the form of a recommendation to the President for units which report to the President or to the Provost and Executive Vice President for Academic Affairs or Executive Vice President for Health Affairs. Copies of the Appeal Board's recommendation shall be forwarded to the employee.

## ARTICLE XVI – General Policies and Practices

**A.** No organization or group, whether it be political, social, honorary, or fraternal, shall discriminate against or exclude a person because of race, religion, or national origin on that land owned by the people of this State and known as the University of Connecticut, nor shall such discriminatory groups have the use of University-owned buildings or property.

**B.** All requests for purchases of supplies and equipment must be made on requisition to the Controller. No contracts involving the University may be entered into by any faculty or staff member or employee without consent of the Controller. If requests to the Controller are denied, the person making the request may appeal to the President for the units which report to the President or to the Provost and Executive Vice President for Academic Affairs and

Executive Vice President for Health Affairs.

**C.** Any employee of the University receiving funds as payment to the University must remit same promptly to the Business Office.

**D.** Any business or communication from members or groups of the University staff which concerns the University or its departments and which requires action by the Board of Trustees shall be presented to the Board by the President of the University. If the President refuses or neglects to place such business or communication or any part thereof before the Trustees within a reasonable time, those concerned may present their petition directly to the Board.

**E.** All apparatus, museum and scientific collections, and other University property shall be in the immediate charge of the head of the department to which such material has been assigned, subject, however, to the control of the President. Every person having charge of any apparatus, specimens, books, collections, or other University property shall be held responsible for the safety of same, and shall carefully keep a record or inventory of all property for which he or she is responsible.

**F.** The name or insignia of the University shall not be used by any individual or by any group not duly organized as a part of the University, nor by any individual, without the approval of the President.

**G. Naming of Facilities**

The act of naming or renaming a University facility for a person, family or organization confers one of the University's highest and most conspicuous honors. This act, which is reserved for those who have made extraordinary contributions to the University of Connecticut, praises the person, family or organization and exhibits the judgment and standards of the University as to the qualities and actions that justify linking the name of the person, family or organization so honored with that of the University. Naming a facility is to be taken with extraordinary care and with due concern for how that action will be viewed in the retrospect of decades.

The President is authorized to establish guidelines and procedures in accordance with this policy for naming University facilities. The naming of any facility must be approved by the University of Connecticut Board of Trustees upon recommendation of the University President.

**H. The Research Foundation (Based on the State's General Statutes)**

*1. Research Foundation. Definitions:*

As used in sections H.2. to H.8., inclusive, "University" means the University of Connecticut; "Board" means the Board of Trustees of the University; "foundation" means the research foundation established in accordance with section H.2.; "employee" means any member of the faculty or staff of the University or the