UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JUSTIN D. RADOLF, | : | CIVIL NO. 3: 03CV242 (MRK) |
|    Plaintiff, | : | LEAD/MASTER DOCKET NO. |
| | : | |
| V. | : | |
| | : | |
| PETER J. DECKERS, EXECUTIVE | : | CASE NO. 3:03CV672(MRK) |
| VICE PRESIDENT FOR HEALTH | : | MEMBER CASE |
| AFFAIRS AND DEAN OF THE SCHOOL | : | |
| OF MEDICINE, INDIVIDUALLY AND | : | |
| IN HIS OFFICIAL CAPACITY, | : | |
|    Defendants. | : | NOVEMBER 15, 2004 |

**PAGES OF TRANSCRIPT TESTIMONY OF RICHARD BERLIN**

51

```
 1      Q    But you don't recall that being your
 2   recommendation?
 3      A    No.
 4      Q    So was Dr. Deckers wrong in what he wrote
 5   here?
 6      A    I would have to say yes.  I think that,
 7   perhaps, he read that into what I was saying.  I don't
 8   recall suggesting that specifically.
 9      Q    Was there anything that you may have said
10   that led Dr. Deckers to believe that is what you were
11   recommending?
12      A    I can't think of anything.
13      Q    Doctor, you mentioned that Dr. Radolf, his
14   laboratory and -- that the laboratory is more isolated
15   and that Dr. Radolf has retreated from involvement in
16   the university?
17      A    Yes.
18      Q    Has Dr. Radolf -- is Dr. Radolf still on
19   academic probation?
20      A    I believe so.
21      Q    In your understanding, what does academic
22   probation mean?
23      A    I think this is a -- this is a term that I
24   have been struggling with.  I'm not sure.  It seems to
25   mean different things to different people.
```

54

```
 1    of informal discussions with Peter Deckers who I think
 2    was searching to find the appropriate kind of
 3    sanctions or punishment, but obviously the final
 4    formulation of that was his.  And I also, in setting
 5    up a supervisory position for the institution with
 6    regard to Radolf's publications and grants and so
 7    forth, that I had a major role in establishing the
 8    nature of that.
 9        Q    As part of the discipline Dr. Radolf's
10    academic probation was extended.  Were you aware of
11    that?
12        A    I was aware.
13        Q    And --
14        A    I don't believe I had any particular role in
15    deciding that.
16        Q    Did you meet with Dr. Radolf before this
17    discipline was imposed to discuss the terms of the
18    discipline?
19        A    No.
20        Q    We were discussing academic probation and you
21    said it means one thing to one person and something to
22    another person.  Do you know of any definition of
23    academic probation that the University of Connecticut
24    Health Center has adopted?
25        A    No.
```

55

1    Q    Is there an attempt to adopt a policy with
2    regard to academic probation that you're aware of?
3    A    Not that I'm aware of.
4    Q    And what does academic probation mean to you?
5    A    It means what I said.  I think it means that
6    the individual was ineligible for holding positions of
7    responsibility or special recognition of any kind.  I
8    wouldn't take someone on academic probation and give
9    that person a leading role as a spokesperson for the
10    university or representative, nor would we recommend
11    him for a distinguished professorship or an alumni
12    award.  We wouldn't send him to represent the
13    institution in a formal meeting where it was an
14    institutional position or it was to be ...
15    Q    Is there a reason why there is no definition
16    of academic probation that you're aware of?
17    A    I don't think there is a one by design.  I
18    think it hasn't been purposely left vague, in other
19    words.  I think it was just a rather careless use of a
20    term that apparently some people think they understand
21    and agree to but, as I say, there is a kind of
22    consensus about what it means but...
23    Q    But there is no book to open up to get the
24    parameters of what academic probation entails?
25    A    Not to my knowledge.  I think that one thing

1    I would add, I think that it may be that the sense of
2    it is that the individual is put on notice that
3    further malfeasance, let's call it that, I'm sure that
4    has a legal definition that I don't know, but I think
5    it's meant to say that if there were to be any other
6    kind of misconduct, that more serious consequences
7    would follow.
8                    (Plaintiff's Exhibit No. 7,
9                    Letter dated 2-10-03, marked
10                   for identification.)
11   BY MR. BUCCI:
12       Q    Doctor, I believe this is Exhibit No. 7.
13   This is a letter that was jointly authored by you and
14   Dr. Deckers and was sent to the United States Army
15   Medical Research Acquisition Activity and Ms. Jamie
16   Kiser.
17           Doctor, in the second paragraph there is a
18   couple of sentences there that begin, "Dr. Wikel and
19   Dr. Radolf had jointly begun creation of a library of
20   tick salivary gland expressed sequence tags."
21       A    I'm sorry, where are you.
22       Q    In the middle of the second paragraph.
23       A    Okay.
24       Q    "(ESTs), and this was shown under Preliminary
25   Data.  However, some months prior to submission to the