UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JUSTIN D. RADOLF,<br>Plaintiff, | : | CIVIL NO. 3: 03CV242 (MRK)<br>LEAD/MASTER DOCKET NO. |
| V. | : | |
| UNIVERSITY OF CONNECTICUT;<br>UNIVERSITY OF CONNECTICUT<br>HEALTH CENTER;<br>PETER J. DECKERS, EXECUTIVE<br>VICE PRESIDENT FOR HEALTH<br>AFFAIRS AND DEAN OF THE SCHOOL<br>MEDICINE, INDIVIDUALLY AND<br>IN HIS OFFICIAL CAPACITY;<br>RICHARD BERLIN, ASSOCIATE DEAN,<br>INDIVIDUALLY AND IN HIS<br>OFFICIAL CAPACITY; AND STEPHEN<br>WIKEL, INDIVIDUALLY AND IN HIS<br>OFFICIAL CAPACITY,<br>Defendants. | : | CASE NO. 3:03CV242 (MRK)<br>MEMBER CASE<br><br><br><br><br><br><br><br><br><br>NOVEMBER 15, 2004 |

**AFFIDAVIT OF UWE ULEX MUELLER-DOBLIES**
**SUBMITTED IN SUPPORT OF PLAINTIFF'S OBJECTION TO**
**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

## IN THE KINGDOM OF ENGLAND

**TO ALL TO WHOM** these presents shall come I **ADRIAN BRYAN PATRICK O'LOUGHLIN** of The Tunsgate 128 High Street Guildford Surrey England Notary Public by Royal Authority duly admitted and sworn **DO HEREBY CERTIFY** that on the day of the date hereof before me personally came and appeared **UWE ULEX MUELLER-DOBLIES** holder of german driving licence C010AFWUU41 and Connecticut driver license 157865103 the Deponent named and described in the Affidavit hereunto annexed who in my presence by solemn oath by him taken in due form of law deposed to the truth of the several statements matters and things mentioned and contained in the said Affidavit

**IN WITNESS** whereof I the said Notary have subscribed my name and set and affixed my seal of Office this 8th day of November Two thousand and four



**ADRIAN BRYAN PATRICK O'LOUGHLIN**
Notary Public

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JUSTIN D. RADOLF, <br> Plaintiff, | : <br> : <br> : | CIVIL NO. 3: 03CV242 (MRK) <br> LEAD/MASTER DOCKET NO. |
| V. | : <br> : | |
| UNIVERSITY OF CONNECTICUT; <br> UNIVERSITY OF CONNECTICUT <br> HEALTH CENTER; <br> PETER J. DECKERS, EXECUTIVE <br> VICE PRESIDENT FOR HEALTH <br> AFFAIRS AND DEAN OF THE SCHOOL <br> MEDICINE, INDIVIDUALLY AND <br> IN HIS OFFICIAL CAPACITY; <br> RICHARD BERLIN, ASSOCIATE DEAN, <br> INDIVIDUALLY AND IN HIS <br> OFFICIAL CAPACITY; AND STEPHEN <br> WIKEL, INDIVIDUALLY AND IN HIS <br> OFFICIAL CAPACITY, <br> Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | CASE NO. 3:03CV242 (MRK) <br> MEMBER CASE <br><br><br><br><br><br><br><br><br><br><br> October 26, 2004 |

## **AFFIDAVIT**

1. I am over the age of eighteen (18) years and believe in the obligations of an oath.

2. I am familiar with the facts alleged contained in this affidavit.

3. I attest that the facts and matters contained herein are true and accurate.

4. I am currently a senior scientist and Named Veterinary Surgeon at the Institute for Animal Health, Pirbright Laboratory with institute wide responsibilities in biocontainment.

5. I am recognized for my expertise in viral and parasitic diseases, animal models and bio-containment.

# Uwe Ulex Müller-Doblies

## Curriculum vitae

| | | | |
|---|---|---|---|
| Personal details | date of birth: | **16th of March 1968** | |
| | place of birth: | **Berlin** | |
| | nationality: | **German** | |
| Qualifications | | **DVM, Dr. med. vet.** | |
| Schooling | 1974 – 1978 | Rothenburg Grundschule [primary school] | Berlin (D) |
| | 1979 – 1988 | Gymnasium Steglitz [gymnasium] | Berlin (D) |
| | | **Abitur** [university entrance certificate] | |
| Undergraduate | 1988 – 1991 | Free Univ. of Berlin, Faculty. of Vet. Medicine | Berlin (D) |
| | 1991 – 1992 | Department of Pathology and Wolfson College University of Cambridge | Cambridge (UK) |
| | | **Pathology Part II in Virology and Immunology** | |
| | 1992 – 1994 | Free Univ. of Berlin, Faculty. of Vet. Medicine | Berlin (D) |
| | 11/1994 | **Approbation als Tierarzt [DVM]** | |
| Graduate | 2/1995 – 7/1998 | Institute of Virology, University of Zurich | Zurich (CH) |
| | | **Dr. med. vet.** (19.1.1999) | |
| Postgraduate | 8/1998 – 6/2001 | Institute for Parasitology, University of Zurich | Zurich (CH) |
| | | **Postdoctoral Fellow** | |
| | 8/2001- 8/2003 | Center for Microbial Pathogenesis, University of Connecticut Health Center | Farmington (USA) |
| | | **Postdoctoral Fellow** | |
| Current Employment | 10/2003 – present | Institute for Animal Health, United Kingdom **Head of Division of Biosecurity and Animal Services, Named Veterinary Surgeon for the Pibright Laboratory** | |

Scholarships: Ranke-stipend of the Studienstiftung des deutschen Volkes (1991-1994) [German National Scholarship Foundation]

Postdoctoral Fellowship from Swiss National Science Foundation (2001 –2002)

International Experience
- **Berlin, Germany & South Africa** (1968-1994)
- **Cambridge, UK** (1991-1992)
- **Zurich, Switzerland** (1995-2001)
- **Farmington, CT USA** (since Aug. 2001)
- **Pirbright, UK** (since Sept 2003)

Professional Affiliations
Swiss Society for Tropical Medicine and Parasitology (SGTP)
British Veterinary Association
Deutsche Gesellschaft für Parasitologie (DGP)
Menber of the Royal College of Veterinary Surgeons

6. Attached is a copy of my curriculum vitae.

7. I was a member of the Wikel laboratory from 20th August 2001 to the 15th August 2003, which was then located at the University of Connecticut Health Center.

8. One of the areas of research in which I participated while a member of the Wikel Laboratory involved the immunology of tick transmitted pathogens.

9. During the time I was a member of the Wikel laboratory, the laboratory through a Congressional authorization (a so-called "earmark"), received funding to conduct research pursuant to a proposal submitted to the Department of Defense by the Radolf and Wikel laboratories.

10. When I first became a member of the Wikel laboratory, the Radolf and Wikel laboratories were working collaboratively on various research projects,.

11. However, prior to the announcement of the award of the earmark, the members of the Wikel laboratory were informed that Dr. Radolf had been removed from the title of the project as it was feared that the scientific misconduct allegations around him could compromise the initiative however his laboratory would participate in the project. To prevent any disruptive intervention from Dr. Radolf the members of the Radolf laboratory, including Dr. Radolf, were not to be informed of the ceremonial announcement of the award.

12. Dr. Wikel informed the members of his laboratory that Dr. Radolf and the members of his laboratory should not be informed of the press conference announcing the congressional earmark, otherwise Dr. Radolf might interfere with the ceremony and compromise the future of the project. .

13. Later in the year 2002 Dr. Wikel informed the members of his laboratory that Dr. Radolf and his laboratory would have nothing to do with the proposal; the Wikel laboratory would prepare the proposal and conduct the research on its own with no direct participation of the Radolf laboratory.

14. It was clear to me as a member of the Wikel laboratory that Dr. Radolf and his laboratory had been excluded from participation in formulating the detailed program of works for the Department of Defense research project in the spring and summer of 2002. Dr. Wikel disclosed to me that this was done with the consent of the Dean's Office.

15. I found myself excluded from the finalization of the proposal after having been consulted on the scientific strategy in my areas of expertise, which was rather disappointing. I

strongly believe that my continued contact to the staff of the Radolf laboratory, which I maintained for scientific and personal reasons, played an important role in Dr. Wikel's decision to exclude me. I was being cut out of the flow of information in the Wikel laboratory to which I should have been entitled as a member of the Wikel laboratory.

Personally appeared Uwe Ulex Müller-Doblies and made Oath to the truth of the matters contained in the foregoing affidavit before me.

_____
Uwe Ulex Müller-Doblies

SUBSCRIBED AND SWORN TO, before me, on this 8th day of ~~October~~ November, 2004.

_____
Notary Public/Solicitor