UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JUSTIN D. RADOLF<br>    Plaintiff | CASE NO: 3:03CV242(MRK)<br>LEAD/MAJOR DOCKET NO. |
| | CASE NO. 3:03CV672(MRK)<br>MEMBER CASE |
| v. | |
| UNIVERSITY OF CONNECTICUT, ET AL<br>    Defendants | NOVEMBER 17, 2004 |

## MOTION FOR EXTENSION OF TIME TO FILE REPLY

Pursuant to D. Conn. L. Civ. R. 7(b), the undersigned defendants hereby move for an extension of time to respond to plaintiff's Opposition to Defendants' Motion for Summary Judgment.

Defendants' Motion for Summary Judgment was filed on August 16, 2004. Plaintiff received two extensions of time to respond up to and including November 15, 2004. Plaintiff's opposition papers were received November 16, 2004 and Defendants' Reply is currently due November 26, 2004. Defendants respectfully request an additional four (4) weeks or until December 24, 2004 to reply and represent the following.

This case in itself as well as Plaintiff's response are voluminous and raise numerous complex legal issues which require rebuttal to adequately and appropriately defend it.

The case also has a companion case which likewise raises numerous complex issues and which will also require rebuttal upon receipt of plaintiff's opposition currently due by November 15. Defendants have requested additional time in that case until December 24th to file a reply. That case involves issues dealing with First Amendment rights, intellectual property rights, academic freedom, due process and immunity.

Finally, counsel has only one secretary for support staff who is currently fully engaged by an office colleague in preparing a lengthy Motion for Summary Judgment in another federal court case, which is due December 1, 2004.

Defendants are of the good faith belief that a full and complete response to plaintiff's opposition will alleviate the necessity for trial.

Defendants' counsel represents that she has contacted plaintiff's counsel, Thomas W. Bucci, who has indicated he has no objection to this Motion.

This is the first Motion for Extension of Time with respect to this time limitation for a reply.

**WHEREFORE**, defendants respectfully submit there is good cause for the granting of this Motion and respectfully request the Court grant the foregoing Motion for Extension of Time to December 24, 2004.

RESPECTFULLY SUBMITTED
DEFENDANTS
UNIVERSITY OF CONNECTICUT, ET AL

RICHARD BLUMENTHAL
ATTORNEY GENERAL

JANE D. COMERFORD (Ct 06328)
ASSISTANT ATTORNEY GENERAL
UNIVERSITY OF CONNECTICUT
  HEALTH CENTER
263 Farmington Avenue
Farmington, CT 06030-3803
Tel. (860) 679-1114
Fax (860) 679-1997
E-Mail-Comerford@ADP.UCHC.EDU

**CERTIFICATION**

This is to certify that on this 17th day of November 2004, the foregoing was mailed counsel of record as follows:

Thomas W. Bucci, Esq.
Willinger, Willinger & Bucci, PC
855 Main Street
Bridgeport, CT 06604

Jane D. Comerford
Assistant Attorney General