FILED

2004 DEC 21  P 12: 30

U.S. DISTRICT COURT
NEW HAVEN, CT

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JUSTIN D. RADOLF<br>Plaintiff | CASE NO: 3:03CV242(MRK)<br>LEAD/MAJOR DOCKET NO.<br><br>CASE NO. 3:03CV242(MRK)<br>MEMBER CASE |
| v. | |
| UNIVERSITY OF CONNECTICUT; ET AL<br>Defendants | DECEMBER 17, 2004 |

## DEFENDANTS' MOTION TO FILE
## MEMORANDUM OF LAW IN EXCESS OF TEN PAGES

Pursuant to Local Rule 7(a)(2), the defendants respectfully request permission to file a Memorandum of Law in Reply to Plaintiff's Opposition to Defendants' Motion for Summary Judgment in excess of ten (10) pages and represents the following:

1. This case involves complex issues dealing with First Amendment rights, intellectual property rights, academic freedom, due process protections in non-tangible property including the right to partake in scientific research, sovereign immunity and qualified immunity.

2. The defendants have moved for summary judgment on all eight counts of the plaintiff's complaint, to which plaintiff has responded.

3. The plaintiff has submitted exhaustive papers in support of his motion including a memorandum in excess of 125 pages.

4. The legal discussion involves academic freedom in a public institutions research laboratory; whether such research comes within the traditional protections accorded by the courts to classroom academic freedom.

5. The legal discussion also involves claims of property rights to participation in scientific research and the holding of an administrative position so as to be accorded due process protections.

6. The legal discussion further involves claims related to tortuous interference and trademark issues, both federal and state.

7. The legal discussion further involves claims of unlawful retaliation involving charges of fraud being made against the plaintiff

The defendants' counsel represents that to adequately respond to the plaintiff's opposition to the motion for summary judgment, she found it necessary to prepare a memorandum in excess of the court's limitations.

Wherefore, the defendants request that they be permitted to submit a memorandum not in excess of 32 pages.

RESPECTFULLY SUBMITTED,

DEFENDANTS
UNIVERSITY OF CONNECTICUT, ET AL

RICHARD BLUMENTHAL
ATTORNEY GENERAL

*[signature]*

JANE D. COMERFORD (Ct 06328)
ASSISTANT ATTORNEY GENERAL
UNIVERSITY OF CONNECTICUT
  HEALTH CENTER
263 Farmington Avenue
Farmington, CT 06030-3803
Tel. (860) 679-1114
Fax (860) 679-1997
E-Mail-Comerford@ADP.UCHC.EDU

### CERTIFICATION

This is to certify that on this 17th day of December 2004, the foregoing was mailed to counsel of record as follows:

Thomas W. Bucci, Esq.
Willinger, Willinger & Bucci, PC
855 Main Street
Bridgeport, CT 06604

*[signature]*

Jane D. Comerford
Assistant Attorney General

3