UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JUSTIN D. RADOLF | CASE NO: 3:03CV242(MRK) |
| Plaintiff | LEAD/MAJOR DOCKET NO. |
| | |
| | CASE NO. 3:03CV672(MRK) |
| | MEMBER CASE |
| v. | |
| | |
| UNIVERSITY OF CONNECTIICUT, ET AL | DECEMBER 17, 2004 |
| Defendants | |

### DEFENDANTS' MOTION TO STRIKE

Defendants in the above-captioned matter hereby submit this Motion to Strike portions of the Affidavit submitted in conjunction with Plaintiff's Memorandum in Opposition to Defendants' Motion for Summary Judgment and Local Rule 56(a)(2) Statement, and specifically Affidavit Justin D. Radolf.  Several of the paragraphs in this Affidavit must be stricken in their entirety and portions of many additional paragraphs must also be stricken for failure to satisfy the requirements of Federal Rule of Civil Procedure 56(c).

Fed. R. Civ. Proc. 56(e) essentially has two requirements for an affidavit to survive a Motion to Strike.  First, statements of fact in affidavits must be made on personal knowledge; otherwise, the affiant's freedom to make bold, unsupported assertions in his affidavit is limited only by his imagination and penalty of perjury.  Second, statements in an affidavit opposing summary judgment must be admissible in

evidence. Accordingly, the portions of these affidavits that contain legal arguments or conclusions or hearsay must be stricken. Further, certain statements in plaintiff Justin Radolf's Affidavit contradict his prior deposition testimony and those should be stricken on that ground.

Moreover, portions of Plaintiff's Local Rule 56(a)(2) Statement must also be stricken for failure to comply with Local Rule 56(a)(3) which requires that each statement of fact or denial in an opponent's Local Rule 56(a)(2) Statement must be followed by a specific citation to (1) the affidavit of a witness competent to testify as to the facts at trial and/or (2) evidence that would be admissible at trial.

These stricken portions should not be considered by this Court when ruling on Defendants' Motion for Summary Judgment. For these reasons, which are explained more fully in the attached memorandum of law, Defendants' Motion to Strike should be granted.

RESPECTFULLY SUBMITTED,

DEFENDANTS
UNIVERSITY OF CONNECTICUT, ET AL

RICHARD BLUMENTHAL
ATTORNEY GENERAL

/s/ Jane D. Comerford
JANE D. COMERFORD (Ct 06328)
ASSISTANT ATTORNEY GENERAL
UNIVERSITY OF CONNECTICUT
  HEALTH CENTER
263 Farmington Avenue
Farmington, CT 06030-3803
Tel. (860) 679-1114
Fax (860) 679-1997
E-Mail-Comerford@ADP.UCHC.EDU

2

## **CERTIFICATION**

This is to certify that on this 17th day of December 2004, the foregoing was mailed to counsel of record as follows:

>Thomas W. Bucci, Esq.
>Willinger, Willinger & Bucci, PC
>855 Main Street
>Bridgeport, CT 06604

>/s/_Jane D. Comerford_____
>Jane D. Comerford
>Assistant Attorney General