## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JUSTIN D. RADOLF, | : | CIVIL NO. 3: 03CV242 (MRK) |
|     Plaintiff, | : | LEAD/MASTER DOCKET NO. |
| | : | |
| V. | : | |
| | : | |
| UNIVERSITY OF CONNECTICUT; | : | CASE NO. 3:03CV242 (MRK) |
| UNIVERSITY OF CONNECTICUT | : | MEMBER CASE |
| HEALTH CENTER; | : | |
| PETER J. DECKERS, EXECUTIVE | : | |
| VICE PRESIDENT FOR HEALTH | : | |
| AFFAIRS AND DEAN OF THE SCHOOL | : | |
| MEDICINE, INDIVIDUALLY AND | : | |
| IN HIS OFFICIAL CAPACITY; | : | |
| RICHARD BERLIN, ASSOCIATE DEAN, | : | |
| INDIVIDUALLY AND IN HIS | : | |
| OFFICIAL CAPACITY; AND STEPHEN | : | |
| WIKEL, INDIVIDUALLY AND IN HIS | : | |
| OFFICIAL CAPACITY, | : | |
|     Defendants. | : | DECEMBER 21, 2004 |

## PLAINTIFF'S MOTION FOR LEAVE
## TO FILE A SUR-REPLY

The plaintiff requests the Court's permission to file a sur-reply to the defendants' reply memorandum. With its reply memorandum, the defendants submitted an affidavit of the defendant, Stephen Wikel, which attempts to misrepresent the facts surrounding the plaintiff's scientific accomplishments, and, at the same time, highly inflating his own endeavors. Additionally, and most importantly, the defendants have submitted a letter from the Health

Center Appeals Committee to the President of the University of Connecticut, which the defendants have not previously shared with the plaintiff, despite their continuing discovery obligations, to which, in fairness, the plaintiff should be entitled to respond.

     Wherefore, the plaintiff requests permission to file with the Court, on or before January 31, 2004, a Sur-Reply, attached to the defendants' reply memorandum.

                                       PLAINTIFF – JUSTIN D. RADOLF

                                       BY:_____
                                       Thomas W. Bucci, Esq.
                                       Federal Bar # ct07805
                                       WILLINGER, WILLINGER & BUCCI, P.C.
                                       855 Main Street
                                       Bridgeport, CT  06604
                                       Tel: (203) 366-3939
                                       Fax: (203) 337-4588
                                       Email: thomasbucci@earthlink.net

## CERTIFICATION

I hereby certify that I caused to be served a copy of the above and foregoing *Plaintiff's Motion for leave To File A Sur-Reply* by sending same, via U.S.P.S. postage prepaid this 21st day of December 2004, to the following:

Jane D. Comerford, Esq.
Fed. Bar No. ct06328
Office of the Attorney General
University of Connecticut Health Center
Room LMO43
Farmington, CT 06030
Tel: 860-679-1114
Fax: 860-679-1997

                                                                                                          _____
Thomas W. Bucci, for
WILLINGER, WILLINGER & BUCCI, P.C.
855 Main Street
Bridgeport, CT 06604
Tel: (203) 366-3939
Fax: (203) 337-4588
Fed. Bar #ct07805
Email: thomasbucci@earthlink.net