UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

JUSTIN D. RADOLF
    Plaintiff

CASE NO: 3:03CV242(MRK)
LEAD/MAJOR DOCKET NO.

CASE NO. 3:03CV242(MRK)
MEMBER CASE

v.

UNIVERSITY OF CONNECTIICUT, ET AL
    Defendants

DECEMBER 23, 2004

## DEFENDANT'S REPLY TO PLAINTIFF'S MOTION FOR LEAVE TO FILE A SUR-REPLY

Defendants have no objection to Plaintiff's Motion to file a Sur-Reply with the understanding that it be addressed to the affidavit of Stephen Wikel and the Report of the Health Center Appeals Committee as stated in said Motion.

Moreover, Defendants' counsel was informed by the Court on December 22, 2004 that oral argument has been set for January 31, 2004. In order to prevent surprise and prejudice to the defendants, defendants' respectfully request that oral argument not be set for said day so that defendants receive the Sur-Reply prior to oral argument.

Further, plaintiff indicates that defendants failed to provide plaintiff with the Report under a continuing discovery obligation. To clarify for the record, defendants' counsel represents that the Committee did not finalize the Report until late on Thursday, December 16th or early Friday, December 17th. Counsel further represents that she received the final Report of the Health Center Appeals Committee on the morning of December 17th. The Report was then

included in defendants' Reply papers as an Exhibit. The Reply papers were mailed to plaintiff's counsel later that day.

Defendants' counsel also was of the expectation that the Report was being mailed to President Austin as well as plaintiff's counsel that same day by the Health Center Appeals Committee as part of the Grievance process. The Report was mailed to President Austin later on December 17th by the Liaison for the Committee.

Counsel was not in her office on Monday, December 20th. Upon learning that the Report had not been so mailed by the Committee's Liaison to plaintiff's counsel, defendants' counsel faxed a copy of the report to plaintiff's counsel at approximately eight o'clock on the morning of Tuesday, December 21st. Defendants' pleadings containing the Report were not filed with the court until later that morning on the 21st after the Report had already been faxed to plaintiff's counsel.

Therefore, defendants have complied with discovery obligations and plaintiff was in receipt of the Report prior to its use in Court. There has been no prejudice to the plaintiff as the Committee made its decision and issued its Report well after the filing of plaintiff's Memorandum in opposition to defendants' Motion for Summary Judgment and would not have been available to either party at that time.

It should also be noted that this factual situation was explained to plaintiff's counsel via letter faxed to him on December 21st with the Report. (See attached).

2



RICHARD BLUMENTHAL
ATTORNEY GENERAL

Office of The Attorney General
State of Connecticut

University of Connecticut
Health Center
Room LM043
Farmington, CT 06030-3803
(860) 679-1114

December 21, 2004

Thomas W. Bucci, Esq.
Willinger, Willinger & Bucci, P.C.
855 Main Street
Bridgeport, CT 06604

RE:   Health Center Appeals Committee Report

Dear Tom:

    Attached is a duplicate copy of the Health Center Appeals Committee Report which you received yesterday, Monday, December 20th. I received this final report on the morning of Friday, December 17th. The last signature on the report required to finalize it in order to send it to you and President Austin was received either late Thursday or early Friday when Dr. Peter Schulman returned from being out of town. It was my expectation that the report was being sent to you and President Austin in that morning's mail for delivery Monday morning. My pleadings were sent to you later in the afternoon for delivery later on Monday.

    Apparently, the report was not mailed to you as I expected. Unfortunately, I was in Boston all day Monday seeing a cardiologist at Mass. General and discovered the problem when I checked my work e-mail from home last night and saw your message. At this moment, I have been unable to check with the secretary who typed the report for the committee as to this issue.

    You should also be aware that the pleadings which you received Friday were not filed on Friday but will be filed with the Court either today or tomorrow. By way of the documents on Friday and this fax today, you are being provided the document prior to its use in support of defendants' Reply brief and use in Court.

    Therefore, I do not believe there are grounds for a Rule 37(c) motion for failure to disclose. There was no failure to disclose. Even arguing there was, there was substantial justification, and finally, any such supposed failure was harmless. I do not see there was prejudice especially at this stage of the proceedings where plaintiff had already filed papers in opposition to defendants' motion for summary judgment and the report was

prepared after that date and could not have been available prior to plaintiff's filing for plaintiff's use. Finally, should you wish to file a surreply, defendants have no objection to an extension of time for you to do so.

Very truly yours,

Jane D. Comerford
Assistant Attorney General

## CONFIDENTIALITY NOTE

The information contained in this facsimile message is legally privileged and confidential information intended only for the use of the individual or entity named below. If you are not the intended recipient, you are hereby notified that any dissemination, distribution (other than delivery to the addressee) or copy of this telecopy is strictly prohibited. If you have received this telecopy in error, please immediately notify us by telephone and return the original message to us at the address below. Thank you.

**LEGAL AFFAIRS**
**UNIVERSITY OF CONNECTICUT HEALTH CENTER**
**FARMINGTON, CT 06030-3803**
**Room LM043**

Telephone (860) 679-1114

Fax         (860) 679-1997

### PLEASE DELIVER THE FOLLOWING PAGES:

TO: Tom Bucci

FROM: Jane Comerford

DATE: 12-21-04

No. Of Pages (Including Cover Page)   25

If you do not receive all pages, please telephone us at 860-679-1114

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO                1597
CONNECTION TEL                  912033374588
SUBADDRESS
CONNECTION ID
ST. TIME                12/21 08:32
USAGE T                 03'51
PGS. SENT               24
RESULT                  OK
```