UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JUSTIN D. RADOLF, | : | CIVIL NO. 3: 03CV242 (MRK) |
| Plaintiff, | : | LEAD/MASTER DOCKET NO. |
| | : | |
| V. | : | |
| | : | |
| UNIVERSITY OF CONNECTICUT; | : | CASE NO. 3:03CV242 (MRK) |
| UNIVERSITY OF CONNECTICUT | : | MEMBER CASE |
| HEALTH CENTER; | : | |
| PETER J. DECKERS, EXECUTIVE | : | |
| VICE PRESIDENT FOR HEALTH | : | |
| AFFAIRS AND DEAN OF THE SCHOOL | : | |
| MEDICINE, INDIVIDUALLY AND | : | |
| IN HIS OFFICIAL CAPACITY; | : | |
| RICHARD BERLIN, ASSOCIATE DEAN, | : | |
| INDIVIDUALLY AND IN HIS | : | |
| OFFICIAL CAPACITY; AND STEPHEN | : | |
| WIKEL, INDIVIDUALLY AND IN HIS | : | |
| OFFICIAL CAPACITY, | : | |
| Defendants. | : | JANUARY 17, 2005 |

**PLAINTIFF'S MOTION TO FILE**
**MEMORANDUM OF LAW IN EXCESS OF TEN PAGES**

The plaintiff respectfully requests permission to file a Sur-Reply in excess of (25) pages for the reason that the Health Center Appeals Committee and the defendant, Wikel's, affidavit requires a more lengthy discussion than is apparent as a result of the numerous misleading and erroneous statements contained therein.

Wherefore, the plaintiff requests that he be permitted to submit a memorandum not in excess of 25 pages.

                                              PLAINTIFF – JUSTIN D. RADOLF

                                              BY:_____
                                              Thomas W. Bucci, Esq.
                                              WILLINGER, WILLINGER & BUCCI, P.C.
                                              855 Main Street
                                              Bridgeport, CT  06604
                                              Tel: (203) 366-3939
                                              Fax: (203) 337-4588
                                              Email: thomasbucci@earthlink.net
                                              Federal Bar # ct07805

**CERTIFICATION**

I hereby certify that I caused to be served a copy of the above and foregoing *Plaintiff's Motion for Permission to File Memorandum in Excess of Ten Pages* by sending same, via U.S.P.S. postage prepaid this 17th day of January, 2005, to the following:

Jane D. Comerford, Esq.
Fed. Bar No. ct06328
Office of the Attorney General
University of Connecticut Health Center
Room LMO43
Farmington, CT 06030
Tel: 860-679-1114
Fax: 860-679-1997

_____
Thomas W. Bucci, for
WILLINGER, WILLINGER & BUCCI, P.C.
855 Main Street
Bridgeport, CT  06604
Tel: (203) 366-3939
Fax: (203) 337-4588
Fed. Bar #ct07805
Email: thomasbucci@earthlink.net