UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JUSTIN D. RADOLF<br>Plaintiff | CASE NO: 3:03CV242(MRK)<br>LEAD/MAJOR DOCKET NO.<br><br>CASE NO. 3:03CV242(MRK)<br>MEMBER CASE |
| v. | |
| UNIVERSITY OF CONNECTIICUT, ET AL<br>Defendants | JANUARY 19, 2005 |

### DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S SUR-REPLY

Defendants this date received notice from the Court that Plaintiff had filed his Sur-Reply with Motion for Leave to File in Excess of Ten (10) Pages and not to exceed twenty-five (25) pages. Defendants have not yet received said Sur-Reply.

The Court's Order of January 4, 2005 could not have been clearer. That order stated explicitly that "Plaintiff may file a Sur-Reply to Defendants' reply memorandum, not to exceed ten pages in length". Plaintiff is clearly making up his own rules as he goes along. Defendants are at loss as to the purpose of the Court's rules if Plaintiff is at liberty to ignore them.

WHEREFORE, Defendants' respectfully move to strike Plaintiff's Sur-Reply for failure to comply with the Court's Order.

RESPECTFULLY SUBMITTED,

DEFENDANTS
UNIVERSITY OF CONNECTICUT, ET AL

RICHARD BLUMENTHAL
ATTORNEY GENERAL

*(signature)*

JANE D. COMERFORD (Ct 06328)
ASSISTANT ATTORNEY GENERAL
UNIVERSITY OF CONNECTICUT
 HEALTH CENTER
263 Farmington Avenue
Farmington, CT 06030-3803
Tel. (860) 679-1114
Fax (860) 679-1997
E-Mail-Comerford@ADP.UCHC.EDU

### CERTIFICATION

This is to certify that on this 19th day of January 2005, the foregoing was mailed to counsel of record as follows:

Thomas W. Bucci, Esq.
Willinger, Willinger & Bucci, PC
855 Main Street
Bridgeport, CT 06604

*(signature)*

Jane D. Comerford
Assistant Attorney General