UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JUSTIN D. RADOLF | CASE NO: 3:03CV242(MRK) |
| Plaintiff | LEAD/MAJOR DOCKET NO. |
| | |
| | CASE NO. 3:03CV242(MRK) |
| | MEMBER CASE |
| v. | |
| | |
| UNIVERSITY OF CONNECTIICUT, ET AL | MARCH 9, 2005 |
| Defendants | |

### DEFENDANTS' SUPPLEMENTAL FILING IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

At oral argument on January 31, 2005, defendants represented to the Court that the Health Center Appeals Committee decision regarding plaintiff's grievances was appealed by plaintiff to President Austin. See Defendants' Reply to Plaintiff's Memorandum in Opposition to Defendants' Motion For Summary Judgment, Exhibit 6. Said appeal was pursuant to the University By-Laws Health Center Faculty Grievance Procedure. See Defendants' Reply Exhibit 3.

Although not set forth within the grievance procedure, President Austin provided plaintiff the opportunity to comment on the Committee's report (See Attachment 1). On February 11, 2005, President Austin issued his decision. (See Attachment 2). That decision was transmitted to plaintiff on February 16, 2005, plaintiff appealed to the UCHC Board of Directors. (See Attachment 4). Said appeal is pending.

Defendants represent that they will inform the Court as to the Board's decision.

RESPECTFULLY SUBMITTED,

DEFENDANTS
UNIVERSITY OF CONNECTICUT, ET AL

RICHARD BLUMENTHAL
ATTORNEY GENERAL

_____/s/_____
JANE D. COMERFORD (Ct 06328)
ASSISTANT ATTORNEY GENERAL
UNIVERSITY OF CONNECTICUT
  HEALTH CENTER
263 Farmington Avenue
Farmington, CT 06030-3803
Tel. (860) 679-1114
Fax (860) 679-1997
E-Mail-Comerford@ADP.UCHC.EDU

**CERTIFICATION**

This is to certify that on this 9th day of March 2005, the foregoing was mailed to counsel of record as follows:

Thomas W. Bucci, Esq.
Willinger, Willinger & Bucci, PC
855 Main Street
Bridgeport, CT 06604

_____/s/_____
Jane D. Comerford
Assistant Attorney General

2