# University of Connecticut

Philip E. Austin
*President*

January 4, 2005

Dr. Justin D. Radolf
Center for Microbial Pathogenesis
ARB7018
MC3715

Dear Dr. Radolf:

    I have received the report of the Health Center Appeals Committee regarding grievances presented by you on February 17, 2004; April 29, 2004; and July 14, 2004 against Drs. Peter Deckers, Richard Berlin, Stephen Wikel and Scott Wetstone. I understand you and/or your attorney have received a copy of the report.

    If you wish to present a written response to the report, please do so within ten business days after receipt of this letter. Once I have had the opportunity to review the report and your response, I will inform you of my decision regarding these grievances.

c: Jane D. Comerford, Asst. Attorney General

(,lilk', Hall
5).~ ;v!.lll.,ticid H.();ld Linil 204/i
Slorrs. C:ol1l1l'nicur ()(,2(,')-204~

'kiq,hol1c: W()())'{I~()-2.nhc,imik: P-
i(,OI 'i~(,-2('2-' ,,'-nui!: phi1ip.;lU";!
in~;'uconll.L'(.lll

# University of Connecticut

Philip E. Austin
*President*

February 11, 2005

Bruce M. Koeppen, M.D., Ph.D.
Dean, Academic Affairs and Education
Albert and Wilda VanDusen Professor of Academic Medicine
University of Connecticut Health Center
Room AG050, MC 1912

Dear Dr. Koeppen:

I have reviewed the report of the Health Center Appeals Committee regarding the grievances presented by Dr. Justin Radolf against Executive Vice President for Health Affairs and Dean of the School of Medicine Peter Deckers; Dr. Richard Berlin, Associate Dean for Research and Planning; Dr. Stephen Wikel; and Dr. Scott Wetstone, Director, Health Affairs Policy Planning.

I find the Health Center Appeals Committee's report, based on an exhaustive investigation by Dr. Radolfs peers, to be comprehensive, well-reasoned and thoughtful.
I accept the Health Center Appeals Committee's findings/recommendations that Dr. Radolf s academic freedom has not been compromised and that other charges presented by Dr. Radolf cannot be sustained so as to warrant the imposition of sanctions.
The grievance of Dr. Radolf, as amended, is denied.

Sincerely,

*An Equal Opportunity Employer*

Gulley Hall
352 Mansfield Road Unir 2048
Scorrs, ConneccicUt 06269-2048

Telephone: (860) "486-2337
Facsimile: (860) 486-2627 e-mail:
philip.ausrin@uconn.edu

ATTACHMENT  2

# University of Connecticut Health Center
*School of Medicine*

Office of the Dean for
Academic Affairs and Education
Room AGOSO, MCI912
263 Fannington A venue
Farmington, cr 06030
(860) 679-2385
FAX (860) 679-1012
E-mail: koeppen@nso.uchc.edu

MEMORANDUM

To: Justin Radolf, M.D.
Professor, Department of Medicine

From: Bruce M. Koeppen, M.D., Ph.D.   ~V
Dean for Academic Affairs and Education

Date: February 16, 2005

Subject: Grievance

Enclosed is President Austin's decision regarding your grievance. As indicated in the Health Center's Appeal Policy, you have the right to appeal this decision to the Board of Directors. If you choose to exercise that right of appeal, please notify me in writing and I will begin that process.

K/m enclosure
c.c. J. Comerford

..!(>.1 }::lnl1iJl~l()ll An..'nlu: Farmington.
COnll<:Clil:UI 0(,030

I

ATTACHMENT 3

March 3, 2005

Bruce M. Koeppen, M.D., Ph.D.
Dean for Academic Affairs and Education
University of Connecticut Health Center
263 Farmington Avenue
Farmington, CT 06030-1912

Dear Dr. Koeppen:

I am in receipt of President Austin's letter to you, dated February 11, 2005, regarding my grievances against Dr. Peter Deckers, Dr. Richard Berlin, Dr. Stephen Wikel, and Dr. Scott Wetstone. In that letter he stated his decision to accept the report of the Health Center Appeals Committee (HCAC) and deny my grievances. I am disappointed by his actions. My rebuttal to the HCAC report was written in response to a letter I received from Dr. Austin, dated January 4, 2005 that was delivered to me by special courier. I, therefore, had every reason to expect that Dr. Austin would have extended to me the courtesy of a personalized reply, even if it were routed through you as liason. More importantly, there is no indication in his February 11 letter that he read my response or, for that matter, that he was even aware of its existence. His terse letter states only that "I have reviewed the report of the Health Center Appeals Committee regarding the grievances..." I can only speculate as to how Dr. Austin arrived at the determination that the HCAC report was "comprehensive, well-reasoned, and thoughtful" if he failed to analyze it in the light of the numerous procedural, factual, and investigative errors detailed in my response. Lastly, I am also concerned that Dr. Austin's close personal relationship with Van Scoyoc Associates, the Washington firm that lobbied for the Congressional earmark that led to the Department of Defense grant at issue, constitutes a potential conflict of interest on his part.

As per your letter dated February 16, 2005, I would now like to exercise my right to appeal this decision to the Board of Directors. I have attached a copy of my response to the HCAC report. I also respectfully request that I be given the opportunity to discuss with the Board the substance of the HCAC report and my response to President Austin.

Sincerely,


Justin Radolf, M.D.
Professor of Medicine and
 Genetics & Developmental Biology

Cc: Mr. Thomas Bucci

ATTACHMENT 4