UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JUSTIN D. RADOLF, | : | |
| | : | |
| Plaintiff, | : | NO. 3:03CV242(MRK) (lead) |
| | : | |
| v. | : | NO. 3:03CV672(MRK) (member) |
| | : | |
| UNIVERSITY OF CONNECTICUT, | : | |
| UNIVERSITY OF CT HEALTH CENTER, | : | |
| PETER J. DECKERS, RICHARD BERLIN, | : | |
| STEPHEN WIKEL . | : | |
| | : | |
| Defendants. | : | |

## JUDGMENT

This matter came on for consideration on defendants' Motions for Summary Judgment before the Honorable Mark R. Kravitz, United States District Judge. The Court has reviewed all of the papers filed in conjunction with the motions and on March 30, 2005, entered a Memorandum of Decision granting the relief as to counts 1,2,3,4 & 8 of the federal claims of the First Substituted Complaint and Counts 1 & 2 of the Second Substituted and declining to exercise supplemental jurisdiction over any remaining state law claims and dismissing without prejudice counts 5,6, & 7 of the First Substituted Complaint.

It is therefore ORDERED and ADJUDGED that judgment is entered for the defendants and the case is closed.

Dated at New Haven, Connecticut, this April 1, 2005.

                                                                  KEVIN F. ROWE, CLERK
                                                                  By
                                                                  /s/ Kenneth R. Ghilardi
                                                                  Kenneth R. Ghilardi
                                                                  Deputy Clerk

EOD: _____