## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JUSTIN D. RADOLF, | : | CIVIL NO. 3: 03CV242 (MRK) |
|     Plaintiff, | : | |
| | : | |
| V. | : | |
| | : | |
| UNIVERSITY OF CONNECTICUT; | : | |
| UNIVERSITY OF CONNECTICUT | : | |
| HEALTH CENTER; | : | |
| PETER J. DECKERS, EXECUTIVE | : | |
| VICE PRESIDENT FOR HEALTH | : | |
| AFFAIRS AND DEAN OF THE SCHOOL | : | |
| MEDICINE, INDIVIDUALLY AND | : | |
| IN HIS OFFICIAL CAPACITY; | : | |
| RICHARD BERLIN, ASSOCIATE DEAN, | : | |
| INDIVIDUALLY AND IN HIS | : | |
| OFFICIAL CAPACITY; AND STEPHEN | : | |
| WIKEL, INDIVIDUALLY AND IN HIS | : | |
| OFFICIAL CAPACITY, | : | |
|     Defendants. | : | APRIL 20, 2005 |

## **NOTICE OF APPEAL**

1. Pursuant to F.R.A.P. 4(a)(1), the plaintiff, Justin D. Radolf hereby gives notice and appeals to the United States Court of Appeals for the Second Circuit from the following Judgment: Judgment of the United States District Court for the District of Connecticut granting the defendants' motion for summary judgment.

  2. The Judgment in this action was entered on April 1, 2005.


        THE PLAINTIFF – JUSTIN D. RADOLF


        BY:_____
        Thomas W. Bucci
        Fed. Juris No. ct07805
        WILLINGER, WILLINGER & BUCCI, P.C.
        855 Main Street
        Bridgeport, CT  06604
        Tel: (203) 366-3939
        Fax: (203) 337-4588
        Email: thomasbucci@earthlink.net


Date: April 20, 2005