

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

JUSTIN D. RADOLF

DOCKET NO. 05-2003-CV

v.

UNIVERSITY OF CONNECTICUT

JUNE 30, 2005

## STIPULATION OF DIMISSAL WITH PREJUDICE AND WITHOUT ATTORNEYS' FEES AND COSTS

It is hereby STIPULATED AND AGREED, by and between the Parties hereto, that the above-captioned appeal be dismissed, with prejudice, and with no award of attorneys' fees or costs to either side.

THE PLAINTIFF/ APPELLANT

BY: _____
Thomas W. Bucci
Fed. Juris No. ct07805
WILLINGER, WILLINGER & BUCCI, P.C.
855 Main Street
Bridgeport, CT 06604
Tel: (203) 366-3939
Fax: (203) 337-4588
Email: thomasbucci@earthlink.net

THE DEFENDANTS/APPELLEES

BY: _____
Jane D. Comerford
Fed. Bar No. ct06328
Office of the Attorney General
University of Connecticut
Health Center
263 Farmington Avenue
Room LMO43
Farmington, CT 06030
Tel: 860-679-1114
Fax: 860-679-1997
Email: Comerford@ADP.UCHC.EDU

FOR THE COURT
Roseann B. MacKechnie, Clerk of Court
By
_____
Frank J. Scardilli, Staff Counsel

7/19/05

A TRUE COPY
Roseann B. MacKechnie, CLERK
by _____
DEPUTY CLERK

CERTIFIED: 7/20/05